**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (If known): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | | |
|---|---|---|
| 1. | Debtor's name | PT Garuda Indonesia (Persero) Tbk |
| 2. | Debtor's unique identifier | **For non-individual debtors:**<br>☐ Federal Employer Identification Number (EIN) __ __ – __ __ __ __ __ __ __<br>☑ Other 01.001.634.3-093.000. Describe identifier Indonesian tax number.<br>**For individual debtors:**<br>☐ Social Security number: xxx – xx– __ __ __ __<br>☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – __ __ __ __<br>☐ Other _____. Describe identifier _____. |
| 3. | Name of foreign representative(s) | Irfan Setiaputra and Prasetio |
| 4. | Foreign proceeding in which appointment of the foreign representative(s) occurred | Indonesian PKPU proceeding |
| 5. | Nature of the foreign proceeding | Check one:<br>☑ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. | Evidence of the foreign proceeding | ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br>☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.<br>A copy of the documents commencing the foreign proceeding<br>A copy of the board approval appointing the foreign representatives |
| 7. | Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)? | ☑ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)<br>☐ Yes |

Debtor __PT Garuda Indonesia (Persero) Tbk__   Case number (if known)_____
         Name

| 8. | Others entitled to notice | Attach a list containing the names and addresses of: |
|---|---|---|
| | | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, |
| | | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and |
| | | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |

9. **Addresses**

Country where the debtor has the center of its main interests:

__Indonesia__

Debtor's registered office:

__Jalan Kebon Sirih No. 46A__
Number      Street

P.O. Box

__Jakarta__                                  __10110__
City         State/Province/Region    ZIP/Postal Code

__Indonesia__
Country

Individual debtor's habitual residence:

Number     Street

P.O. Box

City    State/Province/Region    ZIP/Postal Code

Country

Address of foreign representative(s):

__Jalan Kebon Sirih No. 46A__
Number       Street

P.O. Box

__Jakarta__                                  __10110__
City         State/Province/Region    ZIP/Postal Code

__Indonesia__
Country

10. **Debtor's website (URL)**    https://www.garuda-indonesia.com

11. **Type of debtor**

    Check one:

    ☑ Non-individual (check one):

    　　☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    　　☐ Partnership

    　　☐ Other. Specify: _____

    ☐ Individual

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 2

| | | |
|---|---|---|
| Debtor | PT Garuda Indonesia (Persero) Tbk | Case number (if known) _____ |
| | Name | |

**12. Why is venue proper in this district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

X _[signature]_    Irfan Setiaputra
Signature of foreign representative    Printed name

Executed on  09/20/2022
              MM / DD / YYYY

X _____    _____
Signature of foreign representative    Printed name

Executed on  _____
              MM / DD / YYYY

**14. Signature of attorney**

X _[signature]_ Thomas S. Kessler    Date  09/23/2022
Signature of Attorney for foreign representative         MM / DD / YYYY

Thomas S. Kessler
Printed name
Cleary Gottlieb Steen & Hamilton LLP
Firm name
One Liberty Plaza
Number    Street
New York                                    NY          10006
City                                        State       ZIP Code

212-225-2000                                tkessler@cgsh.com
Contact phone                               Email address

5232988                                     NY
Bar number                                  State

---

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3