Richard J. Cooper, Esq.
Thomas S. Kessler, Esq.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Attorneys for the Foreign Representatives
of PT Garuda Indonesia (Persero) Tbk*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| PT Garuda Indonesia (Persero) Tbk,[1] | Case No. 22-11274 (LGB) |
| Debtor in a Foreign Proceeding | |

**DECLARATION OF PRASETIO AS FOREIGN REPRESENTATIVE
IN SUPPORT OF VERIFIED PETITION UNDER CHAPTER 15 FOR RECOGNITION
OF A FOREIGN MAIN PROCEEDING AND FIRST DAY PLEADINGS**

I, Prasetio, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States of America as follows:

1. I am over the age of 18 and, if called upon, could testify to all matters set forth in this statement, except for those portions specified as being otherwise.

2. I am the Director of Finance and Risk Management of PT Garuda Indonesia (Persero) Tbk ("Garuda" or the "Debtor" or the "Company"). As set forth below, Irfan Setiaputra and I (together with Mr. Setiaputra, the "Petitioners" or the "Foreign Representatives") were duly-appointed as foreign representatives for the purposes of this Chapter 15 Case, which is filed by Garuda in respect of the proceeding in the Commercial Court of Central Jakarta District Court

---

[1] The last four identifying digits of the Indonesian tax number for the Debtor are (3000).

(the "Indonesian Court") pursuant to Law No. 37 of 2004 Bankruptcy and Suspension of Debt Payment Obligation (the "PKPU Proceeding").

3. I submit this declaration (the "Declaration") in support of (i) the *Verified Petition for Recognition of Foreign Main Proceeding and Motion for Order Granting Related Relief Pursuant to 11 U.S.C. §§ 1515, 1517, 1520 and 1521* (the "Verified Petition")[2] and (ii) the *Application Pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9007 for Order Scheduling Hearing and Specifying Form and Manner of Service of Notice, and Granting Related Relief* (the "Notice Procedures Motion", together with the Verified Petition, the "First Day Pleadings").

4. I make this declaration on the basis of documentation I have reviewed and facts known to me through my work as Director of Finance and Risk Management and foreign representative of the Debtor. Where relevant information has been provided to me by others, the information is true to the best of my knowledge and belief. If I were called upon to testify, I could and would testify competently to the facts set forth herein.

5. I adopt and incorporate by reference all statements in the *Declaration of Irfan Setiaputra as Foreign Representative in Support of Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding and First Day Pleadings* filed contemporaneously herewith.

6. As set forth in the Setiaputra Declaration and in the Verified Petition, I believe that the PKPU Proceeding is a "foreign proceeding" as I have been advised that term is defined in Bankruptcy Code section 101(23). To the best of my knowledge, information and belief, the

---

[2] All capitalized terms used but not defined herein shall have the meaning ascribed to them in the Verified Petition.

PKPU Proceeding is a collective judicial proceeding under an Indonesian insolvency law in which the assets and affairs of the Debtor are subject to control or supervision by an Indonesian court, for the purposes of reorganization or liquidation. I believe the PKPU Plan is intended to directly or indirectly benefit all of the Debtor's creditors collectively.

7. To the best of my knowledge, information and belief, the Debtor has its center of main interests in Indonesia. The Debtor's registered office and headquarters are in Jakarta, Indonesia and decisions regarding its operations are made in Indonesia. Indonesia is the site of Garuda's headquarters and its operations, its primary assets, its management and Garuda's creditors have been on notice and would expect that Garuda's center of main interest is in Indonesia. I therefore believe that the PKPU Proceeding is a "foreign main proceeding" as I have been advised that term is defined in Bankruptcy Code section 1502(4).

8. As foreign representative of the Debtor, I have directed our United States counsel, Cleary Gottlieb Steen & Hamilton LLP, to (i) commence this Chapter 15 Case for the Debtor; (ii) seek recognition of the PKPU Proceeding as a "foreign main proceeding". All certified documents, statements, lists and documents required under chapter 15 of the Bankruptcy Code and the Bankruptcy Rules have been filed contemporaneously herewith.

Executed at Jakarta, Indonesia
on September 20, 2022

_____
Prasetio, as Foreign Representative
of PT Garuda Indonesia (Persero) Tbk