K&L GATES LLP
Robert T. Honeywell
599 Lexington Avenue
New York, NY 10022-6030
Telephone: (212) 536-3900
Facsimile: (212) 536-3901

*Counsel to Greylag Goose Leasing 1410 Designated Activity Company and Greylag Goose Leasing 1446 Designated Activity Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------

**In re:**

| | |
|---|---|
| **PT Garuda Indonesia (Persero) Tbk,** | **Chapter 15** |
| | **Case No. 22-11274 (LGB)** |
| **Debtor in a Foreign Proceeding** | |

-------------------------------------------------------

**SUPPLEMENTAL DECLARATION OF ROBERT HONEYWELL IN SUPPORT OF THE GREYLAG ENTITIES' (A) OBJECTION AND RESERVATION OF RIGHTS AS TO MOTION FOR ENFORCEMENT OF INDONESIAN PKPU PLAN AND (B) REQUEST FOR CASE MANAGEMENT CONFERENCE AND SCHEDULING ORDER**

I, Robert T. Honeywell, hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury:

1. I am an attorney duly licensed to practice law in the State of New York. I am a member of the law firm K&L Gates LLP, counsel to Greylag Goose Leasing 1410 Designated Activity Company ("**Greylag 1410**") and Greylag Goose Leasing 1446 Designated Activity Company ("**Greylag 1446**," and together with Greylag 1410, the "**Greylag Entities**").

2. I respectfully submit this Declaration in support of the *The Greylag Entities' (A) Objection and Reservation of Rights as to Motion for Enforcements of Indonesian PKPU Plan and (B) Request for Case Management Conference and Scheduling Order* (the "**Objection**"),[1] pursuant to which the Greylag Entities lodge an objection with respect to the Petitioners' *Motion of Irfan Setiaputra and Prasetio, as Foreign Representatives of the Above-Caption Debtor in a Foreign Proceeding, for Recognition and Enforcement of Indonesian PKPU Plan*, filed herein on November 30, 2022 [ECF No. 24] (the "**Motion**"), and request the entry of an order to establish a discovery and briefing schedule with respect to the Motion.

3. Attached hereto as Exhibit 1 is a true and correct copy of the *Transcript regarding Hearing Held on 8/17/2022*, in the case captioned *In re PT Bakrie Telecom Tbk*, Case No. 18-10200 (SHL) (Bankr. S.D.N.Y.) [ECF No. 116].

4. Attached hereto as Exhibit 2 is a true and correct copy of the Letter to the Administrators Team of PT Garuda Indonesia (Persero) Tbk, sent by the Greylag Entities' Indonesian counsel on January 5, 2022 regarding "Submission of Claim on the Aircraft Lease of Airbus Model A330-200 Aircraft Bearing Manufacturer's Serial Number 1410." This exhibit is a bilingual letter, including both Bahasa Indonesian and English iterations together.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

5. Attached hereto as Exhibit 3 is a true and correct copy of the Letter to the Administrators Team of PT Garuda Indonesia (Persero) Tbk, sent by the Greylag Entities' Indonesian counsel on January 5, 2022 regarding "Submission of Claim on the Aircraft Lease of Airbus Model A330-300 Aircraft Bearing Manufacturer's Serial Number 1446." This exhibit is a bilingual letter, including both Bahasa Indonesian and English iterations together.

6. Attached hereto as Exhibit 4 is a true and correct copy of the Letter to the Administrators Team of PT Garuda Indonesia (Persero) Tbk, sent by the Greylag Entities' Indonesian counsel on April 28, 2022 regarding "Submission of Additional Claim for Greylag Goose Leasing 1410 Designated Activity Company." This exhibit is a bilingual letter, including both Bahasa Indonesian and English iterations together.

7. Attached hereto as Exhibit 5 is a true and correct copy of the Letter to the Administrators Team of PT Garuda Indonesia (Persero) Tbk, sent by the Greylag Entities' Indonesian counsel on April 28, 2022 regarding "Submission of Additional Claim for Greylag Goose Leasing 1446 Designated Activity Company." This exhibit is a bilingual letter, including both Bahasa Indonesian and English iterations together.

8. Attached hereto as Exhibit 6 is a true and correct copy of the Letter to the Administrators Team of PT Garuda Indonesia (Persero) Tbk, sent by the Greylag Entities' Indonesian counsel on May 18, 2022 regarding "Response and Request in Relation to the Amount of Creditor's Claim" on behalf of Greylag 1410. This exhibit is a bilingual letter, including both Bahasa Indonesian and English iterations together.

9. Attached hereto as Exhibit 7 is a true and correct copy of the Letter to the Administrators Team of PT Garuda Indonesia (Persero) Tbk, sent by the Greylag Entities' Indonesian counsel on May 18, 2022 regarding "Response and Request in Relation to the

Amount of Creditor's Claim" on behalf of Greylag 1446. This exhibit is a bilingual letter, including both Bahasa Indonesian and English iterations together.

10. Attached hereto as Exhibit 8 is a true and correct copy of the Letter to the GIHF and the Debtor, sent by the Greylag Entities' Indonesian counsel on June 7, 2022, providing notice of GIHF's and the Debtor's breaches of their obligations under the Head Lease and Sublease, respectively, by the removal of parts from the Aircraft leased thereto by Greylag 1410. This exhibit is a bilingual letter, including both Bahasa Indonesian and English iterations together.

11. Attached hereto as Exhibit 9 is a true and correct copy of the Letter to the GIHF and the Debtor, sent by the Greylag Entities' Indonesian counsel on June 7, 2022, providing notice of GIHF's and the Debtor's breaches of their obligations under the Head Lease and Sublease, respectively, by the removal of parts from the Aircraft leased thereto by Greylag 1446. This exhibit is a bilingual letter, including both Bahasa Indonesian and English iterations together.

12. Attached hereto as Exhibit 10 is an Affidavit of Translation, dated December 15, 2022, attached to which are true and correct copies of both Bahasa Indonesian and English versions of (a) Objection Letter to the Supervisory Judge dated June 8, 2022 on behalf of Greylag 1410 (Exhibits A-1 and B-1, respectively), (b) Objection Letter to the Panel of Judges dated June 14, 2022 on behalf of Greylag 1410 (Exhibits A-2 and B-2, respectively, (c) Objection Letter to the Supervisory Judge dated June 8, 2022 on behalf of Greylag 1446 (Exhibits A-3 and B-3, respectively), and (d) Objection Letter to the Panel of Judges dated June 14, 2022 on behalf of Greylag 1446 (Exhibits A-4 and B-4, respectively).

13. Attached hereto as Exhibit 11 is a true and correct copy of the Letter to the Administrators Team of PT Garuda Indonesia (Persero) Tbk, sent by the Greylag Entities' Indonesian counsel on June 15, 2022 regarding "Submission of Amendment Claim Submission for Greylag Goose Leasing 1410 Designated Activity Company." This exhibit is a bilingual letter, including both Bahasa Indonesian and English iterations together.

14. Attached hereto as Exhibit 12 is a true and correct copy of the Letter to the Administrators Team of PT Garuda Indonesia (Persero) Tbk, sent by the Greylag Entities' Indonesian counsel on June 15, 2022 regarding "Submission of Amendment Claim Submission for Greylag Goose Leasing 1446 Designated Activity Company." This exhibit is a bilingual letter, including both Bahasa Indonesian and English iterations together.

15. Attached hereto as Exhibit 13 is a true and correct copy of the Letter to the Honorable Supervisory Judge in PKPU Case No.425/pdt.Sus-PKPU/2021/PN.Niaga.Jkt.Pst sent by the Greylag Entities' Indonesian counsel on June 16, 2022 regarding Greylag 1410's "Objection to the Claims Admitted by the Administrators' Team on Claims Submitted by Greylag Goose Leasing 1410 Designated Activity Company." This exhibit is a bilingual letter, including both Bahasa Indonesian and English iterations together.

16. Attached hereto as Exhibit 14 is a true and correct copy of the Letter to the Honorable Supervisory Judge in PKPU Case No.425/pdt.Sus-PKPU/2021/PN.Niaga.Jkt.Pst sent by the Greylag Entities' Indonesian counsel on June 16, 2022 regarding Greylag 1446's "Objection to the Claims Admitted by the Administrators' Team on Claims Submitted by Greylag Goose Leasing 1446 Designated Activity Company." This exhibit is a bilingual letter, including both Bahasa Indonesian and English iterations together.

17. Attached hereto as Exhibit 15 is an Affidavit of Translation, dated December 15, 2022, attached to which are true and correct copies of both Bahasa Indonesian and English versions of (a) Memorandum of Civil Review on behalf of Greylag 1410, dated November 18, 2022 (Exhibits A-1 and B-1, respectively), (b) Deed of Documentary Evidence (with exhibits) on behalf of Greylag 1410, dated November 18, 2022 (Exhibits A-2 and B-2, respectively, (c) Notification and Submission on behalf of Greylag 1410, dated November 21, 2022 (Exhibits A-3 and B-3, respectively), (d) Memorandum of Civil Review on behalf of Greylag 1446, dated November 18, 2022 (Exhibits A-4 and B-4, respectively), (e) Deed of Documentary Evidence (with exhibits) on behalf of Greylag 1446, dated November 18, 2022 (Exhibits A-5 and B-5, respectively, and (f) Notification and Submission on behalf of Greylag 1446, dated November 21, 2022 (Exhibits A-6 and B-6, respectively).

Dated: December 16, 2022
New York, NY

/s/ Robert T. Honeywell

Robert T. Honeywell
K&L GATES LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 536-3900

*Counsel to Greylag Goose Leasing 1410 Designated Activity Company and Greylag Goose Leasing 1446 Designated Activity Company*