# Exhibit 15 B-5

[on the Letterhead of Soemadipradja & Taher]

# DEED OF DOCUMENTARY EVIDENCE OF THE CIVIL REVIEW APPLICANT

In a Civil Review Application against Supreme Court Decision No.1454 K/Pdt.Sus-Pailit/2022 of 26 September 2022 in conjunction with Commercial Court Decision No.425/Pdt.Sus-Pailit/2021/PN Niaga Jkt Pst. of 27 June 2022

between

**Greylag Goose Leasing 1446 Designated Activity Company** — **as the Civil Review Applicant (formerly as Cassation Applicant II)**

and

PT Garuda Indonesia (Persero), Tbk. — as the Civil Review Respondent (formerly as Cassation Respondent I and II)

---

18 November 2022

To the Honourable,
**Chairman of the Supreme Court of the Republic of Indonesia**
Jl. Medan Merdeka Utara No.9-13
Gambir, Central Jakarta
DKI Jakarta, 10110

**By way of**

**The Registrar's Office of the Commercial Court at the Central Jakara District Court**
Jalan Bungur Besar Raya No.24, 26, 28
Gunung Sahari Selatan, Kemayoran, Central Jakarta
DKI Jakarta, 10610

Dear Sir,

For and on behalf of the Civil Review Applicant (formerly known as Cassation Applicant II), we set out below the Civil Review Applicant's Deed of Documentary Evidence, along with the respective evidentiary documents, as follows:

Dra. EVIYENTI
2209PAR005
PENERJEMAH TERSUMPAH
B. Indonesia ke B. Inggris

| NO. | EVIDENCE NO. | DOCUMENTARY EVIDENCE | REMARKS |
|---|---|---|---|
| **AMENDMENT TO THE CLAIM VALUE SUBMITTED BY THE CIVIL REVIEW APPLICANT DUE TO THE SPARE PARTS TRANSFER BY THE CIVIL REVIEW RESPONDENT** | | | |
| 1. | **PPK-1** | Letter Re: Submission of Claim on the Aircraft Lease of Airbus Model A330-300 Aircraft Bearing Manufacturer's Serial Number 1446, dated 5 January 2022, from Greylag Goose Leasing 1410 Designated Activity Company to the Administrator's Team of PT Garuda Indonesia (Persero) Tbk. | Photocopy |
| 2. | **PPK-2** | Letter Re: Submission of Change to the Claim for Greylag Goose Leasing 1446 Designated Activity Company, dated 15 June 2022, from Greylag Goose Leasing 1446 Designated Activity to the Administrator's Team of PT Garuda Indonesia (Persero) Tbk. | Photocopy |

**REMARKS:**

**Evidence PPK-1** and **Evidence PPK-2** are letters submitted by the Civil Review Applicant to the Civil Review Respondent Administrator's Team, which proves a change to the value of claim from the Civil Review Applicant due to the Spare Parts Transfer by the Civil Review Respondent.

This quite significant change to the claim, which initially was Rp1,379,493,033,855.44 and changed to become Rp3,227,847,927,233.44, lies in difference in the value of claim amounting to Rp1,848,354,893,378.

Based on **Evidence PPK-1** and **Evidence PPK-2**, by referring to the significant difference in value and the fact that the reason or basis for this change was not being considered at all by the Administrator's Team and the Supervisory Judge, <u>it is proven that there has been a manifest error</u> in the Decision made by the Panel of Judges at the Supreme Court level who failed to provide any legal consideration on this matter.

Dra. EVIYENTI
2209PAR005
PENERJEMAH TERSUMPAH
B. Indonesia ke B. Inggris

| NO. | EVIDENCE NO. | DOCUMENTARY EVIDENCE | REMARKS |
|---|---|---|---|
| **OBJECTION OF THE CIVIL REVIEW APPLICANT TO THE VOTING METHODOLOGY** | | | |
| 3. | **PPK-3** | Letter of the Civil Review Applicant to the Civil Review Respondent dated 8 June 2022, Re: The Objection to the Voting Methodology and Claims Calculation of the Civil Review Applicant, which has been copied to the Supervisory Judge in the PKPU proceeding of Case 425. | Photocopy |
| 4. | **PPK-4** | Letter of the Civil Review Applicant dated 14 June 2022, Re: The Objection to the Voting Methodology and Lessor Creditor Claims Calculation in the name of the Civil Review Applicant, which was addressed to the Panel of Judges of PKPU 425 and copied to the Supervisory Judge in the PKPU proceeding of Case 425 and the Civil Review Respondent Administrator's Team. | Photocopy |

**REMARKS:**

**Evidence PPK-3** and **Evidence PPK-4** are objection letters from the Civil Review Applicant, which prove that:

a. The Civil Review Applicant has strongly objected to the Voting Methodology as set out under the Composition Plan, as the Voting Methodology does not have proper legal basis and calculation which can be held accountable.

b. By sending the above objection letters, it is proven that Homologation Decision 425 has unilaterally failed to consider the Civil Review Applicant's rights.

c. The Panel of Judges at the Cassation level made mistakes by rendering a decision that did not at all consider the existing legal facts and the defective situation as proven during the Voting and the Claims' Calculation process of the Creditors (Lessor).

Dra. EVIYENTI
2209PAR005
PENERJEMAH TERSUMPAH
B. Indonesia ke B. Inggris

Thus, the Civil Review Applicant has conveyed its Deed of Documentary Evidence along with the relevant documentary evidence, for further consideration of the Panel of Judges in examining and adjudicating the case at hand.

Yours faithfully,
Counsel for the Civil Review Applicant
**SOEMADIPRADJA & TAHER**

| | |
|---|---|
| Romi Emirat, S.H., LL.M. | Winotia Ratna, S.H., LL.M. |
| Adam M. Sutan, S.H. | Leonardo P. Sitorus, S.H. |

Dra. EVIYENTI
2209PAR005
PENERJEMAH TERSUMPAH
B. Indonesia ke B. Inggris

[On the Letterhead of HISWARA BUNJAMIN & TANDJUNG]

Jakarta, 5 Januari / 5 *January* 2022

Our Ref.: 71/01/22

**Kepada Yth. / *To:***
Tim Pengurus / The Administrator's Team of:
PT Garuda Indonesia (Persero) Tbk (dalam PKPU Sementara) / (in Temporary PKPU) Kantor Taman A9 Unit C 8-10, Jl. DR Ide Anak Agung Gde Agung
Lot 8-9, Lantai 4, Kawasan Mega
Kuningan Kelurahan KuninganTimur,
Kecamatan Setiabudi Jakarta 12950

**Untuk perhatian/*Attention:***

1. Jandri Siadari, S.H., Dip. Mkt., LL.M.;
2. Martin Patrick Nagel, S.H., M.H.;
3. Albert Hasoloan Limbong, S.H.;
4. Asri, S.H.;
5. Mulyadi, S.H., LL.M.; and
6. William Eduard Daniel, S.E., S.H., LL.M., MBL.

**Perihal / Re: Pengajuan Tagihan atas Sewa Pesawat Udara Model Airbus Manufaktur Kerangka Pesawat A330-200 dengan Nomor Seri Pabrikan 1446 / *Submission of Claim on the Aircraft Lease of Airbus Model A330-200 Aircraft Bearing the Manufacturer's Serial Number 1446***

Dengan hormat,

Berdasarkan Surat Kuasa Khusus tertanggal 4 Januari 2022, kami bertindak untuk dan atas nama Greylag Goose Leasing 1446 Designated Activity Company, suatu perusahaan yang didirikan secara sah berdasarkan hukum Irlandia dan beralamat kantor di Rocktwist House, Block 1, Western Business Park, Shannon, Co. Clare, Irlandia ("**Kreditor**").

Kami merujuk pada pengumuman koran yang dibuat oleh Tim Pengurus PT Garuda Indonesia (Persero) Tbk (dalam PKPU Sementara) ("**Garuda**

Dear Sirs,

By virtue of a Specific Power of Attorney dated 4 January 2022, we are acting for and on behalf of the Greylag Goose Leasing 1446 Designated Activity Company, a company duly incorporated under the laws of Ireland and having its office address at Rocktwist House, Block 1, Western Business Park, Shannon, Co. Clare, Ireland ("**Creditor**").

We refer to a newspaper announcement made by the Administrator's Team of PT Garuda Indonesia (Persero) Tbk (in Temporary PKPU) ("**Garuda Indonesia**") on 14 December 2021, pursuant to Decision

Dra. EVIYENTI
PENERJEMAH TERSUMPAH
B. Indonesia ke B. Inggris

[On the Letterhead of HISWARA BUNJAMIN & TANDJUNG]

**Indonesia**") pada tanggal 14 Desember 2021 sesuai Putusan Pengadilan Niaga Jakarta pada Pengadilan Negeri Jakarta Pusat Nomor 425/Pdt.SUS-PKPU/2021/PN.Niaga.Jkt.Pst yang dibacakan pada tanggal 9 Desember 2021 ("**Putusan PKPU Garuda Indonesia**"). Melalui surat ini, kami dengan ini mengajukan tagihan Kreditor ("**Pengajuan Tagihan**") beserta dokumen pendukung yang disebutkan dalam **Lampiran A** di bawah ini:

of the Jakarta Commercial Court at the Central Jakarta District Court Number 425/Pdt.SUS-PKPU/2021/PN.Niaga.Jkt.Pst, as rendered on 9 December 2021 ("**Garuda Indonesia PKPU Decision**"). By way of this letter, we file the following Creditor's claim ("**Claim Submission**") along with supporting documents as listed in **Attachment A** hereto:

## 1. IDENTITAS KREDITOR

## 1. IDENTITY OF THE CREDITOR

| | |
|---|---|
| Nama / Name: | Greylag Goose Leasing 1446 Designated Activity Company |
| Alamat / Address: | Rocktwist House, Block 1, Western Business Park, Shannon, Co. Clare, Ireland |
| Bidang usaha / Line of | Penyewaan pesawat dengan operator/Aircraft chartering with operator |
| Daftar Direksi/List of members of the Board of Directors | 1. David Talty; dan / and<br>2. Sean Hernon. |
| Sifat tagihan / Nature of claim: | Konkuren / Unsecured |

## 2. RINGKASAN DAN DASAR HUKUM PENGAJUAN TAGIHAN KREDITOR

## 2. SUMMARY OF AND LEGAL BASIS FOR FILING THE CREDITOR'S CLAIM

***Hubungan hukum antara Kreditor dan Garuda Indonesia***

***Legal relationship between the Creditor and Garuda Indonesia***

2.1 Kreditor adalah pemberi sewa atas pesawat terbang Airbus Model A330-300 dengan Nomor Seri Pabrikan MSN 1446 ("**Pesawat Terbang**").

2.1 The Creditor is the lessor of an Airbus Model A330-300 aircraft bearing the Manufacturer's Serial Number 1446 (the "**Aircraft**").

2.2 Kreditor telah menandatangani suatu Perjanjian Novasi dan Amendemen Terkait Perjanjian Sewa Menyewa Pesawat tanggal 28 Oktober 2016 sehubungan dengan satu (1) Pesawat Airbus A330-300 dengan Nomor Seri Pabrikan 1446 tertanggal 27

2.2 The Creditor entered into a Novation and Amendment Agreement Relating to an Aircraft Lease Agreement of 28 October 2016 in respect of one (1) Airbus A330-300 Aircraft under the Manufacturer's Serial No. 1446 dated 27 September 2019 ("**Lease**

Dra. EVIYENTI PENERJEMAH TERSUMPAH B. Indonesia ke B. Inggris

[On the Letterhead of HISWARA BUNJAMIN & TANDJUNG]

September 2019 ("**Perjanjian Novasi dan Amendemen Sewa**") dengan Surabaya Aircraft Leasing (Ireland) Limited ("**Surabaya Aircraft**") sebagai Pemberi Sewa Yang Ada dan Garuda Indonesia Holiday France S.A.S ("**Garuda France**") sebagai Penyewa.

**Novation and Amendment Agreement**") with Surabaya Aircraft Leasing (Ireland) Limited ("**Surabaya Aircraft**") as Existing Lessor and Garuda Indonesia Holiday France S.A.S ("**Garuda France**") as Lessee.

2.3 Perjanjian Novasi dan Amendemen Sewa telah menovasi dan mengubah Perjanjian Sewa Pesawat Terbang yang sebelumnya telah dibuat dan ditandatangani antara Surabaya Aircraft (sebagai pemberi sewa) dan Garuda France (sebagai penyewa) tertanggal 28 Oktober 2016 (sebagaimana diubah, dinyatakan kembali, dinovasi, dilengkapi dan dengan cara lain dimodifikasi dari waktu ke waktu, "**Perjanjian Induk Sewa**"), dimana Kreditor mengambil alih hak, tanggung jawab dan kewajiban yang dimiliki seorang pemberi sewa berdasarkan Perjanjian Induk Sewa.

2.3 The Lease Novation and Amendment Agreement novated and amended the Aircraft Lease Agreement that was previously entered into between Surabaya Aircraft (as lessor) and Garuda France (as lessee) dated 28 October 2016 (as amended, restated, novated, supplemented and otherwise modified from time to time, the "**Head Lease Agreement**"), whereby the Creditor has assumed the rights, liabilities and obligations of a lessor under the Head Lease Agreement.

2.4 Perjanjian Induk Sewa dilengkapi hfpdengan Ketentuan Bersama Sewa Pesawat Terbang tertanggal 28 Oktober 2016 yang dibuat dan ditandatangani antara Aircastle Advisor (Ireland) Limited (penyedia jasa awal) dan Garuda France (penyewa) (yang dilengkapi, dinovasi, dialihkan, diambil alih dan diubah dari waktu ke waktu, "**Ketentuan Bersama Sewa Pesawat Terbang**"), yang dimasukkan melalui rujukan ke dalam Perjanjian Induk Sewa. Dengan demikian, sewa wajib tunduk kepada syarat dan ketentuan yang dimuat dalam Ketentuan Bersama Sewa Pesawat Terbang.

2.4 The Head Lease Agreement was supplemented by the Aircraft Lease Shared Terms dated 28 October 2016 entered into between Aircastle Advisor (Ireland) Limited (the initial service provider) and Garuda France (the lessee) (as supplemented, novated, assigned, assumed and amended from time to time, the "**Aircraft Lease Shared Terms**"), which was incorporated by reference in the Head Lease Agreement. Accordingly, the lease shall be subject to the terms and conditions set out in the Aircraft Lease Shared Terms.

2.5 Dengan demikian, Kreditor telah menjadi pemberi sewa, dan Garuda France tetap menjadi Penyewa dalam Perjanjian Induk Sewa.

2.5 Consequently, the Creditor has become the lessor to, and Garuda France remains the Lessee of the Head Lease Agreement.

2.6 Garuda France kemudian menyewakan kembali Pesawat Terbang kepada Garuda Indonesia

2.6 Garuda France then subleased the Aircraft to Garuda Indonesia under an Aircraft Sub-Lease Agreement dated

Dra. EVIYENTI
PENERJEMAH TERSUMPAH
B. Indonesia ke B. Inggris

[On the Letterhead of HISWARA BUNJAMIN & TANDJUNG]

| | | | |
|---|---|---|---|
| | berdasarkan Perjanjian Sewa Lanjutan tertanggal 28 Oktober 2016 (sebagaimana diubah, dinyatakan kembali, dinovasi, dilengkapi dan dengan cara lain dimodifikasi dari waktu ke waktu, "**Perjanjian Sewa Lanjutan**"). | | 28 October 2016 (as amended, restated, novated, supplemented and otherwise modified from time to time, the "Sub- Lease Agreement"). |
| 2.7 | Perjanjian Sewa Lanjutan dilengkapi dengan Ketentuan Bersama Sewa Lanjutan tertanggal 28 Oktober 2016 yang dibuat dan ditandatangani antara Garuda France (pemberi sewa lanjutan) dan Garuda Indonesia (penyewa) (yang dilengkapi, dinovasi, dialihkan, diambil alih dan diubah dari waktu ke waktu, **"Ketentuan Bersama Sewa Lanjutan Pesawat Terbang"**), yang dimasukkan melalui rujukan ke dalam Perjanjian Sewa Lanjutan. Dengan demikian, sewa lanjutan wajib tunduk kepada syarat dan ketentuan yang dimuat dalam Ketentuan Bersama Sewa Lanjutan Pesawat Terbang. | 2.7 | The Sub-Lease Agreement was supplemented by the Aircraft Sub-Lease Shared Terms dated 28 October 2016 entered into between Garuda France (the sub-lessor) and Garuda Indonesia (the lessee) (as supplemented, novated, assigned, assumed and amended from time to time, the "**Aircraft Sub-Lease Shared Terms**"), which was incorporated by reference in the Sub-Lease Agreement. Accordingly, the sub-lease shall be subject to the terms and conditions set out in the Aircraft Sub-Lease Shared Terms. |
| 2.8 | Perjanjian Sewa Lanjutan diubah dengan Perjanjian Amendemen Sewa Lanjutan tertanggal 27 September 2019 yang dibuat dan ditandatangani oleh dan antara Garuda France (pemberi sewa lanjutan) dan Garuda Indonesia (penyewa) (yang dilengkapi, dinovasi, dialihkan, diambil alih dan diubah dari waktu ke waktu, "**Perjanjian Amendemen Sewa Lanjutan**"). Berdasarkan Perjanjian Amendemen Sewa Lanjutan, Garuda France dan Garuda Indonesia ingin mengubah sewa lanjutan tersebut dengan mempertimbangkan fakta bahwa, pada atau sekitar tanggal Perjanjian Novasi dan Amendemen Sewa tersebut, yang menjadi pemberi sewa saat ini adalah Kreditor dan bukan Denpasar Aircraft. | 2.8 | The Sub-Lease Agreement was amended by the Sub-Lease Amendment Agreement dated 27 September 2019 entered into by and between Garuda France (the sub-lessor) and Garuda Indonesia (the lessee) (as supplemented, novated, assigned, assumed and amended from time to time, the "**Sub-Lease Amendment Agreement**"). Under the Sub-Lease Amendment Agreement, Garuda France and Garuda Indonesia wished to amend the sub-lease to take into account the fact that, on or about the date of that Lease Novation and Amendment Agreement, the lessor had become the present Creditor instead of Denpasar Aircraft. |
| 2.9 | Kreditor, Garuda France, dan Garuda Indonesia telah menandatangani suatu Perjanjian Subordinasi Sewa Lanjutan (MSN 1446) tertanggal 27 | 2.9 | The Creditor, Garuda France, and Garuda Indonesia entered into a Sublease Subordination Agreement (MSN 1446) dated 27 |

Dra. EVIYENTI
PENERJEMAH TERSUMPAH
B. Indonesia ke B. Inggris

[On the Letterhead of HISWARA BUNJAMIN & TANDJUNG]

September 2019 ("**Perjanjian Subordinasi Sewa Lanjutan**") sehubungan dengan pengaturan penyewaan Pesawat Terbang.

2.10 Berdasarkan Perjanjian Subordinasi Sewa Lanjutan, Garuda Indonesia telah memberikan suatu penanggungan untuk kepentingan Kreditor, sebagai penerima untuk menjamin kewajiban Garuda France berdasarkan Perjanjian Sewa Induk, Perjanjian Novasi dan Amendemen Sewa dan Perjanjian Subordinasi Sewa Lanjutan.

2.11 Garuda Indonesia telah pula mengakui status Kreditor sebagai Pemberi Sewa Garuda Indonesia, sebagaimana tercatat dalam laporan keuangannya untuk tahun yang berakhir pada 31 Desember 2019 dan 2018 ("**LK 2019**"), halaman 113:

September 2019 ("**Sublease Subordination Agreement**") in connection with the leasing arrangements for the Aircraft.

2.10 Under the Sublease Subordination Agreement, Garuda Indonesia had provided a guarantee in favour of the Creditor, as a beneficiary to guarantee the obligations of Garuda France under the Head Lease Agreement, Lease Novation and Amendment Agreement as well as the Sublease Subordination Agreement.

2.11 Garuda Indonesia also acknowledged the Creditor's status as its Lessor, as recorded in its financial statements for the year that ended on 31 December 2019 and 2018 ("**FS 2019**"), page 113:

| Perusahaan sewa operasi/ *Lessor* | Jenis/ *Type* |
|---|---|
| Greylag Goose Leasing 1410 Design | Airbus 330-200 |

*penekanan ditambahkan oleh* Kreditor.*Kreditor mencatat bahwa keterangan bahwa LK 2019 belum secara akurat menggabarkan nama entitas Kreditor sebagai Pemberi Sewa.*

*emphasis added by the Creditor. The Creditor notes the FS 2019 explanatory notes has not accurately described the entity name of Creditor as a Lessor*

2.12 Selain LK 2019 di atas, pada halaman 31 Laporan Keuangan Garuda Indonesia Yang Tidak Diaudit untuk Periode Yang Berakhir Pada 30 September 2021 dan 2020 juga disebutkan bahwa Garuda Indonesia telah berkomitmen untuk mengembalikan pesawat terbang atau memberikan kompensasi kepada Kreditor berdasarkan kondisi dari pesawat dan mesin yang sebenarnya. Berikut adalah kutipan dari bagian yang dimaksud:

2.12 Further to the FS 2019 above, page 31 of Garuda Indonesia's Unaudited Financial Statement for the Periods that Ended on 30 September 2021 and 2020 also stated that Garuda Indonesia was committed to returning the aircraft or to compensating the Creditor based on actual conditions of the aircraft and its engines. Citation of the relevant parts is set out below:

| | |
|---|---|
| Berdasarkan persyaratan perjanjian sewa dengan *lessor*, Grup secara kontraktual berkomitmen untuk mengembalikan pesawat dan/atau mesin dalam kondisi tertentu atau memberikan kompensasi kepada *lessor* berdasarkan kondisi sebenarnya dari pesawat dan/atau mesin pada tanggal kembali. | *Under the terms of the lease arrangements with the lessors, the Group is contractually committed to either return the aircraft and/or engines in a certain condition or to compensate the lessor based on the actual condition of the aircraft and/or engines at the date of return.* |

*penekanan ditambahkan oleh Kreditor.*

*emphasis added by the Creditor.*

2.13 Berdasarkan penjelesan di atas, tidak terbantahkan bahwa Garuda Indonesia secara tegas mengakui

2.13 Based on the explanation above, it is undisputed that Garuda Indonesia has clearly recognised the Creditor as one

Dra. EVIYENTI PENERJEMAH TERSUMPAH B. Indonesia ke B. Inggris

[On the Letterhead of HISWARA BUNJAMIN & TANDJUNG]

Kreditor sebagai salah satu pemberi sewa untuk Garuda Indonesia dan dengan demikian, Garuda Indonesia telah berkomitmen untuk memberikan kompensasi kepada Kreditor berdasarkan Perjanjian Induk Sewa, Perjanjian Novasi dan Amendemen Sewa, Ketentuan Bersama Sewa Pesawat Terbang, Perjanjian Sewa Lanjutan, Ketentuan Bersama Sewa Lanjutan Pesawat Terbang, dan Perjanjian Amendemen Sewa Lanjutan.

of its lessors and accordingly, it has committed to compensating the Creditor under the Head Lease Agreement, the Lease Novation and Amendment Agreement, the Aircraft Lease Shared Terms, Sub-Lease Agreement, Aircraft Sub-Lease Shared Terms, and Sub-Lease Amendment Agreement.

***Peristiwa Cedera Janji***

2.14 Pada tanggal **28 Januari 2020**, Kreditor mengeluarkan sebuah surat perihal Pemberitahuan Peristiwa Cedera Janji kepada Garuda France dan Garuda Indonesia (“**Pemberitahuan Cedera Janji**”) yang menyatakan bahwa Garuda France telah gagal untuk melakukan pembayaran Uang Sewa – Jumlah Berkala dan Jumlah Pemeliharaan ketika jatuh tempo berdasarkan Perjanjian Sewa sebesar USD2.369.116,16.

2.15 Pada tanggal **13 Februari 2020**, Kreditor kemudian mengeluarkan Pemberitahuan Peristiwa Cedera Janji Kedua kepada Garuda France dan Garuda Indonesia (“**Pemberitahuan Cedera Janji Kedua**”). Berdasarkan Pemberitahuan Cedera Janji Kedua tersebut, Kreditor meminta agar Garuda France dan Garuda Indonesia segera membayar semua jumlah yang telah lewat jatuh temponya beserta bunga cedera janji atas jumlah yang telah lewat jatuh tempo tersebut dengan Suku Bunga Lewat Jatuh Tempo yang berjumleh sebesar USD3.426.124,41.

2.16 Karena Peristiwa Cedera Janji berdasarkan Perjanjian Sewa terus berlanjut, Kreditor kemudian mengeluarkan Pemberitahuan Penarikan S/K dan Penggunaan Uang Jaminan tertanggal **27 April 2020** kepada beberapa pihak, antara lain,

***Event of Default***

2.14 On **28 January 2020**, the Creditor issued a letter regarding a Notice of Event of Default to Garuda France and Garuda Indonesia (“**Default Notice**”) stating that Garuda France has failed to make payments of the Rent – Periodic Amounts and Maintenance Amounts at the times they were due under the Head Lease Agreement amounting to USD2,369,116.16.

2.15 On **13 February 2020**, the Creditor then issued the Second Notice of Event of Default to Garuda France and Garuda Indonesia (the “**Second Default Notice**”). Under the Second Default Notice, the Creditor demanded that Garuda France and Garuda Indonesia immediately pay all past-due amounts along with default interest on such past-due amounts at the Past Due Rate which amounted to USD3,426,124.41.

2.16 Due to the continuing Events of Default under the Lease Agreement, the Creditor subsequently issued a Notice of L/C Drawdown and Security Deposit Application dated **27 April 2020** to some parties, among others, Garuda Indonesia and Garuda France.

Dra. EVIYENTI PENERJEMAH TERSUMPAH B. Indonesia ke B. Inggris

[On the Letterhead of HISWARA BUNJAMIN & TANDJUNG]

Garuda Indonesia dan Garuda France.

2.17 Terakhir kali pada tanggal **30 Januari 2021**, Kreditor mengeluarkan surat Pencadangan Hak kepada Garuda Indonesia dan Garuda France. Berdasarkan surat tersebut, Kreditor secara tegas mencadangkan semua hak yang dimilikinya berdasarkan Perjanjian Induk Sewa dan Perjanjian Novasi dan Amendemen.

2.17 Lastly, on **30 January 2021**, the Creditor issued a Reservation of Rights letter to Garuda France and Garuda Indonesia. Under such letter, the Creditor expressly reserved all its rights under the Head Lease Agreement and Novation and Amendment Agreement.

2.18 Terakhir kali, pada tanggal **4 Januari 2022**, Kreditor juga mengirimkan Surat Pemberitahuan Eksekusi terkait dengan Pesawat Terbang yang ditujukan kepada Garuda France dan Garuda Indonesia ("**Surat Pemberitahuan Eksekusi**"). Dalam Surat Pemberitahuan Eksekusi tersebut, Kreditor menyatakan bahwa pihaknya telah mengeksekusi hak-haknya untuk melangkah ke dalam posisi Garuda France berdasarkan Perjanjian Sewa Lanjutan dan Dokumen Operatif lainnya. Dengan demikian, seluruh pemberitahuan terkait dengan Pesawat Terbang harus disampaikan kepada Kreditor dengan mengesampingkan Garuda France.

2.18 Lastly, on **4 January 2022**, the Creditor also issued an Enforcement Notice related to the Aircraft addressed to Garuda France and Garuda Indonesia (the "**Enforcement Notice**"). Under the Enforcement Notice, the Creditor stated that it enforced its rights to step into Garuda France's position under the Sub-Lease Agreement and other Operative Documents. Accordingly, all notices of the Aircraft must be given to the Creditor to the exclusion of Garuda France.

2.19 Kegagalan pembayaran oleh Garuda Indonesia dan Garuda France merupakan Peristiwa Cedera Janji berdasarkan Klausul 12.1 dan 12.4 Ketentuan Bersama Sewa tentang Peristiwa Cedera Janji yang dikutip di bawah ini:

2.19.1 **Klausul 12.1: Pembayaran**

*"(1) Penyewa [Garuda France] atau, sebagaimana berlaku, Penyewa Lanjutan [Garuda Indonesia] telah gagal melakukan pembayaran berkala atau pembayaran terjadwal sesuai dengan Dokumen Operatif mana pun (termasuk pembayaran Uang Sewa – Pembayaran Berkala, Pemelihataan atau Nilai*

2.19 The non-payment by Garuda France and Garuda Indonesia constitutes an Event of Default under Clauses 12.1 and 12.4 of the Lease Shared Terms on Events of Default, the citations of which are as set out below:

2.19.1 **Clause 12.1: Payments**

*"(1) The Lessee* **[Garuda France]** *or, as applicable, Sub-Lessee* **[Garuda Indonesia]** *will have failed to make any periodic or scheduled payment in accordance with any Operative Document (including any payment of Rent—Periodic, Maintenance Payments or Agreed Insurance Value— Aircraft)*

Dra. EVIYENTI
PENERJEMAH TERSUMPAH
B. Indonesia ke B. Inggris

[On the Letterhead of HISWARA BUNJAMIN & TANDJUNG]

*Asuransi Yang Telah Disepakati – Pesawat Udara) ketika jatuh tempo;*

*(2) Penyewa [Garuda France] atau, sebagaimana berlaku, Penyewa Lanjutan [Garuda Indonesia] telah gagal melakukan pembayaran lain apa pun sesuai dengan Dokumen Operatif ketika pembayaran tersebut menjadi jatuh tempo dan kegagalan tersebut berlangsung selama tiga (3) Hari Kerja; atau"*

2.19.2 **Klausul 12.4: Kepailitan Tida k Sukarela, dll.**

*"Suatu proses hukum telah dimulai atau sebuah permohonan telah diajukan, dalam salah satu hal, tanpa persetujuan atau permohonan dari Penyewa atau, sebagaimana berlaku, Penyewa Lanjutan **[Garuda Indonesia]**, dalam upaya memperoleh (1) keringanan terkait Penyewa atau, sebagaimana berlaku, Penyewa Lanjutan **[Garuda Indonesia]** atau sebagian besar kekayaan atau asetnya berdasarkan Undang-Undang kepailitan, keadaan insolven, likuidasi, kepengurusan, pengawasan oleh kurator, pengawasan yang berlaku atau Undang-Undang yang serupa, termasuk proses hukum yang setara di Yurisdiksi Penyewa atau, sebagaimana berlaku, Yurisdiksi Penyewa Lanjutan **[Yurisdiksi Garuda Indonesia]**, (2) penunjukan penengah, kurator, wali amanat, kustodian, pengurus,*

*when due;*

*(2) Lessee* **[Garuda France]** *or, as applicable, Sub-Lessee* **[Garuda Indonesia]** *will have failed to make any other payment in accordance with the Operative Documents when the same will have become due and such failure will continue for three (3) Business Days; or"*

2.19.2 **Clause 12.4: Involuntary Bankruptcy, etc.**

*"A proceeding will have been commenced or a petition will have been filed, in either case, without the consent or application of the Lessee or, as applicable, the Sub-Lessee **[Garuda Indonesia]**, seeking relief in respect of the Lessee or, as applicable, Sub-Lessee **[Garuda Indonesia]** or of substantially all of its property or assets under any applicable bankruptcy, insolvency, liquidation, administration, receivership, examinership or similar Law, including any equivalent proceedings in the Lessee's Jurisdiction or, as applicable, the Sub-Lessee Jurisdiction **[Jurisdiction of Garuda Indonesia]**, (2) the appointment of a conciliator, receiver, trustee, custodian, administrator, sequestrator, examiner or similar official for the Lessee or, as applicable, the Sub- Lessee **[Garuda Indonesia]** or for substantially*

Dra. EVIYENTI
PENERJEMAH TERSUMPAH
B. Indonesia ke B. Inggris

[On the Letterhead of HISWARA BUNJAMIN & TANDJUNG]

*pejabat sita, pengawas atau pejabat serupa untuk Penyewa atau, sebagaimana berlaku, Penyewa Lanjutan **[Garuda Indonesia]** atau untuk sebagian besar kekayaan atau asetnya, atau (3) likuidasi, reorganisasi, pembubaran, pengurusan atau pengakhiran atas Penyewa atau, sebagaimana berlaku, Penyewa Lanjutan; dan proses hukum atau permohonan tersebut tidak dihentikan selama enam puluh (60) hari atau sebuah perintah atau keputusan yang menyetujui atau memerintahkan salah satu dari hal yang disebutkan di atas akan dikeluarkan dan tidak ditangguhkan dalam waktu yang segera; atau"*

*all of its property or assets, or (3) the liquidation, reorganisation, dissolution, administration or winding up of the Lessee or, as applicable, the Sub-Lessee; and such proceeding or petition will continue undismissed for sixty (60) days or an order or decree approving or ordering any of the foregoing will be issued and will not immediately be stayed; or"*

2.20 Ketentuan yang sama juga termaktub dalam Klausul 12.1 dan 12.4 dalam Ketentuan Bersama Sewa Lanjutan tentang Peristiwa Cedera Janji, sebagaimana dapat dilihat di bawah ini:

2.20 A similar provision has also been provided in Clauses 12.1 and 12.4 of the Sub-Lease Shared Terms on Events of Default, as set out below:

2.20.1 **<u>Klausul 1.2: Pembayaran</u>**

*"(1) Penyewa **[Garuda Indonesia]** telah gagal melakukan pembayaran berkala atau pembayaran terjadwal sesuai dengan Dokumen Operatif mana pun (termasuk pembayaran Uang Sewa - Pembayaran Berkala, Pemelihataan atau Nilai Asuransi Yang Telah Disepakati – Pesawat Udara) ketika jatuh tempo;*

*(2) Penyewa **[Garuda Indonesia]** telah gagal melakukan pembayaran lain apa pun sesuai dengan Dokumen Operatif ketika pembayaran tersebut menjadi*

2.20.2 **<u>Clause 12.1: Payments</u>**

*"(1) The Lessee **[Garuda Indonesia]** will have failed to make any periodic or scheduled payment in accordance with any Operative Document (including any payment of Rent - Periodic, Maintenance Payments or Agreed Insurance Value – Aircraft) when due;*

*(2) The Lessee **[Garuda Indonesia]** will have failed to make any other payment in accordance with the Operative*

Dra. EVIYENTI
PENERJEMAH TERSUMPAH
B. Indonesia ke B. Inggris

[On the Letterhead of HISWARA BUNJAMIN & TANDJUNG]

*jatuh tempo dan kegagalan tersebut berlangsung selama tiga (3) Hari Kerja; atau"*

2.20.2 **Klausul 12.4: Kepailitan Tidak Sukarela, dll.**

*"Suatu proses hukum telah dimulai atau sebuah permohonan telah diajukan, dalam salah satu hal, tanpa persetujuan atau permohonan dari Penyewa atau, sebagaimana berlaku, Penyewa Lanjutan **[Garuda Indonesia]**, dalam upaya memperoleh (1) keringanan terkait Penyewa atau, sebagaimana berlaku, Penyewa Lanjutan **[Garuda Indonesia]** atau sebagian besar kekayaan atau asetnya berdasarkan Undang-Undang kepailitan, keadaan insolven, likuidasi, kepengurusan, pengawasan oleh kurator, pengawasan yang berlaku atau Undang-Undang yang serupa, termasuk proses hukum yang setara di Yurisdiksi Penyewa atau, sebagaimana berlaku, Yurisdiksi Penyewa Lanjutan **[Yurisdiksi Garuda Indonesia]**, (2) penunjukan penengah, kurator, wali amanat, kustodian, pengurus, pejabat sita, pengawas atau pejabat serupa untuk Penyewa atau, sebagaimana berlaku, Penyewa Lanjutan **[Garuda Indonesia]** atau untuk sebagian besar kekayaan atau asetnya, atau (3) likuidasi, reorganisasi, pembubaran, pengurusan atau pengakhiran atas*

*Documents when the same will have become due and such failure will continue for three (3) Business Days; or"*

2.20.2 **Clause 12.4: Involuntary Bankruptcy, etc.**

*"A proceeding will have been commenced or a petition will have been filed, in either case, without the consent or application of the Lessee seeking relief in respect of the Lessee* **[Garuda Indonesia]** *or of substantially all of its property or assets under any applicable bankruptcy, insolvency, liquidation, administration, receivership, examinership or similar Law, including any equivalent proceedings in the Lessee's Jurisdiction* **[Jurisdiction of Garuda Indonesia],** *(2) the appointment of a conciliator, receiver, trustee, custodian, administrator, sequestrator, examiner or similar official for the Lessee for substantially all of its property or assets, or (3) the liquidation, reorganisation, dissolution, administration or winding up of the Lessee* **[Garuda**

Dra. EVIYENTI
PENERJEMAH TERSUMPAH
B. Indonesia ke B. Inggris

[On the Letterhead of HISWARA BUNJAMIN & TANDJUNG]

*Penyewa atau, sebagaimana berlaku, Penyewa Lanjutan; dan proses hukum atau permohonan tersebut tidak dihentikan selama enam puluh (60) hari atau sebuah perintah atau keputusan yang menyetujui atau memerintahkan salah satu dari hal yang disebutkan di atas akan dikeluarkan dan tidak ditangguhkan dalam waktu yang segera; atau"*

***Indonesia]**; and such proceeding or petition will continue undismissed for sixty (60) days or an order or decree approving or ordering any of the foregoing will be issued and will not immediately be stayed; or"*

***Dasar hukum dari Pengajuan Tagihan ini terhadap Garuda Indonesia***

***Legal basis for Filing this Claim with Garuda Indonesia***

2.21 Garuda Indonesia sebagai Penanggung memiliki kewajiban untuk melaksanakan atau menyebabkan dibayarkannya atau dilaksanakannya kewajiban Garuda France sebagai Penyewa berdasarkan Perjanjian Sewa Induk, Perjanjian Novasi dan Amendemen Sewa dan Perjanjian Subordinasi Sewa Lanjutan.

2.21 Garuda Indonesia as the Guarantor has the obligation to perform or cause to be paid or perform the obligations of Garuda France as the Lessee under the Head Lease Agreement, Lease Novation and Amendment Agreement as well as the Sublease Subordination Agreement.

2.22 Berdasarkan Klausul 4 (a) dan (b) Perjanjian Subordinasi Sewa Lanjutan, Garuda Indonesia secara tegas mengakui dan setuju untuk kepentingan Kreditor bahwa:

*(a) Perjanjian Sewa Lanjutan serta hak dan kepentingan Penyewa Lanjutan **[Garuda Indonesia]** berdasarkan Perjanjian Sewa Lanjutan (termasuk namun tidak terbatas pada hak yang dimilikinya untuk menguasai, menggunakan dan mengoperasikan Pesawat Terbang) tunduk dan disubordinasikan dalam segala hal kepada Perjanjian Induk Sewa dan Perjanjian Jaminan Penyewa dan alas hak, hak dan kepentingan Kreditor terkait Pesawat Terbang dan Perjanjian Sewa;*

*(b) setiap klaim yang mungkin dimiliki atau diperoleh Penyewa Lanjutan*

2.22 Pursuant to Clause 4 (a) and (b) of the Sublease Subordination Agreement, Garuda Indonesia expressly acknowledges and agrees in favour of the Creditor that:

*(a) the Sub-Lease Agreement and the rights and interests of the Sub-Lessee **[Garuda Indonesia]** under the Sub-Lease Agreement (including without limitation its right to possess, use and operate the Aircraft) are subject to and subordinated in all respects to the Head Lease Agreement and the Lessee Security Agreement and the title, rights and interests of the Creditor in relation to the Aircraft and the Lease Agreement;*

*(b) any claims which the Sub-Lessee **[Garuda Indonesia]***

Dra. EVIYENTI PENERJEMAH TERSUMPAH B. Indonesia ke B. Inggris

[On the Letterhead of HISWARA BUNJAMIN & TANDJUNG]

*__[Garuda Indonesia]__ sebagai akibat dari pelanggaran, kegagalan pelaksanaan atau penyangkalan Perjanjian Sewa Lanjutan dibuat secara eksklusif terhadap Penyewa __[Garuda France]__ dan Penyewa Lanjutan tidak berhak untuk menahan atau menangguhkan pelaksanaan dari salah satu kesanggupan yang dimilikinya berdasarkan surat perjanjian ini atau salah satu Dokumen Operatif lain di mana ia merupakan pihak di dalamnya atas dasar pelanggaran, kegagalan pelaksanaan atau penyangkalan tersebut; dan*

*may have or acquire as a result of any breach, non-performance or repudiation of the Sub-Lease Agreement shall be exclusively against the Lessee __[Garuda France]__ and the Sub-Lessee shall not be entitled to withhold or delay performance of any of its undertakings under this letter of agreement or any of the other Operative Documents to which it is a party on the grounds of such breach, non-performance or repudiation; and*

2.23 Oleh karena itu, Garuda Indonesia memiliki utang yang jatuh tempo dan harus dibayar kepada Kreditor menurut Pasal 1(6) Undang- Undang No.37 tahun 2004 tentang Kepailitan dan Penundaan Kewajiban Pembayaran Utang ("**UU 37/2004**"), sebagai berikut:

> *"Utang adalah kewajiban yang dinyatakan atau dapat dinyatakan dalam jumlah uang baik dalam mata uang Indonesia maupun mata uang asing, baik secara langsung maupun yang akan timbul di kemudian hari atau kontinjen, yang timbul karena perjanjian atau undang-undang dan yang wajib dipenuhi oleh Debitor dan bila tidak dipenuhi memberi hak kepada Kreditor untuk mendapat pemenuhannya dari harta kekayaan Debitor."*

2.23 Consequently, Garuda Indonesia has due and payable indebtedness to the Creditor pursuant to Article 1(6) of Law No.37 of 2004 on Bankruptcy and Suspension of Debt Payment Obligations ("**Law 37/2004**"), as follows:

> *"Indebtedness shall mean an obligation that is expressed or may be expressed in a monetary unit under Indonesian or foreign currency, either existing now or thereafter or contingent, that is incurred from an agreement or pursuant to the prevailing laws and must be fulfilled by the Debtor, failing which the Creditor becomes entitled to recover its loan from the assets of the Debtor."*

2.24 Kreditor dengan ini mengajukan tagihannya dalam proses PKPU Garuda Indonesia dengan dasar hukum sebagai berikut:

**2.24.1 __Pasal 273 (2) UU 37/2004:__**

*"Ketentuan sebagaimana*

2.24 The Creditor hereby files its claim in Garuda Indonesia's PKPU process on the following legal grounds:

2.24.1 **__Article 273 (2) of Law 37/2004__**:

*"The provisions as referred to*

Dra. EVIYENTI
PENERJEMAH TERSUMPAH
B. Indonesia ke B. Inggris

[On the Letterhead of HISWARA BUNJAMIN & TANDJUNG]

*dimaksud dalam Pasal 135, Pasal 139, Pasal 140, Pasal 141, dan Pasal 142 ayat (1) dan ayat (2) berlaku mutatis mutandis dalam hal penundaan kewajiban pembayaran utang."*

2.24.2 **Pasal 141 (1) UU 37/2004:**

*"Kreditor yang piutangnya dijamin oleh seorang penanggung dapat mengajukan pencocokan piutang setelah dikurangi dengan pembayaran yang telah diterima dari penanggung."*

2.24.3 **Pasal 142 (1) UU 37/2004:**

*"Dalam hal terdapat Debitor tanggung-menanggung dan satu atau lebih Debitor dinyatakan pailit, Kreditor dapat mengajukan piutangnya kepada Debitor yang dinyatakan pailit atau kepada masing-masing Debitor yang dinyatakan pailit sampai seluruh piutangnya dibayar lunas."*

2.24.4 **Pasal 165 (1) UU37/2004:**

*"Meskipun sudah ada perdamaian, Kreditor tetap memiliki hak terhadap para penanggung dan sesama Debitor."*

2.25 Berdasarkan penjelasan di atas,tidak terbantahkan bahwa:

2.25.1 Garuda Indonesia telah cedera janji atas kewajiban yang dimilikinya berdasarkan Perjanjian Sewa Lanjutan, Perjanjian Subordinasi Sewa Lanjutan, dan Jaminan Garuda.

2.25.2 Kreditor berhak mengajukan

*in Article 135, Article 139, Article 140, Article 141, and Article 142 (1) and (2) shall apply mutatis mutandis in the case of suspension of the debt payment obligation."*

2.24.2 **Article 141 (1) of Law 37/2004**

*"A Creditor whose claim is guaranteed by a guarantor may file its claims, deducted by the amount that it has received from such guarantor."*

2.24.3 **Article 142 (1) of Law 37/2004:**

*"In the event of joint Debtors and one or more of them being declared bankrupt, the Creditor may file its claims against one bankrupt Debtor or against each of the bankrupt Debtors, until its claims have been fully settled."*

2.24.4 **Article 165 (1) of Law 37/2004:**

*"Notwithstanding the composition plan, the Creditors will retain their rights against guarantors and co-debtors."*

2.25 Based on the above explanations, it is undisputed that:

2.25.1 Garuda Indonesia has defaulted its obligations under the Sub-Lease Agreement, Sub-Lease Subordination Agreement, and Garuda Guarantee.

2.25.2 The Creditor is entitled to file

Dra. EVIYENTI
PENERJEMAH TERSUMPAH
B. Indonesia ke B. Inggris

[On the Letterhead of HISWARA BUNJAMIN & TANDJUNG]

tagihan yang dimilikinya terhadap Garuda Indonesia dalam proses PKPU ini; dan

2.25.3 Tagihan yang diajukan oleh Kreditor harus dianggap sebagai utang konkuren.

2.26 Sampai dengan tanggal Putusan PKPU Garuda Indonesia, utang yang jatuh tempo dan harus dibayar oleh Garuda Indonesia kepada Kreditor adalah sebagai berikut.

its claim against Garuda Indonesia in this PKPU process; and

2.25.3 The claim filed by the Creditor should be treated as an unsecured debt.

2.26 Up to the date of the Garuda Indonesia PKPU Decision, the due and payable indebtedness of Garuda Indonesia to the Creditor is as follows.

| *Details*/Rincian | *Amount in USD/* Jumlah dalam USD | *Amount in IDR** /Jumlah dalam IDR* |
|---|---|---|
| Biaya Pengembalian Kembali / Repossession Fees | US$2,145,000.00 | Rp30.776.460.000 |
| Biaya Relokasi / Relocation Cost | US$150,000.00 | Rp2.152.200.000 |
| Utang Sewa Tertunggak sampai 9 Desember 2021 / Outstanding Rent as of 9 December 2021 | US$18,249,952.54 | Rp261.850.319.043,92 |
| Utang Sewa Mesin Tertunggak sampai 9 Desember 2021 /Outstanding Machinery Rent as of 9 December 2021 | US$1,134,625.29 | Rp16.279.603.660,92 |
| Bunga Cedera Janji Tertunggak sampai dengan 9 Desember 2021 (Bunga sampai 30 April 2021) /Outstanding Default Interest as of 9 December 2021 (Interest through 30 April 2021) | US$852,932.74 | Rp12.237.878.953,52 |
| Bunga Cedera Janji dari tanggal 1 Mei 2021 sampai dengan 9 Desember 2021 /Default Interest from 1 May 2021 to 9 December 2021 | US$961,770.95 | Rp13.799.489.590,60 |
| Paparan Pemeliharaan Mesin PR / Engine PR Maintenance Exposure | US$16,502,283.65 | Rp236.774.765.810,20 |
| Sewa Mendatang / Future Rent | US$45,451,626.32 | Rp652.139.934.439,36 |

Dra. EVIYENTI
PENERJEMAH TERSUMPAH
B. Indonesia ke B. Inggris

[On the Letterhead of HISWARA BUNJAMIN & TANDJUNG]

| | | |
|---|---|---|
| Sewa Tambahan Mendatang / Future Supplemental Rent | US$$10,175,459.54 | Rp145.997.493.479,92 |
| Biaya-biaya (sebagaimana Klausul 13.1.4 Ketentuan Bersama Sewa Pesawat Terbang) /Expenses (as set out under Clause 13.1.4 of the Aircraft Lease Shared Terms) | US$521,667.75 | Rp7.484.888.877,00 |
| **Total Claim** | **US$96,145,318.78** | **Rp1.379.493.033.855,44** |

Catatan:

**) Kurs Tengah Bank Indonesia pada tanggal Putusan PKPU Garuda Indonesia sebesar Rp14.348.*

Notes:

**) Bank Indonesia Middle Exchange Rate as of the date of the Garuda Indonesia PKPU Decision was Rp14,348.*

3. **REKENING BANK**

Untuk kelengkapan pengajuan tagihan kami dan untuk pembayaran yang akan dilakukan, Kreditor dengan ini menyampaikan rekening bank Kreditor sebagai berikut:

3. **BANK ACCOUNT**

For the sake of completeness of our claim filing and for payments in the future, the Creditor hereby discloses its bank account, as follows:

Rekening Bank USD / USD Bank Accounts

| | |
|---|---|
| Nama bank / *Name of bank*: | Wilmington Trust Company |
| Nama pemilik rekening / *Name of account holder*: | Wilmington Trust Company |
| Mata uang / *Currency*: | USD |
| Nomor rekening / *Account* | 135284-001 |
| Kode SWIFT / *SWIFT Code*: | MANTUS33 |
| Alamat / *Address*: | 1100 North Market Street Wilmington, DE |
| Referensi / *Reference:* | Greylag Goose – MSN 1446 |

Informasi yang diberikan berdasarkan Pengajuan Tagihan ini adalah sesuai dengan keadaan yang sebenarnya, dan salinan dari formulir ini merupakan tanda terima yang sah dari Tim Pengurus atas salinan dokumen-dokumen yang telah diserahkan oleh Kreditor sesuai dengan UU 37/2004.

The information given under this Claim Filing are true and correct, and a copy of this form serves as a valid receipt by the Administrator's Team for copies of the documents as submitted by the Creditor in accordance with Law 37/2004.

Mohon hubungi kami apabila Pengurus memiliki pertanyaan terkait keterangan di atas atau apabila Pengurus memerlukan dokumen lainnya dari pihak kami.

Please contact us if you have any questions on the above or if you require us to provide any other documents. Thank you in advance for your attention and cooperation.

Hormat kami/

Dra. EVIYENTI PENERJEMAH TERSUMPAH B. Indonesia ke B. Inggris

[On the Letterhead of HISWARA BUNJAMIN & TANDJUNG]

*Faithfully yours,*

Kuasa Hukum/ *Counsel for the* Greylag Goose Leasing 1446 Designated Activity Company

Hiswara Bunjamin & Tandjung

Anastasia Debby Sulaiman, S.H.

Roni Heilig Marpaung, S.H.

Bunga Febriola Putri, S.H.

Dra. EVIYENTI
PENERJEMAH TERSUMPAH
B Indonesia ke B. Inggris

[On the Letterhead of HISWARA BUNJAMIN & TANDJUNG]

**Lampiran A / *Attachment A***

**Greylag Goose Leasing 1446 Designated Activity Company**

**Daftar dokumen yang diserahkan kepada Tim Pengurus/ *List of documents submitted to the Administrators' Team***

| No. | Nama dokumen / Name of documents | Keterangan / |
|---|---|---|
| 1. | Surat Kuasa tertanggal 4 Januari 2022 / *Power of Attorney dated 4 January 2022* | Salinan / Copy |
| 2. | Akta Pendirian Greylag Goose Leasing 1446 Designated Activity Company/ *Constitution of the Greylag Goose Leasing 1446 Designated Activity Company* | Salinan / Copy |
| 3. | Daftar Direksi Greylag Goose Leasing 1446 Designated Activity Company / *The Greylag Goose Leasing 1446 Designated Activity Company List of Directors* | Salinan / Copy |
| 4. | Perjanjian Sewa (MSN 1446) antara Wells Fargo Bank Northwest, National Association (sebagai *owner trustee* dan pemberi sewa) and Denpasar Aircraft Leasing (Ireland) Limited (sebagai penerima sewa) tertanggal 28 Oktober 2016 / *Lease Agreement (MSN 1446) between Wells Fargo Bank Northwest, National Association (as Owner Trustee and Lessor) and Denpasar Aircraft Leasing (Ireland) Limited as Lessee of 28 October 2016* | Salinan / Copy |
| 5. | Ketentuan Bersama Sewa Pesawat Terbang tertanggal 28 Oktober 2016 yang dibuat dan ditandatangani antara Aircastle Advisor (Ireland) Limited (penyedia jasa awal) dan Garuda Indonesia Holiday France S.A.S ("**Garuda France**") (penyewa) / *Aircraft Lease Shared Terms dated 28 October 2016 entered into between Aircastle Advisor (Ireland) Limited (the initial service provider) and Garuda Indonesia Holiday France S.A.S ("**Garuda*** | Salinan / Copy |
| 6. | Perjanjian Novasi dan Amendemen Terkait Perjanjian Sewa Menyewa Pesawat tanggal 28 Oktober 2016 sehubungan dengan satu (1) Pesawat Airbus A330-300 dengan Nomor Seri Pabrikan 1446 tertanggal 27 September 2019 / *Aircraft Lease Agreement of 28 October 2016 in respect of one (1) Airbus A330-300 aircraft with the Manufacturer's Serial No. 1446 dated 27 September 2019* | Salinan / Copy |
| 7. | Perjanjian Sewa Lanjutan tertanggal 28 Oktober 2016 antara Garuda France (sebagai penyewa lanjutan) dan PT Garuda Indonesia (Persero) Tbk ("**Garuda Indonesia**") (sebagai penerima sewa lanjutan) / *Aircraft Sub- Lease Agreement of 28 October 2016 between Garuda France (as sub- lessor) and PT Garuda Indonesia (Persero) Tbk ("**Garuda Indonesia**") (as sub-lessee).* | Salinan / Copy |

Dra. EVIYENTI
PENERJEMAH TERSUMPAH
B. Indonesia ke B. Inggris

[On the Letterhead of HISWARA BUNJAMIN & TANDJUNG]

| | | |
|---|---|---|
| 8. | Ketentuan Bersama Sewa Lanjutan tertanggal 28 Oktober 2016 antara Garuda France (sebagai pemberi sewa lanjutan) dan Garuda Indonesia (sebagai penyewa lanjutan) / *Aircraft Sub-Lease Shared Terms dated 28 October 2016 entered into between Garuda France (as sub-lessor) and Garuda Indonesia (as* | Salinan / Copy |
| 9. | Perjanjian Amendemen Sewa Lanjutan tertanggal 27 September 2019 antara Garuda France (pemberi sewa lanjutan) dan Garuda Indonesia (penyewa) / *Sub-Lease Amendment Agreement dated 27 September 2019 between Garuda France (the sub-lessor) and Garuda Indonesia (the lessee)* | Salinan / Copy |
| 10. | Perjanjian Subordinasi Sewa Lanjutan (MSN 1446) tertanggal 27 September 2019 / *Sublease Subordination Agreement (MSN 1446) dated 27 September 2019* | Salinan / Copy |
| 11. | Email tertanggal 28 Januari 2020 sehubungan dengan penyampaian Pemberitahuan Cidera Janji tertanggal 27 Januari 2020 kepada Garuda France dan Garuda Indonesia, berikut dengan lampirannya, yakni Surat Pemberitahuan Cidera Janji tertanggal 27 Januari 2020 / *Email dated 28 January 2020 in relation to the delivery of Notice of Default dated 27 January 2020 to Garuda France and Garuda Indonesia, along with its attachment i.e. Notice of Event of Default dated 27 January 2020.* | Salinan / Copy |
| 12. | Email tertanggal 13 Februari 2020 sehubungan dengan penyampaian Pemberitahuan Kedua Cidera Janji tertanggal 13 Februari 2020 kepada Garuda France dan Garuda Indonesia, berikut dengan lampirannya, yakni Surat Pemberitahuan Kedua Cidera Janji tertanggal 13 Februari 2020 / *Email dated 13 February 2020 in relation to the delivery of the Second Notice of Default dated 13 February 2020 to Garuda France and Garuda Indonesia, along with its attachment i.e. Second Notice of Event of Default of 13 February 2020.* | Salinan / Copy |
| 13. | Email tertanggal 27 April 2020 sehubungan dengan penyampaian Pemberitahuan Penarikan S/K dan Penggunaan Uang Jaminan tertanggal 27 April 2020 kepada Garuda France, Garuda Indonesia dan Wilmington Trust Company, berikut dengan lampirannya, yakni Pemberitahuan Penarikan S/K dan Penggunaan Uang Jaminan tertanggal 27 April 2020 / *Email dated 27 April 2020 in relation to the delivery of the Notice of L/C Drawdown and Security Deposit Application to Garuda France, Garuda Indonesia and Wilmington Trust Company along with its attachment i.e. Notice of L/C Drawdown and Security Deposit Application dated 27 April 2020.* | Salinan / Copy |

Dra. EVIYENTI
PENERJEMAH TERSUMPAH
B Indonesia ke B. Inggris

[On the Letterhead of HISWARA BUNJAMIN & TANDJUNG]

| | | |
|---|---|---|
| 14. | Email tertanggal 30 Januari 2021 sehubungan dengan penyampaian Surat Pencadangan Hak kepada Garuda Indonesia dan Garuda France tertanggal 30 Januari 2021 kepada Garuda France dan Garuda Indonesia, berikut dengan lampirannya, yakni Surat Pencadangan Hak kepada Garuda Indonesia dan Garuda France tertanggal 30 Januari 2021 / *Email dated 30 January 2021 in relation to the delivery of a Letter of Reservation of Rights to attachment i.e. Letter of Reservation of Rights to Garuda France and Garuda Indonesia dated 30 January 2021.Garuda France and Garuda Indonesia dated 30 January 2021 along with its* | Salinan / Copy |
| 15. | Email penyampaian tagihan yang masih tertunggak kepada Garuda France dan Garuda Indonesia dengan lampirannya, yakni dokumen tagihan- tagihan (*invoices*) dari Kreditor kepada Garuda France dan Garuda Indonesia / *Email delivery of the outstanding invoices to Garuda France and Garuda Indonesia, along with its attachments, i.e. invoices.* | Salinan / Copy |
| 16. | Email penyampaian Surat Pemberitahuan Eksekusi tertanggal 4 Januari 2022, along with its attachment i.e. Surat Pemberitahuan Eksekusi tertanggal 4 Januari 2022 / *Email delivery of the Enforcement Notice dated 4 January 2022 dengan lampirannya yakni Enforcement Notice dated 4 January 2022.* | Salinan / Copy |

Dra. EVIYENTI
PENERJEMAH TERSUMPAH
B. Indonesia ke B. Inggris

[On the Letterhead of HISWARA BUNJAMIN & TANDJUNG]

Jakarta, 15 Juni/*June* 2022

Our Ref.: 79/06/22

Kepada Yth / *To*:
Tim Pengurus / *The Administrator's Team of*

PT Garuda Indonesia (Persero) Tbk (dalam PKPU Tetap) (*In Permanent PKPU*)

Kantor Taman A9 C 8-10, Jl. DR Ide Anak Agung Gde Agung

Lot 8-9, Lantai 4, Kawasan Mega Kuningan

Kelurahan Kuningan Timur, Kecamatan Setiabudi

Jakarta 12950

**Untuk perhatian / *Attention*:**

1. Jandri Siadari, S.H., Dip.Mkt., LL.M.;
2. Martin Patrick Nagel, S.H., M.H.;
3. Albert Hasoloan Limbong, S.H.;
4. Asri, S.H., M.H.;
5. Mulyadi. S.H., LL.M.; dan / and
6. William Eduard Daniel, S.E., S.H., LL.M., MBL.

**Perihal / Re: Pengajuan Perubahan Tagihan untuk Greylag Goose Leasing 1446 Designated Activity Company/ *Submission of Amendment to the Claim Submission for the Greylag Goose Leasing 1446 Designated Activity Company***

Dengan hormat,

Berdasarkan Surat Kuasa Khusus tertanggal 4 Januari 2022, kami bertindak untuk dan atas nama Greylag Goose Leasing 1446 Designated Activity Company, suatu perusahaan yang didirikan secara sah berdasarkan hukum Irlandia dan beralamat kantor di Rocktwist House, Block 1, Western Business Park, Shannon, Co. Clare, Irlandia("**Kreditor**").

Kami merujuk kepada:

(a) Paragraf 2.17 dari Pengajuan Tagihan tertanggal 5 Januari 2022, yang telah kami ajukan sebelumnya kepada Tim Pengurus PT Garuda Indonesia (Persero) Tbk (dalam PKPU Tetap) ("**Garuda Indonesia**") pada tanggal 5 Januari 2022 ("**Pengajuan Tagihan Pertama**") mengenai pencadangan hak Kreditor atas semua hak yang dimilikinya berdasarkan Perjanjian Induk Sewa dan Perjanjian Novasi dan

Dear Sirs,

By virtue of a Specific Power of Attorney dated 4 January 2022, we are acting for and on behalf of the Greylag Goose Leasing 1446 Designated Activity Company, a company duly incorporated under the laws of Ireland and having its office address at Rocktwist House, Block 1, Western Business Park, Shannon, Co. Clare, Ireland ("**Creditor**").

We refer to:

(a) Paragraph 2.17 of the Claim Submission dated 5 January 2022, which we previously filed with the Administrator's Team of PT Garuda Indonesia (Persero) Tbk (in Permanent PKPU) ("**Garuda Indonesia**") on 5 January 2022 ("**First Claim Submission**") regarding the reservation of all rights of the Creditor under the Head Lease Agreement and the Novation and Amendment



Dra. EVIYENTI
PENERJEMAH TERSUMPAH
B. Indonesia ke B. Inggris

Amendemen; dan

Agreement; and

(b) Pengajuan Tagihan Tambahan tertanggal 28 April 2022 yang diajukan oleh Kreditor ("**Pengajuan Tagihan Tambahan**").

(b) Additional Claim Submission dated 28 April 2022 filed by the Creditor ("**Additional Claim Submission**").

Bersama dengan surat ini, Kreditor mengajukan perubahan nilai tagihan sebagaimana diuraikan dalam paragraf 2.26 dari Pengajuan Tagihan Pertama ("**Perubahan Pengajuan Tagihan**") sebagaimana berikut:

Along with this letter, the Creditor submitted an amendment to its claim amount as provided in paragraph 2.26 of the First Claim Submission ("**Amendment to the Claim Submission**") as follows:

| Rincian / *Details* | Jumlah dalam USD/ *Amount in USD* | Jumlah dalam IDR*/ *Amount in IDR** |
|---|---|---|
| Biaya Kerugian Total / *Total Loss Value* | US$119,730,172.50 | Rp1.717.888.515.030 |
| Biaya Relokasi / *Relocation Cost* | US$150,000.00 | Rp2.152.200.000 |
| Utang Sewa Tertunggak sampai 9 Desember 2021 / *Outstanding Rent as of 9 December 2021* | US$20,245,120.00 | Rp290.746.981.760 |
| Utang Sewa Mesin Tertunggak sampai 9 Desember 2021 / *Outstanding MRs as of 9 December 2021* | US$1,134,625.29 | Rp16.279.603.660,92 |
| Bunga Cedera Janji Tertunggak dari 1 Mei 2021 sampai dengan 9 December 2021 (Bunga sampai 9 Desember 2021) / *Oustanding Default Interest from 1 May 2021 to 9 December 2021 (Interest through 9 December 2021)* | US$1,814,703.69 | Rp26.037.368.544,12 |
| Paparan Pemeliharaan Mesin PR / *Engine PR Maintenance Exposure* | US$16,502,283.65 | Rp236.774.765.810,20 |
| Sewa Mendatang / Future Rent | US$45,451,626.32 | Rp652.139.934.439,36 |
| Sewa Tambahan Mendatang (Airframe, Mesin LLP, LG & APU) / *Future Supplemental Rent (Airframe, Engine LLP, LG & APU)* | US$3,838,832.50 | Rp55.079.568.710 |

Dra. EVIYENTI
PENERJEMAH TERSUMPAH
B. Indonesia ke B. Inggris

| | | |
|---|---|---|
| Sewa Tambahan Mendatang (Mesin PR) apabila tidak lagi ditanggung dalam RR TCA / Future Supplemental Rent (Engine PR) if no longer covered under RR TCA | US$6,336,627.04 | Rp90.917.924.769,92 |
| Pengeluaran-pengeluaran/Biaya Hukum sebagaimana diatur dalam Klausul 13.1.3 dari Ketentuan Bersama Sewa Pesawat Terbang / Expenses/Legal Fees as set out under Clause 13.1.4 of the Aircraft Lease Shared Terms | US$601,809.25 | Rp8.634.759.119 |
| **Total Tagihan/*Total Claim*** | US$224,968,492.28 | Rp 3.227.847.927.233,44 |

***Catatan:***
***) *Kurs Tengah Bank Indonesia pada tanggal Putusan PKPU Garuda Indonesia sebesar Rp14.348***

***Notes:***
***) *Bank Indonesia Middle Exchange Rate as of the date of the Garuda Indonesia PKPU Decision was Rp14,348***

Untuk kelengkapan pengajuan tagihan kami dan pembayaran yang akan dilakukan, Kreditor dengan ini menyampaikan rincian rekening bank Kreditor sebagai berikut:

For the sake of completeness of our claim submission and payments in the future, the Creditor hereby discloses its bank account details, as follows:

**Rekening Bank USD** / **USD Bank Account**

| | |
|---|---|
| Nama bank / Name of bank: | Wilmington Trust Company |
| Nama pemilik rekening / Name of account holder: | Wilmington Trust Company |
| Mata uang / Currency: | USD |
| Nomor Rekening / Account number: | 135284-001 |
| Kode SWIFT / SWIFT code: | MANTUS33 |
| Alamat / Address: | 1100 North Market Street Wilmington, DE 19890 |
| Referensi / Reference | Greylag Goose – MSN 1446 |

Untuk menghindari keragu-raguan, bagian lainnya dari Pengajuan Tagihan Pertama dan Pengajuan Tagihan Tambahan tetap berlaku, dan tidak ada bagian dari Perubahan Pengajuan Tagihan ini yang atau dianggap mengubah ketentuan-ketentuan dalam Pengajuan Tagihan Pertama dan Pengajuan Tagihan Tambahan kecuali dinyatakan secara tegas.

For the avoidance of doubt, other parts of the First Claim Submission and the Additional Claim Submission remain applicable, and no parts of this Amendment to the Claim Submission amend or are considered to amend the provisions under the First Claim Submission and Additional Claim Submission unless expressly stated.

Dra. EVIYENTI
PENERJEMAH TERSUMPAH
B. Indonesia ke B. Inggris

Perubahan Pengajuan Tagihan ini merupakan bagian yang tidak terpisahkan dari Pengajuan Tagihan Pertama dan Pengajuan Tagihan Tambahan.

This Amendment to the Claim Submission is an inseparable part of the First Claim Submission and the Additional Claim Submission.

Kami mengucapkan terima kasih atas perhatian dan kerja sama dari Tim Pengurus.

We thank you in advance for the Administrator's Team's attention and cooperation.

Hormat kami / Faithfully yours,
**Kuasa Hukum / Counsel for the Greylag Goose Leasing 1446 Designated Activity Company**

**Hiswara Bunjamin & Tandjung**

Roni Heilig Marpaung, S.H.

Bunga Febriola Putri, S.H.

Dra. EVIYENTI
PENERJEMAH TERSUMPAH
B. Indonesia ke B. Inggris

[On the Letterhead of HISWARA BUNJAMIN & TANDJUNG]

Jakarta, 8 Juni / June 2022

Referensi kami / Our Ref.: 19/06/22

Kepada Yth. / To:
PT Garuda Indonesia (Persero)
Tbk Jalan Kebon Sirih No. 46A,
Jakarta Pusat, Indonesia

Untuk perhatian / Attention:

1. Rahmat Hanafi, Director of Maintenance (rahmat.hanafi@garuda-indonesia.com)
2. Muktharis, VP Acquisition and Aircraft Management (mukhtaris@garuda-indonesia.com)
3. Acquisition and Aircraft Management Division (ProjectPhoenix@garuda-indonesia.com)

Tembusan kepada / Copied to:
Hakim Pengawas yang Terhormat pada Perkara PKPU / the Honorable Supervisory Judge in PKPU Case No.425/Pdt.Sus-PKPU/2021/PN.Niaga.Jkt.Pst

**Perihal: Keberatan atas Metodologi Voting dan Perhitungan Tagihan /**
**Re: Objection to the Voting Methodology and Claim Calculation**

Dengan hormat,

Dear Sir,

Kami bertindak untuk dan atas nama Greylag Goose Leasing 1446 Designated Activity Company ("**Kreditor**"), pemberi sewa atas pesawat udara model Airbus manufaktur kerangka pesawat A330-300 dengan nomor seri pabrikan 1446, berdasarkan Surat Kuasa Khusus tertanggal 4 Januari 2022.

We are acting for and on behalf of the Greylag Goose Leasing 1446 Designated Activity Company ("**Creditor**"), a lessor of Airbus A330-300 aircraft under the manufacturer's serial number 1446 by virtue of a Specific Power of Attorney dated 4 January 2022.

Kami merujuk kepada:

(a) Metodologi Perhitungan Hak Suara Pemberi Sewa Pesawat yang diedarkan oleh PT Garuda Indonesia (Persero) Tbk ("**Debitor PKPU**") pada tanggal 4 Mei 2022 ("**Metodologi Voting**");

(b) Komunikasi via Zoom pada tanggal 1 Juni 2022 antara Kreditor dengan Debitor PKPU ("**Komunikasi Zoom**");

(c) Perhitungan tagihan Kreditor berdasarkan Metodologi Voting tertanggal 2 Juni 2022 dari Debitor PKPU kepada Kreditor ("**Perhitungan Tagihan**"); dan

We refer to the following:

(a) Voting Methodology for the Aircraft Lessor as circulated by PT Garuda Indonesia (Persero) Tbk ("**PKPU Debtor**") on 4 May 2022 ("**Voting Methodology**");

(b) Communication via Zoom on 1 June 2022 between the Creditor and the PKPU Debtor ("**Zoom Communication**");

(c) Claim calculation of the Creditor based on the Voting Methodology dated 2 June 2022 from the PKPU Debtor to the Creditor ("**Claim Calculation**"); and

Dra. EVIYENTI
2
PENERJEMAH TERSUMPAH
B. Indonesia ke B. Inggris

[On the Letterhead of HISWARA BUNJAMIN & TANDJUNG]

(d) Pemberitahuan perihal: Satu (1) buah pesawat terbang Airbus A330-300 dengan nomor seri pabrikan 1446 (**"Pesawat Terbang"**) tertanggal 7 Juni 2022 dari Kreditor kepada Debitor PKPU (**"Pemberitahuan 7 Juni 2022"**).

(d) Notice re: One (1) Airbus Model A330-300 Aircraft Bearing the Manufacturer's Serial Number 1446 (the "**Aircraft**") dated 7 June 2022 from the Creditor to the PKPU Debtor (**"Notice of 7 June 2022"**).

Kata-kata dan istilah-istilah yang didefinisikan dalam Pemberitahuan 7 Juni 2022 (termasuk melalui rujukan kepada dokumen lain) memiliki arti yang sama dalam surat ini, kecuali diungkapkan sebaliknya.

Words and expressions defined in the Notice of 7 June 2022 (including by reference to another document) shall bear the same meanings as those in this letter unless the context otherwise requires.

Melalui surat ini, Kreditor hendak menyampaikan kekecewaan Kreditor atas proses PKPU Debitor yang telah merugikan Kreditor dan melanggar Undang-Undang No.37 Tahun 2004 tentang Kepailitan dan Penundaan

Through this letter, the Creditor would like to express its disappointment in the PKPU Debtor process which had an adverse impact on the Creditor and violated Law No.37 of 2004 on Bankruptcy and Suspension of Debt Payment

**A. DEBITOR PKPU TELAH MENGGUNAKAN METODOLOGI VOTING YANG TIDAK MEMILIKI DASAR HUKUM**

**A. THE PKPU DEBTOR USED A VOTING METHODOLOGY WHICH HAS NO LEGAL BASIS**

1. Metodologi Voting yang diberikan oleh Debitor PKPU kepada Kreditor tidak memiliki dasar hukum yang jelas sehingga tidak dapat dipertanggungjawabkan.

1. The Voting Methodology provided by the PKPU Debtor to the Creditor did not have a proper legal basis and therefore could not be held accountable.

2. Kreditor telah menanyakan dasar hukum perhitungan yang diterapkan Debitor PKPU dalam Metodologi Voting saat Komunikasi Zoom, akan tetapi Debitor PKPU juga tidak dapat menjelaskan dasar hukum perhitungan Metodologi Voting tersebut.

2. The Creditor also asked about the legal basis for the calculation made by the PKPU Debtor under the Voting Methodology during the Zoom Communication, however, the PKPU Debtor still could not explain the legal basis referred to in such Voting Methodology.

3. Kreditor tidak diberikan waktu yang cukup untuk melakukan kajian dan menyetujui Metodologi Voting tersebut, dan Debitor PKPU tidak menerima tanggapan dan komentar Kreditor terhadap Metodologi Voting tersebut.

3. The Creditor was not provided with adequate time to review and approve the Voting Methodology, and the PKPU Debtor did not receive any response nor comments from the Creditor on such Voting Methodology.

4. Alih-alih melakukan diskusi dan negosiasi lebih lanjut dengan Kreditor, Debitor PKPU telah menghitung sendiri jumlah tagihan Kreditor berdasarkan Metodologi Voting yang tidak disepakati oleh para pihak dan

4. Instead of having further discussions and negotiations with the Creditor, the PKPU Debtor made its own calculation on the Creditor's claim based on the Voting Methodology which was not agreed to by

Dra. EVIYENTI
3
PENERJEMAH TERSUMPAH
B. Indonesia ke B. Inggris

[On the Letterhead of HISWARA BUNJAMIN & TANDJUNG]

mengedarkan Perhitungan Tagihan kepada Kreditor untuk disetujui.

further circulated the Claim Calculation to the Creditor for approval.

**B. DEBITOR PKPU TELAH MELAKUKAN PELANGGARAN ATAS PERJANJIAN SEWA PADA MASA PKPU YAITU DENGAN MELUCUTI SUKU CADANG PESAWAT TERBANG TANPA PERSETUJUAN KREDITOR**

**B. THE PKPU DEBTOR HAS BREACHED THE LEASE AGREEMENT DURING THE PKPU PERIOD BY STRIPPING THE SPARE PARTS OF THE AIRCRAFT WITHOUT THE CREDITOR'S APPROVAL**

5. Pada tanggal 31 Mei 2022 Pemberi Sewa mendapatkan informasi dari Debitor PKPU bahwa Suku Cadang Pesawat Terbang telah dilucuti yang mana telah dilakukan Debitor PKPU tanpa persetujuan dari Kreditor. Suku cadang yang dilucuti dari Pesawat Terbang Kreditor tersebut kemudian digunakan untuk keperluan penyediaan suku cadang untuk pesawat terbang lain yang sedang dioperasikan oleh Debitor PKPU ("**Pemindahan Suku Cadang**"). Pemindahan suku cadang tanpa persetujuan Kreditor merupakan tindakan yang dilarang berdasarkan Perjanjian Sewa, yang melanggar klausul 8.1 (*Tidak Ada Pemindahan Kepemilikan*) dari Ketentuan Bersama Sewa. Berdasarkan ketentuan klausul 8.1 tersebut, jelas bahwa Penyewa tidak akan, dan akan mengupayakan bahwa Debitor PKPU tidak akan, tanpa persetujuan tertulis sebelumnya dari Kreditor, menyerahkan, memindahkan atau melepaskan kepemilikan Pesawat Terbang, Kerangka Pesawat atau Mesin atau setiap Suku Cadang, kecuali apabila sesuai dengan klausul 8 (Kepemilikan) dari Ketentuan Bersama Sewa.

5. On 31 May 2022, the Lessor obtained information from the PKPU Debtor that the Spare Parts of the Aircraft had been stripped by the PKPU Debtor without the Creditor's approval. The spare parts stripped from the Aircraft of the Creditor were further used for other aircraft which at that time was being operated by the PKPU Debtor (**"Transfer of Spare Parts"**). The Transfer of Spare Parts without the Creditor's approval was prohibited under the Lease Agreement, which violated clause 8.1 (*No Transfer of Ownership*) of the Aircraft Lease Shared Terms. Under clause 8.1, it is clearly stated that the Lessee will not, and will procure, that PKPU Debtor will not, without written approval of the Creditor, hand over, transfer, or assign the ownership of the Aircraft, Airframe or Engine or any of the Spare Parts, unless conducted pursuant to clause 8 (*Ownership*) of the Aircraft Lease Shared Terms.

6. Oleh karenanya, Pemindahan Suku Cadang merupakan suatu Peristiwa Cedera Janji berdasarkan klausul 12.2(6) dari Ketentuan Bersama Sewa.

6. Therefore, the Transfer of Spare Parts is an Event of Default pursuant to clause 12.2(6) of the Aircraft Lease Shared Terms.

Dra. EVIYENTI
4
PENERJEMAH TERSUMPAH
B. Indonesia ke B. Inggris

[On the Letterhead of HISWARA BUNJAMIN & TANDJUNG]

7. Hal ini juga telah ditanyakan oleh Kreditor pada saat Panggilan Zoom, dimana Debitor PKPU mengakui hal tersebut dan meminta maaf atas kejadian tersebut. Akan tetapi, Debitor PKPU tidak dapat mengidentifikasi Suku Cadang yang telah dipindahkan, dan lokasi Suku Cadang yang dipindahkan, serta tidak dapat memberikan janji bahwa Debitor PKPU akan memperbaiki Pesawat Terbang ke kondisi laik terbang. Bahkan, dalam Panggilan Zoom, Debitor PKPU mengatakan bahwa dukungan finansial dari Kreditor dibutuhkan apabila Kreditor hendak meminta Suku Cadang dikembalikan atau Pesawat Terbang dikembalikan kepada kondisi laik terbang. Jika tidak, Kreditor harus menunggu Debitor PKPU mendapatkan bantuan finansial untuk memperbaiki Peristiwa Cedera Janji tersebut.

7. The matter was also questioned by the Creditor during the Zoom Call, in which the PKPU Debtor admitted such matter and apologised for the event. However, the PKPU Debtor could not identify the transferred Spare Parts, the location of the transferred Spare Parts and could not provide any undertaking that the PKPU Debtor would return the Aircraft to an airworthy condition. In addition, in the Zoom Call, the PKPU Debtor stated that financial support from the Creditor would be needed if the Creditor wished to have the Spare Parts returned or to have the Aircraft returned in an airworthy condition. If not, the Creditor would have to wait until the PKPU Debtor obtained financial aid to rectify the Event of Default.

8. Mengingat bahwa Kreditor baru saja diinformasikan mengenai Pemindahan Suku Cadang pada tanggal 31 Mei 2022, maka Kreditor belum dapat menilai sejauh mana kerugian yang diderita akibat perbuatan tersebut. Oleh karena itu, Kreditor tidak dapat menerima angka tetap komponen RRR sebesar US$7.500.000 yang diusulkan oleh Debitor PKPU tanpa informasi lebih lanjut dari Debitor PKPU mengenai Pemindahan Suku Cadang tersebut dan jika suatu angka tetap diperlukan untuk dikonfirmasi demi tujuan tersebut, maka nilai yang sepatutnya haruslah Nilai yang Disepakati atas Pesawat Terbang (yaitu US$130.000.000)

8. Considering that the Creditor was just informed of the Transfer of Spare Parts on 31 May 2022, the Creditor has not been able to evaluate the amount of losses suffered due to the above action. Therefore, the Creditor cannot accept the fixed RRR component value of US$7,500,000 proposed by the PKPU Debtor without further information from the PKPU Debtor regarding the Transfer of Spare Parts and if a fixed figure is still required to be confirmed for this purpose, the value that is supposedly referred to should be the Agreed Value of the Aircraft (i.e., US$130,000,000).

9. Tindakan Debitor PKPU tersebut menimbulkan pertanyaan apakah pelaksanaan perdamaian yang telah diedarkan oleh Debitor PKPU kepada para kreditornya pada tanggal 2 Juni 2022 cukup terjamin atau tidak.

9. The action of the PKPU Debtor raised a question on whether the implementation of the composition plan circulated by the PKPU Debtor to its creditors on 2 June 2022 was properly guaranteed or not.

Dra. EVIYENTI 5 PENERJEMAH TERSUMPAH B. Indonesia ke B. Inggris

[On the Letterhead of HISWARA BUNJAMIN & TANDJUNG]

Kreditor dengan ini mencadangkan seluruh hak yang dimiliki berdasarkan UU 37/2004 dan peraturan perundang-undangan lain yang berlaku di Indonesia serta di yurisdiksi manapun sebagaimana dipandang perlu dan layak terhadap Debitor PKPU.

The Creditor hereby reserves all of its rights under Law 37/2004 and the other prevailing laws and regulations in Indonesia and in any other jurisdictions as considered necessary and appropriate against the PKPU Debtor.

Demikian surat ini kami sampaikan untuk menjadi perhatian serius dan segera Debitor PKPU. Atas perhatian dan waktu yang diberikan, kami mengucapkan terima kasih.

Thus, this letter has been conveyed for the urgent attention of the PKPU Debtor. Thank you for your attention.

Hormat kami / Yours faithfully,
**Kuasa Hukum Kreditor / Counsel for the Creditor Hiswara Bunjamin & Tandjung**

Roni Heilig Marpaung, S.H.

Bunga Febriola Putri, S.H.

Dra. EVIYENTI
6
PENERJEMAH TERSUMPAH
B. Indonesia ke B. Inggris

PPK 4

[On the Letterhead of HISWARA BUNJAMIN & TANDJUNG]

Jakarta, 14 June 2022

No. Ref.: 61/06/22

To:

**The honourable Panel of Judges in PKPU Case No.425/Pdt.Sus-PKPU/2021/PN.Niaga.Jkt.Pst**

The Commercial Court at the Central Jakarta District Court
Jalan Bungur Besar Raya No.24, RT/RW GN Sahari Sel.,
Kec. Kemayoran, Central Jakarta
DKI Jakarta 10610

**Copied to:**

(1) The Honourable Mr. Dulhusin, S.H., M.H., Supervisory Judge in PKPU Case No.425/Pdt.Sus-PKPU/2021/PN.Jkt.Pst

(2) The PKPU Administrator's Team of PT Garuda Indonesia (Persero) Tbk (in Permanent PKPU) ("**Administrator's Team**")

Kantor Taman A9 C 8-10, Jl. DR Ide Anak Agung Gde Agung
Lot 8-9, Level 4, Kawasan Mega Kuningan
Kelurahan Kuningan Timur, Kecamatan Setiabudi
Jakarta 12950

Attention:

(a) Jandri Siadari, S.H., Dip. Mkt., LL.M.;

(b) Martin Patrick Nagel, S.H., M.H.;

(c) Albert Hasoloan Limbong, S.H.;

(d) Asri, S.H., M.H.;

(e) Mulyadi, S.H., LL.M; and

(f) William Eduard Daniel, S.E., S.H., LL.M., MBL

**Re: Objection to the Voting Methodology and Claim Calculation of the Lessor Creditor Greylag Goose Leasing 1446 Designated Activity Company**

Dear Sir,

We, the undersigned, are acting for and on behalf of our Client, Greylag Goose Leasing 1446 Designated Activity Company ("**Creditor**") by virtue of a Specific Power of Attorney of 4 January 2022, the original of which was submitted to the Administrator's Team on 18 January 2022 (**Appendix 1**).

Dra. EVIYENTI
PENERJEMAH TERSUMPAH
B. Indonesia ke B. Inggris

We refer to several agenda items and correspondence among PT Garuda Indonesia (Persero) Tbk ("**PKPU Debtor**"), the Administrator's Team, and Supervisory Judge, as follows:

(a) Minutes of the pre-verification and verification meetings, respectively on 18 January 2022, 16 February 2022, and 20 April 2022 (collectively referred to as the "**Minutes of Verification Meetings**").

(b) Minutes of the receivables verification meeting of 24 February 2022 held at the Commercial Court.

(c) Voting Methodology for the Aircraft Lessor as circulated by the PKPU Debtor on 4 May 2022 ("**Voting Methodology**").

(d) Communication via Zoom on 1 June 2022 between the Creditor and the PKPU Debtor ("**Zoom Communication**").

(e) Claim calculation of the Creditor based on the Voting Methodology of 2 June 2022 from the PKPU Debtor to the Creditor ("**Claim Calculation**").

(f) Letter to the PKPU Debtor Re.: Objection to the Voting Methodology and Claim Calculation of 8 June 2022, with a copy to the Administrator's Team.

(g) Letter to the Honourable Supervisory Judge re: Objection to the Voting Methodology and Claim Calculation of the Lessor Creditor Greylag Goose Leasing 1446 Designated Activity Company of 8 June 2022.

Through this Objection Letter, the Creditor would like to express its dissapointment inthe PKPU Debtor process which had an adverse impact on the Creditor and violates Law No.37 of 2004 on Bankruptcy and Suspension of Debt Payment Obligations ("**Law 37/2004**") based on the reasons that will be further elaborated on by the Creditor below. Beforehand, please allow us to first explain the background to the legal relationship between the Creditor and the PKPU Debtor.

1. **<u>The Background to the Legal Relationship between the Creditor and the PKPU Debtor</u>**

1.1. The Creditor is one of the lessors of Airbus Model A330-300 under Manufacturer's Serial Number 1446 ("**Aircraft**").

1.2. The Creditor signed a Novation and Amendment Agreement Relating to an Aircraft Lease Agreement on 28 October 2016 in respect of 1 (one) Airbus A330-300 Aircraft under Manufacturer's Serial Number 1446 of 27 September 2019 ("**Lease Novation and Amendment Agreement**") with Surabaya Aircraft Leasing (Ireland) Limited ("**Surabaya Aircraft**"), as the Existing Lessor and Garuda Indonesia Holiday France S.A.S ("**Garuda France**"), as the Lessee.

1.3. The Lease Novation and Amendment Agreement novated and amended the previous Aircraft Lease Agreement entered into between Surabaya Aircraft (as



Dra. EVIYENTI
PENERJEMAH TERSUMPAH
B Indonesia ke B. Inggris

lessor) and Garuda France (as lessee) of 28 October 2016 (as amended, restated, novated, supplemented and otherwise modified from time to time, the **"Head Lease Agreement"**), whereby the Creditor has assumed the lessor's rights, liabilities and obligations under the Head Lease Agreement.

1.4. The Head Lease Agreement was supplemented by the Aircraft Lease Shared Terms of 28 October 2016 entered into between Aircastle Advisor (Ireland) Limited (initial servicer) and Garuda France (the lessee) (which was supplemented, novated, assigned, assumed and amended from time to time, the **"Aircraft Lease Shared Terms"**), which was incorporated by reference in the Head Lease Agreement. Accordingly, the lease shall be subject to the terms and conditions set out in the Aircraft Lease Shared Terms.

1.5. Therefore, the Creditor has become the lessor to, and Garuda France remains the lessee under the Head Lease Agreement.

1.6. Garuda France then subleased the Aircraft to Garuda Indonesia under an Aicraft Sub-Lease Agreement of 28 October 2016 (as amended, restated, novated, supplemented and otherwise modified from time to time, the **"Sub-Lease Agreement"**).

1.7. The Sub-Lease Agreement was supplemented by the Aircraft Sub-Lease Shared Terms of 28 October 2016 entered into between Garuda France (sub-lease lessor) and Garuda Indonesia (lessee) (which was supplemented, novated, assigned, assumed and amended from time to time, the **"Aircraft Sub-Lease Shared Terms"**), which was incorporated by reference in the Sub-Lease Agreement. Accordingly, the sub-lease shall be subject to the terms and conditions set out in the Aircraft Sub-Lease Shared Terms.

1.8. The Sub-Lease Agreement was then amended by the Sub-Lease Amendment Agreement of 27 September 2019 entered into by and between Garuda France (sub-lessor) and Garuda Indonesia (lessee) (which was supplemented, novated, assigned, assumed and amended from time to time, the **"Sub-Lease Amendment Agreement"**). Under the Sub-Lease Amendment Agreement, Garuda France and Garuda Indonesia wished to amend the sub-lease to take into account the fact that, on or about the date of the Lease Novation and Amendment Agrement, the current existing lessor is the Creditor, not Surabaya Aircraft.

1.9. The Creditor, Garuda France, and Garuda Indonesia entered into the Sub-Lease Subordination Agreement (MSN 1446) of 27 September 2019 (**"Sub-Lease**



Dra. EVIYENTI
PENERJEMAH TERSUMPAH
B. Indonesia ke B. Inggris

**Subordination Agreement"**) in connection with the leasing arrangements for the Aircraft.

1.10. Under the Sub-lease Subordination Agreement, Garuda Indonesia had provided a guarantee in favour of the Creditor, as a beneficiary to guarantee Garuda France's obligations under the Head Lease Agreement, Lease Novation and Amendment Agreement and the Sub-lease Subordination Agreement.

2. **<u>The PKPU Debtor Used a Voting Methodology which has no Legal Basis</u>**

2.1 The Creditor and the PKPU Debtor have attended several online meetings, including Zoom communications to discuss the acknowledged claims by both parties. However, the Voting Methodology provided by the PKPU Debtor to the Creditor did not have a proper legal basis and therefore could not be held accountable.

2.2 The Creditor also asked about the legal basis for the calculation made by the PKPU Debtor under the Voting Methodology during those meetings, including in Zoom communications, however, the PKPU Debtor still could not explain the legal basis referred to in such Voting Methodology.

2.3 The Creditor was not provided with adequate time to review and approve the Voting Methodology, and the PKPU Debtor did not receive any response nor comments from the Creditors on such Voting Methodology.

2.4 Instead of having further discussions and negotiations with the Creditor, the PKPU Debtor made its own calculation on the Creditor's claim based on the Voting Methodology which was not agreed upon by the parties and further circulated the Claim Calculation to the Creditor for approval.

**3. <u>The PKPU Debtor has Breached the Lease Agreement during the PKPU period by Stripping the Spare Parts of the Aircraft without the Creditor's Approval</u>**

3.1. On 31 May 2022, the Creditor as the Lessor obtained information from the PKPU Debtor that the Spare Parts of the Aircraft had been stripped by the PKPU Debtor without the Creditor's approval. The spare parts stripped from the Aircraft of the Creditor were further used for other aircraft which at that time was being operated by the PKPU Debtor ("**Transfer of Spare Parts**"). The Transfer of Spare Parts without the Creditor's approval was a restriction under the Lease Agreement, which violates Clause 8.1 (*No Transfer of Ownership*) of the Aircraft Lease Shared Terms. Under Clause 8.1, it is clearly stated that the Lessor, will not, and will procure, that the PKPU Debtor will not, without prior written approval of the Creditor, hand over, transfer, or assign the ownership of the Aircraft, Airframe or Engine or any of the Spare Parts, unless conducted pursuant to Clause 8 (Ownership) of the Aircraft Lease Shared Terms.



Dra. EVIYENTI
PENERJEMAH TERSUMPAH
B. Indonesia ke B. Inggris

3.2. Therefore, the Transfer of Spare Parts is an Event of Default pursuant to clause 12.2 (6) of the Aircraft Lease Shared Terms.

3.3. The matter was also questioned by the Creditor during the Zoom Communication, in which the PKPU Debtor admitted such matter and apologised for the event. However, the PKPU Debtor could not identify the transferred Spare Parts, the location of the transferred Spare Parts, and could not provide any undertaking that the PKPU Debtor would return the Aircraft to an airworthy condition. In addition, in the Zoom Communications, the PKPU Debtor stated that financial support from the Creditor would be needed if the Creditor wished to have the Spare Parts returned or to have the Aircraft returned in an airworthy condition. If not, the Creditor would have to wait until the PKPU Debtor obtained financial aid to rectify the Event of Default.

3.4. Considering that the Creditor was just informed of the Transfer of Spare Parts on 31 May 2022, the Creditor has not been able to evaluate the amount of losses sufferred due to the above action. Therefore, the Creditor cannot accept the fixed RRR component value of US$7,500,000 proposed by the PKPU Debtor without further information from the PKPU Debtor on the cannibalisation rate of the Transfer of Spare Parts, and if a fixed figure is still required to be confirmed for this purpose, the value that is supposedly referred to should be the Agreed Value of the Aircraft under the Head Lease Agreement (i.e., US$130,000,000).

3.5. The action of the PKPU Debtor above raised a question on whether the implementation of the composition plan circulated by the PKPU Debtor to its creditors on 9 June 2022 was properly guaranteed or not.

The Creditor hereby reserves all of its rights under Law 37/2004 and the other prevailing laws and regulations in Indonesia and in any other jurisdictions as considered necessary and appropriate against the PKPU Debtor.

Thus this letter has been conveyed. Thank you to the Honourable Panel of Judges for its attention.

-

Dra. EVIYENTI
PENERJEMAH TERSUMPAH
B. Indonesia ke B. Inggris

Yours faithfully,
Counsel for the Creditor
**Greylag Goose Leasing 1446 Designated Activity Company**

**Hiswara Bunjamin & Tandjung**

| | |
|---|---|
| Roni Heilig Marpaung, S.H. | Bunga Febriola Putri, S.H. |



Dra. EVIYENTI
PENERJEMAH TERSUMPAH
B. Indonesia ke B. Inggris

**Exhibit B-3**

HISWARA BUNJAMIN & TANDJUNG | IN ASSOCIATION WITH HERBERT SMITH FREEHILLS

18th floor, Tower I, Sudirman 7.8
Jl. Jendral Sudirman Kav. 7 – 8
Jakarta - 10220, Indonesia

T +62 21 3973 8000
F +62 21 3973 6110
hbtlaw.com

Jakarta, 5 Januari / 5 *January* 2022

Our Ref.: 71/02/22

**Kepada Yth. / *To*:**
Tim Pengurus / The Administrators Team of:
PT Garuda Indonesia (Persero) Tbk (dalam PKPU Sementara) / (in Temporary PKPU)
Kantor Taman A9 Unit C 8-10, Jl. DR Ide Anak Agung Gde Agung
Lot 8-9, Lantai 4, Kawasan Mega Kuningan
Kelurahan KuninganTimur, Kecamatan Setiabudi
Jakarta 12950

**Untuk perhatian/ *For the attention of:***

1. Jandri Siadari, S.H., Dip. Mkt., LL.M.;
2. Martin Patrick Nagel, S.H., M.H.;
3. Albert Hasoloan Limbong, S.H.;
4. Asri, S.H.;
5. Mulyadi, S.H., LL.M.; and
6. William Eduard Daniel, S.E., S.H., LL.M., MBL.

**Perihal / Re: Pengajuan Tagihan atas Sewa Pesawat Udara Model Airbus Manufaktur Kerangka Pesawat A330-300 dengan Nomor Seri Pabrikan 1446 / *Submission of Claim on the Aircraft Lease of Airbus Model A330-300 Aircraft Bearing Manufacturer's Serial Number 1446***

Dengan hormat,

Berdasarkan Surat Kuasa Khusus tertanggal 4 Januari 2022, kami bertindak untuk dan atas nama Greylag Goose Leasing 1446 Designated Activity Company, suatu perusahaan yang didirikan secara sah berdasarkan hukum Irlandia dan beralamat kantor di Rocktwist House, Block 1, Western Business Park, Shannon, Co. Clare, Irlandia ("**Kreditor**").

Kami merujuk pada pengumuman koran yang dibuat oleh Tim Pengurus PT Garuda Indonesia (Persero) Tbk (dalam PKPU Sementara) ("**Garuda Indonesia**") pada tanggal 14 Desember 2021 sesuai Putusan Pengadilan Niaga Jakarta pada Pengadilan Negeri Jakarta Pusat Nomor 425/Pdt.SUS-PKPU/2021/PN.Niaga.Jkt.Pst yang dibacakan

Dear Sirs,

By virtue of a Specific Power of Attorney dated 4 January 2021, we act for and on behalf of Greylag Goose Leasing 1446 Designated Activity Company, a company duly incorporated under the laws of Ireland and having its office address at Rocktwist House, Block 1, Western Business Park, Shannon, Co. Clare, Ireland "**Creditor**").

We refer to a newspaper announcement made by the Administrators' Team of PT Garuda Indonesia (Persero) Tbk (in Temporary PKPU) ("**Garuda Indonesia**") on 14 December 2021, pursuant to Decision of the Jakarta Commercial Court at the Central Jakarta District Court Number 425/Pdt.SUS-PKPU/2021/PN.Niaga.Jkt.Pst, as rendered on 9

pada tanggal 9 Desember 2021 ("**Putusan PKPU Garuda Indonesia**"). Melalui surat ini, kami dengan ini mengajukan tagihan Kreditor ("**Pengajuan Tagihan**") beserta dokumen pendukung yang disebutkan dalam **Lampiran A** di bawah ini:

December 2021 ("**Garuda Indonesia PKPU Decision**"). By way of this letter, we herewith submit the following Creditor's claim ("**Claim Submission**") along with supporting documents as listed in **Attachment A** below:

**1. IDENTITAS KREDITOR**

**1. IDENTITY OF THE CREDITOR**

| | |
|---|---|
| Nama / Name: | Greylag Goose Leasing 1446 Designated Activity Company |
| Alamat / Address: | Rocktwist House, Block 1, Western Business Park, Shannon, Co. Clare, Ireland |
| Bidang usaha / Line of business | Penyewaan pesawat dengan operator / Aircraft chartering with operator |
| Daftar Direksi / List of Directors | 1. David Talty; dan / and<br>2. Sean Hernon. |
| Sifat tagihan / Nature of claim: | Konkuren / Unsecured |

**2. <u>RINGKASAN DAN DASAR HUKUM PENGAJUAN TAGIHAN KREDITOR</u>**

**2. <u>SUMMARY OF AND LEGAL BASIS FOR SUBMITTING THE CREDITOR'S CLAIM</u>**

***Hubungan hukum antara Kreditor dan Garuda Indonesia***

***Legal relationship between the Creditor and Garuda Indonesia***

2.1. Kreditor adalah pemberi sewa atas pesawat terbang Airbus Model A330-300 dengan Nomor Seri Pabrikan MSN 1446 ("**Pesawat Terbang**").

2.1. The Creditor is the lessor of an Airbus Model A330-300 aircraft bearing Manufacturer's Serial Number 1446(the "**Aircraft**").

2.2. Kreditor telah menandatangani suatu Perjanjian Novasi dan Amendemen Terkait Perjanjian Sewa Menyewa Pesawat tanggal 28 Oktober 2016 sehubungan dengan satu (1) Pesawat Airbus A330-300 dengan Nomor Seri Pabrikan 1446 tertanggal 27 September 2019 ("**Perjanjian Novasi dan Amendemen Sewa**") dengan Surabaya Aircraft Leasing (Ireland) Limited ("**Surabaya Aircraft**") sebagai Pemberi Sewa Yang Ada dan Garuda Indonesia Holiday France S.A.S ("**Garuda France**") sebagai Penyewa.

2.2. The Creditor has entered into a Novation and Amendment Agreement Relating to an Aircraft Lease Agreement dated 28 October 2016 in respect of one (1) Airbus A330-300 aircraft with Manufacturer's Serial No. 1446 dated 27 September 2019 ("**Lease Novation and Amendment Agreement**") with Surabaya Aircraft Leasing (Ireland) Limited ("**Surabaya Aircraft**") as Existing Lessor and Garuda Indonesia Holiday France S.A.S ("**Garuda France**") as Lessee.

2.3. Perjanjian Novasi dan Amendemen Sewa telah menovasi dan mengubah Perjanjian Sewa Pesawat Terbang yang sebelumnya telah dibuat dan ditandatangani antara Surabaya Aircraft (sebagai pemberi sewa) dan Garuda France (sebagai penyewa) tertanggal 28 Oktober 2016 (sebagaimana diubah, dinyatakan kembali, dinovasi, dilengkapi dan dengan cara lain dimodifikasi dari waktu ke waktu, "**Perjanjian Induk Sewa**"), dimana Kreditor mengambil alih hak, tanggung jawab dan kewajiban yang dimiliki seorang pemberi sewa berdasarkan Perjanjian Induk Sewa.

2.3. The Lease Novation and Amendment Agreement has novated and amended the previous the Aircraft Lease Agreement entered into between and by Surabaya Aircraft (as lessor) and Garuda France (as lessee) dated 28 October 2016 (as amended, restated, novated, supplemented and otherwise modified from time to time, the "**Head Lease Agreement**"), whereby the Creditor has assumed the rights, liabilities and obligations of a lessor under the Head Lease Agreement.

2.4. Perjanjian Induk Sewa dilengkapi dengan Ketentuan Bersama Sewa Pesawat Terbang tertanggal 28 Oktober 2016 yang dibuat dan ditandatangani antara Aircastle Advisor (Ireland) Limited (penyedia jasa awal) dan Garuda France (penyewa) (yang dilengkapi, dinovasi, dialihkan, diambil alih dan diubah dari waktu ke waktu, "**Ketentuan Bersama Sewa Pesawat Terbang**"), yang dimasukkan melalui rujukan ke dalam Perjanjian Induk Sewa. Dengan demikian, sewa wajib tunduk kepada syarat dan ketentuan yang dimuat dalam Ketentuan Bersama Sewa Pesawat Terbang.

2.4. The Head Lease Agreement was supplemented by the Aircraft Lease Shared Terms dated 28 October 2016 entered between Aircastle Advisor (Ireland) Limited (the initial servicer) and Garuda France (the lessee) (supplemented, novated, assigned, assumed and amended from time to time, the "**Aircraft Lease Shared Terms**"), which is incorporated by reference in the Head Lease Agreement. Accordingly, the lease shall subject to the terms and conditions contained in the Aircraft Lease Shared Terms.

2.5. Dengan demikian, Kreditor telah menjadi pemberi sewa, dan Garuda France tetap menjadi Penyewa dalam Perjanjian Induk Sewa.

2.5. Consequently, the Creditor has become the lessor to, and Garuda France remains to be the Lessee of the Head Lease Agreement.

2.6. Garuda France kemudian menyewakan kembali Pesawat Terbang kepada Garuda Indonesia berdasarkan Perjanjian Sewa Lanjutan tertanggal 28 Oktober 2016 (sebagaimana diubah, dinyatakan kembali, dinovasi, dilengkapi dan dengan cara lain dimodifikasi dari waktu ke waktu, "**Perjanjian Sewa Lanjutan**").

2.6. Garuda France then subleased the Aircraft to Garuda Indonesia under an Aircraft Sub-Lease Agreement dated 28 October 2016 (as amended, restated, novated, supplemented and otherwise modified from time to time, the "**Sub-Lease Agreement**").

2.7. Perjanjian Sewa Lanjutan dilengkapi dengan Ketentuan Bersama Sewa Lanjutan tertanggal 28 Oktober 2016 yang dibuat dan

2.7. The Sub-Lease Agreement was supplemented by the Aircraft Sub-Lease Shared Terms dated 28 October

ditandatangani antara Garuda France (pemberi sewa lanjutan) dan Garuda Indonesia (penyewa) (yang dilengkapi, dinovasi, dialihkan, diambil alih dan diubah dari waktu ke waktu, **"Ketentuan Bersama Sewa Lanjutan Pesawat Terbang**"), yang dimasukkan melalui rujukan ke dalam Perjanjian Sewa Lanjutan. Dengan demikian, sewa lanjutan wajib tunduk kepada syarat dan ketentuan yang dimuat dalam Ketentuan Bersama Sewa Lanjutan Pesawat Terbang.

2016 entered between Garuda France (the sub-lessor) and Garuda Indonesia (the lessee) (supplemented, novated, assigned, assumed and amended from time to time, the "**Aircraft Sub-Lease Shared Terms**"), which is incorporated by reference in the Sub-Lease Agreement. Accordingly, the sub-lease shall subject to the terms and conditions contained in the Aircraft Sub-Lease Shared Terms.

2.8. Perjanjian Sewa Lanjutan diubah dengan Perjanjian Amendemen Sewa Lanjutan tertanggal 27 September 2019 yang dibuat dan ditandatangani oleh dan antara Garuda France (pemberi sewa lanjutan) dan Garuda Indonesia (penyewa) (yang dilengkapi, dinovasi, dialihkan, diambil alih dan diubah dari waktu ke waktu, "**Perjanjian Amendemen Sewa Lanjutan**"). Berdasarkan Perjanjian Amendemen Sewa Lanjutan, Garuda France dan Garuda Indonesia ingin mengubah sewa lanjutan tersebut dengan mempertimbangkan fakta bahwa, pada atau sekitar tanggal Perjanjian Novasi dan Amendemen Sewa tersebut, yang menjadi pemberi sewa saat ini adalah Kreditor dan bukan Surabaya Aircraft.

2.8. The Sub-Lease Agreement was amended by the Sub-Lease Amendment Agreement dated 27 September 2019 entered by and between Garuda France (the sub-lessor) and Garuda Indonesia (the lessee) (supplemented, novated, assigned, assumed and amended from time to time, the "**Sub-Lease Amendment Agreement**"). Under the Sub-Lease Amendment Agreement, Garuda France and Garuda Indonesia wished to amend the sub-lease to take account of the fact that, on or about the date of that Lease Novation and Amendment Agreement, the lessor is now the Creditor instead of Surabaya Aircraft.

2.9. Kreditor, Garuda France, dan Garuda Indonesia telah menandatangani suatu Perjanjian Subordinasi Sewa Lanjutan (MSN 1446) tertanggal 27 September 2019 ("**Perjanjian Subordinasi Sewa Lanjutan**") sehubungan dengan pengaturan penyewaan Pesawat Terbang.

2.9. The Creditor, Garuda France, and Garuda Indonesia entered into the Sublease Subordination Agreement (MSN 1446) dated 27 September 2019 ("**Sublease Subordination Agreement**") in connection with the leasing arrangements for the Aircraft.

2.10. Berdasarkan Perjanjian Subordinasi Sewa Lanjutan, Garuda Indonesia telah memberikan suatu penanggungan untuk kepentingan Kreditor, sebagai penerima untuk menjamin kewajiban Garuda France berdasarkan Perjanjian Sewa Induk, Perjanjian Novasi dan Amendemen Sewa dan Perjanjian Subordinasi Sewa Lanjutan.

2.10. According to the Sublease Subordination Agreement, Garuda Indonesia had provided a guarantee in favor of the Creditor, as beneficiary to guarantee the obligation of Garuda France under the Head Lease Agreement, Lease Novation and Amendment Agreement as well as the Sublease Subordination Agreement.

2.11. Garuda Indonesia telah pula mengakui status Kreditor sebagai Pemberi Sewa Garuda Indonesia, sebagaimana tercatat dalam laporan keuangannya untuk tahun yang berakhir pada 31 Desember 2019 dan 2018 ("**LK 2019**"), halaman 113:

2.11. Garuda Indonesia has also acknowledged the Creditor's status as its Lessor, as recorded in its financial statements for the year ended 31 December 2019 and 2018 ("**FS 2019**"), page 113:

| Perusahaan sewa operasi/ *Lessor* | Jenis/ *Type* |
|---|---|
| Greylag Goose Leasing 1410 Design | Airbus 330-300 |

*penekanan ditambahkan oleh Kreditor. Kreditor mencatat bahwa keterangan bahwa LK 2019 belum secara akurat menggambarkan nama entitas Kreditor sebagai Pemberi Sewa.*

*emphasis added by Creditor. The Creditor notes the FS 2019 explanatory notes has not accurately described the entity name of Creditor as a Lessor.*

2.12. Selain LK 2019 di atas, pada halaman 31 Laporan Keuangan Garuda Indonesia Yang Tidak Diaudit untuk Periode Yang Berakhir Pada 30 September 2021 dan 2020 juga disebutkan bahwa Garuda Indonesia telah berkomitmen untuk mengembalikan pesawat terbang atau memberikan kompensasi kepada Kreditor berdasarkan kondisi dari pesawat dan mesin yang sebenarnya. Berikut adalah kutipan dari bagian yang dimaksud:

2.12. Further to FS 2019 above, page 31 of Garuda Indonesia's Unaudited Financial Statement for the Nine-Month Periods Ended 30 September 2021 and 2020 also stated that Garuda Indonesia is committed to returning the aircraft or to compensating the Creditor based on actual conditions of the aircraft and its engines. Citation of the relevant parts is set out below:

| | |
|---|---|
| Berdasarkan persyaratan perjanjian sewa dengan *lessor*, Grup secara kontraktual berkomitmen untuk mengembalikan pesawat dan/atau mesin dalam kondisi tertentu atau memberikan kompensasi kepada *lessor* berdasarkan kondisi sebenarnya dari pesawat dan/atau mesin pada tanggal kembali. | *Under the terms of the lease arrangements with the lessors, the Group is contractually committed to either return the aircraft and/or engines in a certain condition or to compensate the lessor based on the actual condition of the aircraft and/or engines at the date of return.* |

*penekanan ditambahkan oleh Kreditor.*

*emphasis added by Creditor.*

2.13. Berdasarkan penjelesan di atas, tidak terbantahkan bahwa Garuda Indonesia secara tegas mengakui Kreditor sebagai salah satu pemberi sewa untuk Garuda Indonesia dan dengan demikian, Garuda Indonesia telah berkomitmen untuk memberikan kompensasi kepada Kreditor berdasarkan Perjanjian Induk Sewa, Perjanjian Novasi dan Amendemen Sewa, Ketentuan Bersama Sewa Pesawat Terbang,

2.13. Based on the explanation above, it is undisputed that Garuda Indonesia has clearly recognised the Creditor as one of its lessors and accordingly, it has committed to compensating the Creditor under the Head Lease Agreement, the Lease Novation and Amendment Agreement, the Aircraft Lease Shared Terms, Sub-Lease Agreement, Aircraft Sub-Lease Shared

Perjanjian Sewa Lanjutan, Ketentuan Bersama Sewa Lanjutan Pesawat Terbang, dan Perjanjian Amendemen Sewa Lanjutan.

Terms, and Sub-Lease Amendment Agreement.

***Peristiwa Cedera Janji***

***Event of Default***

2.14. Pada tanggal **28 Januari 2020**, Kreditor mengeluarkan sebuah surat perihal Pemberitahuan Peristiwa Cedera Janji kepada Garuda France dan Garuda Indonesia ("**Pemberitahuan Cedera Janji**") yang menyatakan bahwa Garuda France telah gagal untuk melakukan pembayaran Uang Sewa – Jumlah Berkala dan Jumlah Pemeliharaan ketika jatuh tempo berdasarkan Perjanjian Sewa sebesar USD2.369.116,16.

2.14. On **28 January 2020**, Creditor issued a letter regarding the Notice of Event of Default to Garuda France and Garuda Indonesia ("**Default Notice**") stating that Garuda France has failed to make payments of the Rent – Periodic Amount and Maintenance Amount when due under the Head Lease Agreement amounting to USD2,369,116.16.

2.15. Pada tanggal **13 Februari 2020**, Kreditor kemudian mengeluarkan Pemberitahuan Peristiwa Cedera Janji Kedua kepada Garuda France dan Garuda Indonesia ("**Pemberitahuan Cedera Janji Kedua**"). Peranakan Pemberitahuan Cedera Janji Kedua tersebut, Kreditor meminta agar Garuda France dan Garuda Indonesia segera membayar semua jumlah yang telah lewat jatuh temponya beserta bunga cedera janji atas jumlah yang telah lewat jatuh tempo tersebut dengan Suku Bunga Lewat Jatuh Tempo yang berjumleh sebesar USD3.426.124,41.

2.15. On **13 February 2020**, the Creditor then issued the Second Notice of Event of Default to Garuda France and Garuda Indonesia (the "**Second Default Notice**"). Under the Second Default Notice, the Creditor demanded Garuda France and Garuda Indonesia to immediately pay all past-due amounts along with default interest on such past-due amounts at the Past Due Rate which amounts to USD3,426,124.41.

2.16. Karena Peristiwa Cedera Janji berdasarkan Perjanjian Sewa terus berlanjut, Kreditor kemudian mengeluarkan Pemberitahuan Penarikan S/K dan Penggunaan Uang Jaminan tertanggal **27 April 2020** kepada beberapa pihak, antara lain, Garuda Indonesia dan Garuda France.

2.16. Due to the continuing Events of Default under the Head Lease Agreement, the Creditor the issued a Notice of L/C Drawdown and Security Deposit Application dated **27 April 2020** to some parties, among others, Garuda Indonesia and Garuda France.

2.17. Terakhir kali, pada tanggal **30 Januari 2021**, Kreditor mengeluarkan surat Pencadangan Hak kepada Garuda Indonesia dan Garuda France. Berdasarkan surat tersebut, Kreditor secara tegas mencadangkan semua hak yang dimilikinya berdasarkan Perjanjian

2.17. Lastly, on **30 January 2021**, the Creditor has issued a Reservation of Rights letter to Garuda France and Garuda Indonesia. Under such letter, the Creditor expressly reserve all its rights under the Head Lease

Induk Sewa dan Perjanjian Novasi dan Amendemen.

2.18. Terakhir kali, pada tanggal **4 Januari 2022**, Kreditor juga mengirimkan Surat Pemberitahuan Eksekusi terkait dengan Pesawat Terbang yang ditujukan kepada Garuda France dan Garuda Indonesia ("**Surat Pemberitahuan Eksekusi**"). Dalam Surat Pemberitahuan Eksekusi tersebut, Kreditor menyatakan bahwa pihaknya telah mengeksekusi hak-haknya untuk melangkah ke dalam posisi Garuda France berdasarkan Perjanjian Sewa Lanjutan dan Dokumen Operatif lainnya. Dengan demikian, seluruh pemberitahuan terkait dengan Pesawat Terbang harus disampaikan kepada Kreditor dengan mengesampingkan Garuda France.

2.19. Kegagalan pembayaran oleh Garuda Indonesia dan Garuda France merupakan Peristiwa Cedera Janji berdasarkan Klausul 12.1 dan 12.4 Ketentuan Bersama Sewa tentang Peristiwa Cedera Janji yang dikutip di bawah ini:

2.19.1. **<u>Klausul 12.1: Pembayaran</u>**

*"(1) Penyewa **[Garuda France]** atau, sebagaimana berlaku, Penyewa Lanjutan **[Garuda Indonesia]** telah gagal melakukan pembayaran berkala atau pembayaran terjadwal sesuai dengan Dokumen Operatif mana pun (termasuk pembayaran Uang Sewa – Pembayaran Berkala, Pemelihataan atau Nilai Asuransi Yang Telah Disepakati – Pesawat Udara) ketika jatuh tempo;*

*(2) Penyewa **[Garuda France]** atau, sebagaimana berlaku, Penyewa Lanjutan **[Garuda Indonesia]** telah gagal melakukan pembayaran lain apa pun sesuai dengan Dokumen Operatif ketika pembayaran tersebut menjadi jatuh tempo dan kegagalan*

Agreement and Novation and Amendment Agreement.

2.18. Lastly, on **4 January 2022**, the Creditor has also issued an Enforcement Notice to the Aircraft addressed to Garuda France and Garuda Indonesia (the "**Enforcement Notice**"). Under the Enforcement Notice, the Creditor stating that it has enforced its rights to step into Garuda France's position under the Sub-Lease Agreement and other Operative Documents. Accordingly, all notices relating to Aircraft must be given to the Creditor to the exclusion of Garuda France.

2.19. The non-payments by Garuda France and Garuda Indonesia constitute an Event of Default under Clauses 12.1 and 12.4 of the Lease Shared Terms on Events of Default which citation as set out below:

2.19.1. **<u>Clause 12.1: Payments</u>**

*"(1) Lessee* **[Garuda France]** *or, as applicable, Sub-Lessee* **[Garuda Indonesia]** *will have failed to make any periodic or scheduled payment in accordance with any Operative Document (including any payment of Rent—Periodic, Maintenance Payments or Agreed Insurance Value—Aircraft) when due;*

*(2) Lessee* **[Garuda France]** *or, as applicable, Sub-Lessee* **[Garuda Indonesia]** *will have failed to make any other payment in accordance with the Operative Documents when the same will have become due*

*tersebut berlangsung selama tiga (3) Hari Kerja; atau"*

*and such failure will continue for three (3) Business Days; or"*

2.19.2. **Klausul 12.4: Kepailitan Tidak Sukarela, dll.**

*"Suatu proses hukum telah dimulai atau sebuah permohonan telah diajukan, dalam salah satu hal, tanpa persetujuan atau permohonan dari Penyewa atau, sebagaimana berlaku, Penyewa Lanjutan* ***[Garuda Indonesia]****, dalam upaya memperoleh (1) keringanan terkait Penyewa atau, sebagaimana berlaku, Penyewa Lanjutan* ***[Garuda Indonesia]*** *atau sebagian besar kekayaan atau asetnya berdasarkan Undang-Undang kepailitan, keadaan insolven, likuidasi, kepengurusan, pengawasan oleh kurator, pengawasan yang berlaku atau Undang-Undang yang serupa, termasuk proses hukum yang setara di Yurisdiksi Penyewa atau, sebagaimana berlaku, Yurisdiksi Penyewa Lanjutan* ***[Yurisdiksi Garuda Indonesia]****, (2) penunjukan penengah, kurator, wali amanat, kustodian, pengurus, pejabat sita, pengawas atau pejabat serupa untuk Penyewa atau, sebagaimana berlaku, Penyewa Lanjutan* ***[Garuda Indonesia]*** *atau untuk sebagian besar kekayaan atau asetnya, atau (3) likuidasi, reorganisasi, pembubaran, pengurusan atau pengakhiran atas Penyewa atau, sebagaimana berlaku, Penyewa Lanjutan; dan proses hukum atau permohonan tersebut tidak dihentikan selama enam puluh (60) hari atau sebuah perintah atau keputusan yang menyetujui atau memerintahkan salah satu dari hal yang disebutkan di atas akan dikeluarkan dan tidak ditangguhkan dalam waktu yang segera; atau"*

2.19.2. **Clause 12.4: Involuntary Bankruptcy, etc.**

*"A proceeding will have been commenced or a petition will have been filed, in either case, without the consent or application of Lessee or, as applicable, Sub-Lessee* ***[Garuda Indonesia]****, seeking (1) relief in respect of Lessee or, as applicable, Sub-Lessee* ***[Garuda Indonesia]*** *or of substantially all of its property or assets under any applicable bankruptcy, insolvency, liquidation, administration, receivership, examinership or similar Law, including any equivalent proceedings in the Lessee Jurisdiction or, as applicable, the Sub-Lessee Jurisdiction* ***[Jurisdiction of Garuda Indonesia]****, (2) the appointment of a conciliator, receiver, trustee, custodian, administrator, sequestrator, examiner or similar official for Lessee or, as applicable, Sub-Lessee* ***[Garuda Indonesia]*** *or for substantially all of its property or assets, or (3) the liquidation, reorganization, dissolution, administration or winding up of Lessee or, as applicable, Sub-Lessee; and such proceeding or petition will continue undismissed for sixty (60) days or an order or decree approving or ordering any of the foregoing will be issued and will not immediately be stayed; or"*

2.20. Ketentuan yang sama juga termaktub dalam Klausul 12.1 dan 12.4 dalam Ketentuan Bersama Sewa Lanjutan tentang Peristiwa Cedera Janji, sebagaimana dapat dilihat di bawah ini:

2.20. A similar provision has also been provided in Clauses 12.1 and 12.4 of the Sub-Lease Shared Terms on Events of Default, as set out below:

2.20.1. **Klausul 1.2: Pembayaran**

*"(1) Penyewa* ***[Garuda Indonesia]*** *telah gagal melakukan pembayaran berkala atau pembayaran terjadwal sesuai dengan Dokumen Operatif mana pun (termasuk pembayaran Uang Sewa - Pembayaran Berkala, Pemelihataan atau Nilai Asuransi Yang Telah Disepakati – Pesawat Udara) ketika jatuh tempo;*

*(2) Penyewa* ***[Garuda Indonesia]*** *telah gagal melakukan pembayaran lain apa pun sesuai dengan Dokumen Operatif ketika pembayaran tersebut menjadi jatuh tempo dan kegagalan tersebut berlangsung selama tiga (3) Hari Kerja; atau"*

2.20.1. **Clause 12.1: Payments**

*"(1) Lessee* ***[Garuda Indonesia]*** *will have failed to make any periodic or scheduled payment in accordance with any Operative Document (including any payment of Rent—Periodic, Maintenance Payments or Agreed Insurance Value—Aircraft) when due;*

*(2) Lessee* ***[Garuda Indonesia]*** *will have failed to make any other payment in accordance with the Operative Documents when the same will have become due and such failure will continue for three (3) Business Days; or"*

2.20.2. **Klausul 12.4: Kepailitan Tidak Sukarela, dll.**

*"Suatu proses hukum telah dimulai atau sebuah permohonan telah diajukan, dalam salah satu hal, tanpa persetujuan atau permohonan dari Penyewa atau, sebagaimana berlaku, Penyewa Lanjutan* ***[Garuda Indonesia]****, dalam upaya memperoleh (1) keringanan terkait Penyewa atau, sebagaimana berlaku, Penyewa Lanjutan* ***[Garuda Indonesia]*** *atau sebagian besar kekayaan atau asetnya berdasarkan Undang-Undang kepailitan, keadaan insolven, likuidasi,*

2.20.2. **Clause 12.4: Involuntary Bankruptcy, etc.**

*"A proceeding will have been commenced or a petition will have been filed, in either case, without the consent or application of Lessee seeking (1) relief in respect of Lessee* **[Garuda Indonesia]** *or of substantially all of its property or assets under any applicable bankruptcy, insolvency, liquidation, administration, receivership, examinership or similar Law, including any equivalent proceedings in the*

*kepengurusan, pengawasan oleh kurator, pengawasan yang berlaku atau Undang-Undang yang serupa, termasuk proses hukum yang setara di Yurisdiksi Penyewa atau, sebagaimana berlaku, Yurisdiksi Penyewa Lanjutan **[Yurisdiksi Garuda Indonesia]**, (2) penunjukan penengah, kurator, wali amanat, kustodian, pengurus, pejabat sita, pengawas atau pejabat serupa untuk Penyewa atau, sebagaimana berlaku, Penyewa Lanjutan **[Garuda Indonesia]** atau untuk sebagian besar kekayaan atau asetnya, atau (3) likuidasi, reorganisasi, pembubaran, pengurusan atau pengakhiran atas Penyewa atau, sebagaimana berlaku, Penyewa Lanjutan; dan proses hukum atau permohonan tersebut tidak dihentikan selama enam puluh (60) hari atau sebuah perintah atau keputusan yang menyetujui atau memerintahkan salah satu dari hal yang disebutkan di atas akan dikeluarkan dan tidak ditangguhkan dalam waktu yang segera; atau"*

*Lessee Jurisdiction* **[Jurisdiction of Garuda Indonesia]***, (2) the appointment of a conciliator, receiver, trustee, custodian, administrator, sequestrator, examiner or similar official for Lessee for substantially all of its property or assets, or (3) the liquidation, reorganization, dissolution, administration or winding up of Lessee* **[Garuda Indonesia]***; and such proceeding or petition will continue undismissed for sixty (60) days or an order or decree approving or ordering any of the foregoing will be issued and will not immediately be stayed; or"*

***Dasar hukum dari Pengajuan Tagihan ini terhadap Garuda Indonesia***

***Legal basis of this Claim Submission to Garuda Indonesia***

2.21. Garuda Indonesia sebagai Penanggung memiliki kewajiban untuk melaksanakan atau menyebabkan dibayarkannya atau dilaksanakannya kewajiban Garuda France sebagai Penyewa berdasarkan Perjanjian Sewa Induk, Perjanjian Novasi dan Amendemen Sewa dan Perjanjian Subordinasi Sewa Lanjutan.

2.21. Garuda Indonesia as the Guarantor has the obligation to perform or cause to be paid or performed the obligations of Garuda France as the Lessee under the Head Lease Agreement, Lease Novation and Amendment Agreement as well as the Sublease Subordination Agreement.

2.22. Berdasarkan Klausul 4 (a) dan (b) Perjanjian Subordinasi Sewa Lanjutan, Garuda Indonesia secara tegas mengakui dan setuju untuk kepentingan Kreditor bahwa:

2.22. Pursuant to Clause 4 (a) and (b) of the Sublease Subordination Agreement, Garuda Indonesia expressly acknowledges and agrees in favour of the Creditor that:

(a) *Perjanjian Sewa Lanjutan serta hak dan kepentingan Penyewa Lanjutan **[Garuda Indonesia]** berdasarkan Perjanjian Sewa Lanjutan (termasuk namun tidak terbatas pada hak yang dimilikinya untuk menguasai, menggunakan dan mengoperasikan Pesawat Terbang) tunduk dan disubordinasikan dalam segala hal kepada Perjanjian Induk Sewa dan Perjanjian Jaminan Penyewa dan alas hak, hak dan kepentingan Kreditor terkait Pesawat Terbang dan Perjanjian Sewa;*

(b) *setiap klaim yang mungkin dimiliki atau diperoleh Penyewa Lanjutan **[Garuda Indonesia]** sebagai akibat dari pelanggaran, kegagalan pelaksanaan atau penyangkalan Perjanjian Sewa Lanjutan dibuat secara eksklusif terhadap Penyewa **[Garuda France]** dan Penyewa Lanjutan tidak berhak untuk menahan atau menangguhkan pelaksanaan dari salah satu kesanggupan yang dimilikinya berdasarkan surat perjanjian ini atau salah satu Dokumen Operatif lain di mana ia merupakan pihak di dalamnya atas dasar pelanggaran, kegagalan pelaksanaan atau penyangkalan tersebut; dan*

(a) *the Sub-Lease Agreement and the rights and interests of the Sub-Lessee **[Garuda Indonesia]** under the Sub-Lease Agreement (including without limitation its right to possess, use and operate the Aircraft) are subject and subordinate in all respects to the Head Lease Agreement and the Lessee Security Agreement and the title, rights and interests of the Creditor in relation to the Aircraft and the Lease Agreement;*

(b) *any claims which the Sub-Lessee **[Garuda Indonesia]** may have or acquire as a result of any breach, non-performance or repudiation of the Sub-Lease Agreement shall be exclusively against the Lessee **[Garuda France]** and the Sub-Lessee shall not be entitled to withhold or delay performance of any of its undertakings under this letter agreement or any of the other Operative Documents to which it is a party on the grounds of such breach, non-performance or repudiation; and*

2.23. Oleh karena itu, Garuda Indonesia memiliki utang yang jatuh tempo dan harus dibayar kepada Kreditor menurut Pasal 1(6) Undang-Undang No.37 tahun 2004 tentang Kepailitan dan Penundaan Kewajiban Pembayaran Utang ("**UU 37/2004**"), sebagai berikut:

*"Utang adalah kewajiban yang dinyatakan atau dapat* dinyatakan *dalam jumlah uang baik dalam mata uang Indonesia maupun mata uang asing, baik secara langsung maupun yang akan timbul di kemudian hari atau kontinjen, yang timbul karena perjanjian atau undang-undang dan yang wajib dipenuhi oleh Debitor dan bila tidak dipenuhi*

2.23. Consequently, Garuda Indonesia has due and payable indebtedness to the Creditor pursuant to Article 1(6) of Law No.37 of 2004 on Bankruptcy and Suspension of the Debt Payment Obligation ("**Law 37/2004**"), as follows:

*"Indebtedness shall mean an obligation that is expressed or may be expressed in a monetary unit under Indonesian or foreign currency, either existing now or thereafter or contingent, that is incurred from an agreement or pursuant to prevailing laws and must be fulfilled by the Debtor, failing which the Creditor*

*memberi hak kepada Kreditor untuk mendapat pemenuhannya dari harta kekayaan Debitor."*

*becomes entitled to recover its loan from the assets of the Debtor."*

2.24. Kreditor dengan ini mengajukan tagihannya dalam proses PKPU Garuda Indonesia dengan dasar hukum sebagai berikut:

2.24. The Creditor hereby submits its claim in Garuda Indonesia's PKPU process on the following legal grounds:

2.24.1. **<u>Pasal 273 (2) UU 37/2004:</u>**

*"Ketentuan sebagaimana dimaksud dalam Pasal 135, Pasal 139, Pasal 140, Pasal 141, dan Pasal 142 ayat (1) dan ayat (2) berlaku mutatis mutandis dalam hal penundaan kewajiban pembayaran utang."*

2.23.1 **<u>Article 273 (2) of Law 37/2004:</u>**

*"The provisions as referred to in Article 135, Article 139, Article 140, Article 141, and Article 142 (1) and (2) shall apply mutatis mutandis in the case of suspension of the debt payment obligation."*

2.24.2. **<u>Pasal 141 (1) UU 37/2004:</u>**

*"Kreditor yang piutangnya dijamin oleh seorang penanggung dapat mengajukan pencocokan piutang setelah dikurangi dengan pembayaran yang telah diterima dari penanggung."*

2.23.2 **<u>Article 141 (1) of Law 37/2004:</u>**

*"A Creditor whose claim is guaranteed by a guarantor may file its claims, deducted by the amount that it has received from such guarantor."*

2.24.3. **<u>Pasal 142 (1) UU 37/2004:</u>**

*"Dalam hal terdapat Debitor tanggung-menanggung dan satu atau lebih Debitor dinyatakan pailit, Kreditor dapat mengajukan piutangnya kepada Debitor yang dinyatakan pailit atau kepada masing-masing Debitor yang dinyatakan pailit sampai seluruh piutangnya dibayar lunas."*

2.23.3 **<u>Article 142 (1) of Law 37/2004:</u>**

*"In the event of joint Debtors and one or more of them is declared bankrupt, the Creditor may file its claims against one Bankrupt Debtor or against each of the Bankrupt Debtors, until its claims have been fully settled."*

2.24.4. **<u>Pasal 165 (1) UU37/2004:</u>**

*"Meskipun sudah ada perdamaian, Kreditor tetap memiliki hak terhadap*

2.23.4 **<u>Article 165 (1) of Law 37/2004:</u>**

*"Notwithstanding the composition plan, the Creditors*

*para penanggung dan sesama Debitor."*

2.25. Berdasarkan penjelasan di atas, tidak terbantahkan bahwa:

2.25.1. Garuda Indonesia telah cedera janji atas kewajiban yang dimilikinya berdasarkan Perjanjian Sewa Lanjutan, Perjanjian Subordinasi Sewa Lanjutan, dan Jaminan Garuda.

2.25.2. Kreditor berhak mengajukan tagihan yang dimilikinya terhadap Garuda Indonesia dalam proses PKPU ini; dan

2.25.3. Tagihan yang diajukan oleh Kreditor harus dianggap sebagai utang konkuren.

2.26. Sampai dengan tanggal Putusan PKPU Garuda Indonesia, utang yang jatuh tempo dan harus dibayar oleh Garuda Indonesia kepada Kreditor adalah sebagai berikut.

*will retain their rights against guarantors and co-debtors."*

2.25. Based on the above explanations, it is clear and undisputed that:

2.24.1 Garuda Indonesia has defaulted its obligations under the Sub-Lease Agreement, Sub-Lease Subordination Agreement, and Garuda Guarantee.

2.24.2 The Creditor is entitled to submit its claim against Garuda Indonesia in this PKPU process; and

2.24.3 The claim submitted by the Creditor should be treated as an unsecured debt.

2.26. Up to the date of the Garuda Indonesia PKPU Decision, the due and payable indebtedness of Garuda Indonesia to the Creditor is as follows.

| ***Details*/Rincian** | ***Amount in USD*/Jumlah dalam USD** | ***Amount in IDR** /Jumlah dalam IDR*** |
|---|---|---|
| Biaya Pengembalian Kembali / Repossession Fees | US$2,145,000.00 | Rp30.776.460.000 |
| Biaya Relokasi / Relocation / Ferry Cost | US$150,000.00 | Rp2.152.200.000 |
| Utang Sewa Tertunggak sampai 9 Desember 2021 / Outstanding Rent as of 9 December 2021 | US$18,249,952.54 | Rp261.850.319.043,92 |
| Utang Sewa Mesin Tertunggak sampai 9 Desember 2021 / Outstanding MRs as of 9 December 2021 | US$1,134,625.29 | Rp16.279.603.660,92 |
| Bunga Cedera Janji Tertunggak sampai dengan 9 Desember 2021 (Bunga sampai 30 April 2021) / Outstanding Default Interest as of 9 December 2021 (Interest through 30 April 2021) | US$852,932.74 | Rp12.237.878.953,52 |
| Bunga Cedera Janji dari tanggal 1 Mei 2021 sampai dengan 9 Desember 2021 / | US$961,770.95 | Rp13.799.489.590,60 |

| | | |
|---|---|---|
| Default Interest from 1 May 2021 to 9 December 2021 | | |
| Paparan Pemeliharaan Mesin PR / Engine PR Maintenance Exposure | US$16,502,283.65 | Rp236.774.765.810,20 |
| Sewa Mendatang / Future Rent | US$45,451,626.32 | Rp652.139.934.439,36 |
| Sewa Tambahan Mendatang / Future Supplemental Rent | US$10,175,459.54 | Rp145.997.493.479,92 |
| Biaya-biaya (sebagaimana Klausul 13.1.4 Ketentuan Bersama Sewa Pesawat Terbang) / Expenses (as set out under Clause 13.1.4 of the Aircraft Lease Shared Terms) | US$521,667.75 | Rp7.484.888.877,00 |
| **Total Claim** | **USD 96,145,318.78** | **Rp1.379.493.033.855,44** |

***Catatan:***
**) Kurs Tengah Bank Indonesia pada tanggal Putusan PKPU Garuda Indonesia sebesar Rp14.348.*

***Notes:***
**) Bank Indonesia Middle Exchange Rate as at the date of Garuda Indonesia PKPU Decision in the amount of Rp14,348.*

**3. REKENING BANK**

**3. BANK ACCOUNT**

Untuk kelengkapan pengajuan tagihan kami dan untuk pembayaran yang akan dilakukan, Kreditor dengan ini menyampaikan rekening bank Kreditor sebagai berikut:

For the sake of completeness of our claim submission and for payments in the future, the Creditor hereby discloses its bank account, as follows:

**Rekening Bank USD**

**USD Bank Accounts**

| | |
|---|---|
| Nama bank / *Name of bank*: | Wilmington Trust Company |
| Nama pemilik rekening / *Name of account holder*: | Wilmington Trust Company |
| Mata uang / *Currency*: | USD |
| Nomor rekening / *Account number*: | 135284-001 |
| Kode SWIFT / *SWIFT Code*: | MANTUS33 |
| Alamat / *Address*: | 1100 North Market Street<br>Wilmington, DE 19890 |
| Referensi / *Reference:* | Greylag Goose – MSN 1446 |

Informasi yang diberikan berdasarkan Pengajuan Tagihan ini adalah sesuai dengan keadaan yang sebenarnya, dan salinan dari formulir ini merupakan tanda terima yang sah dari Tim Pengurus atas salinan dokumen-dokumen yang telah diserahkan oleh Kreditor sesuai dengan UU 37/2004.

The information given under this Claim Submission are true and correct, and a copy of this form serves as valid receipt by the Administrators' Team of copies of documents as submitted by the Creditor in accordance with Law 37/2004.

Mohon hubungi kami apabila Pengurus memiliki pertanyaan terkait keterangan di atas atau apabila Pengurus memerlukan dokumen lainnya dari pihak kami. Sebelumnya kami mengucapkan terima kasih atas perhatian dan kerja samanya.

Please contact us if you have any questions on the above or if you require us to provide any other documents. Thank you in advance for your attention and cooperation.

HISWARA BUNJAMIN & TANDJUNG | IN ASSOCIATION WITH HERBERT SMITH FREEHILLS

Hormat kami / *Sincerely yours,*

**Kuasa Hukum / *Legal Counsel to* Greylag Goose Leasing 1446 Designated Activity Company**

**Hiswara Bunjamin & Tandjung**

Anastasia Debby Sulaiman, S.H.

Roni Heilig Marpaung, S.H.

Bunga Febriola Putri, S.H.

HISWARA BUNJAMIN & TANDJUNG | IN ASSOCIATION WITH HERBERT SMITH FREEHILLS

**Lampiran A / *Attachment A***

**Greylag Goose Leasing 1446 Designated Activity Company**

**Daftar dokumen yang diserahkan kepada Tim Pengurus/ *List of documents submitted to the Administrators' Team***

| No. | Nama dokumen / Name of documents | Keterangan / Remarks |
|---|---|---|
| 1. | Surat Kuasa tertanggal 4 Januari 2022 / *Power of Attorney dated 4 January 2022* | Salinan / Copy |
| 2. | Akta Pendirian Greylag Goose Leasing 1446 Designated Activity Company / *Constitution of Greylag Goose Leasing 1446 Designated Activity Company* | Salinan / Copy |
| 3. | Daftar Direksi Greylag Goose Leasing 1446 Designated Activity Company / *Greylag Goose Leasing 1446 Designated Activity Company List of Directors* | Salinan / Copy |
| 4. | Perjanjian Sewa (MSN 1446) antara Wells Fargo Bank Northwest, National Association (sebagai *owner trustee* dan pemberi sewa) and Surabaya Aircraft Leasing (Ireland) Limited (sebagai penerima sewa) tertanggal 28 Oktober 2016 */ Lease Agreement (MSN 1446) between Wells Fargo Bank Northwest, National Association (as Owner Trustee and Lessor) and Surabaya Aircraft Leasing (Ireland) Limited as Lessee dated 28 October 2016* | Salinan / Copy |
| 5. | Ketentuan Bersama Sewa Pesawat Terbang tertanggal 28 Oktober 2016 yang dibuat dan ditandatangani antara Aircastle Advisor (Ireland) Limited (penyedia jasa awal) dan Garuda Indonesia Holiday France S.A.S ("**Garuda France**") (penyewa) / *Aircraft Lease Shared Terms dated 28 October 2016 entered between Aircastle Advisor (Ireland) Limited (the initial servicer) and Garuda Indonesia Holiday France S.A.S ("**Garuda France**")* | Salinan / Copy |
| 6. | Perjanjian Novasi dan Amendemen Terkait Perjanjian Sewa Menyewa Pesawat tanggal 28 Oktober 2016 sehubungan dengan satu (1) Pesawat Airbus A330-300 dengan Nomor Seri Pabrikan 1446 tertanggal 27 September 2019 / *Aircraft Lease Agreement dated 28 October 2016 in respect of one (1) Airbus A330-300 aircraft with Manufacturer's Serial No. 1446 dated 27 September 2019* | Salinan / Copy |
| 7. | Perjanjian Sewa Lanjutan tertanggal 28 Oktober 2016 antara Garuda France (sebagai penyewa lanjutan) dan PT Garuda Indonesia (Persero) Tbk ("**Garuda Indonesia**") (sebagai penerima sewa lanjutan) / *Aircraft Sub-Lease Agreement dated 28 October 2016 between Garuda France (as sub-lessor) and PT Garuda Indonesia (Persero) Tbk ("**Garuda Indonesia**") (as sub-lessee).* | Salinan / Copy |
| 8. | Ketentuan Bersama Sewa Lanjutan tertanggal 28 Oktober 2016 antara Garuda France (sebagai pemberi sewa lanjutan) dan Garuda Indonesia (sebagai penyewa lanjutan) / *Aircraft Sub-Lease Shared Terms dated 28* | Salinan / Copy |

| No. | Nama dokumen / Name of documents | Keterangan / Remarks |
|---|---|---|
| | *October 2016 entered between Garuda France (as sub-lessor) and Garuda Indonesia (as sub-lessee)* | |
| 9. | Perjanjian Amendemen Sewa Lanjutan tertanggal 27 September 2019 antara Garuda France (pemberi sewa lanjutan) dan Garuda Indonesia (penyewa) / *Sub-Lease Amendment Agreement dated 27 September 2019 between Garuda France (the sub-lessor) and Garuda Indonesia (the lessee)* | Salinan / Copy |
| 10. | Perjanjian Subordinasi Sewa Lanjutan (MSN 1446) tertanggal 27 September 2019 / *Sublease Subordination Agreement (MSN 1446) dated 27 September 2019* | Salinan / Copy |
| 11. | Email tertanggal 28 Januari 2020 sehubungan dengan penyampaian Pemberitahuan Cidera Janji tertanggal 27 Januari 2020 kepada Garuda France dan Garuda Indonesia, berikut dengan lampirannya, yakni Surat Pemberitahuan Cidera Janji tertanggal 27 Januari 2020 / *Email dated 28 January 2020 in relation to the delivery of Notice of Default dated 27 January 2020 to Garuda France and Garuda Indonesia, along with its attachment i.e. Notice of Event of Default dated 27 January 2020.* | Salinan / Copy |
| 12. | Email tertanggal 13 Februari 2020 sehubungan dengan penyampaian Pemberitahuan Kedua Cidera Janji tertanggal 13 Februari 2020 kepada Garuda France dan Garuda Indonesia, berikut dengan lampirannya, yakni Surat Pemberitahuan Kedua Cidera Janji tertanggal 13 Februari 2020 / *Email dated 13 February 2020 in relation to the delivery of Second Notice of Default dated 13 February 2020 to Garuda France and Garuda Indonesia, along with its attachment i.e. Second Notice of Event of Default dated 13 February 2020.* | Salinan / Copy |
| 13. | Email tertanggal 27 April 2020 sehubungan dengan penyampaian Pemberitahuan Penarikan S/K dan Penggunaan Uang Jaminan tertanggal 27 April 2020 kepada Garuda France, Garuda Indonesia dan Wilmington Trust Company, berikut dengan lampirannya, yakni Pemberitahuan Penarikan S/K dan Penggunaan Uang Jaminan tertanggal 27 April 2020 / *Email dated 27 April 2020 in relation to the delivery of Notice of L/C Drawdown and Security Deposit Application to Garuda France, Garuda Indonesia and Wilmington Trust Company along with its attachment i.e. Notice of L/C Drawdown and Security Deposit Application dated 27 April 2020.* | Salinan / Copy |
| 14. | Email tertanggal 30 Januari 2021 sehubungan dengan penyampaian Surat Pencadangan Hak kepada Garuda Indonesia dan Garuda France tertanggal 30 Januari 2021 kepada Garuda France dan Garuda Indonesia, berikut dengan lampirannya, yakni Surat Pencadangan Hak kepada Garuda Indonesia dan Garuda France tertanggal 30 Januari 2021 / *Email dated 30 January 2021 in relation to the delivery of Letter of Reservation of Rights to Garuda France and Garuda Indonesia dated 30 January 2021 along with its* | Salinan / Copy |

| No. | Nama dokumen / Name of documents | Keterangan / Remarks |
|---|---|---|
| | *attachment i.e. Letter of Reservation of Rights to Garuda France and Garuda Indonesia dated 30 January 2021.* | |
| 15. | Email penyampaian tagihan yang masih tertunggak kepada Garuda France dan Garuda Indonesia dengan lampirannya, yakni dokumen tagihan-tagihan (*invoices*) dari Kreditor kepada Garuda France dan Garuda Indonesia / *Emails delivery of the outstanding invoices to Garuda France and Garuda Indonesia, along with its attachments, i.e. invoices.* | Salinan / Copy |
| 16. | Email penyampaian Surat Pemberitahuan Eksekusi tertanggal 4 Januari 2022, along with its attachment i.e. Surat Pemberitahuan Eksekusi tertanggal 4 Januari 2022 / *Email delivery of the Enforcement Notice dated 4 January 2022 dengan lampirannya yakni Enforcement Notice dated 4 January 2022.* | Salinan / Copy |

HISWARA BUNJAMIN & TANDJUNG

IN ASSOCIATION WITH HERBERT SMITH FREEHILLS

18th floor, Tower I, Sudirman 7.8
Jl. Jendral Sudirman Kav. 7 – 8
Jakarta - 10220, Indonesia

T +62 21 3973 8000
F +62 21 3973 6110
hbtlaw.com

Jakarta, 15 Juni/*June* 2022

Our Ref.: 79/06/22

Kepada Yth / To:

Tim Pengurus / *The Administrators Team of*

PT Garuda Indonesia (Persero) Tbk (dalam PKPU Tetap) (*In Permanent Suspension of Debt Payment Obligation*)

Kantor Taman A9 C 8-10, Jl. DR Ide Anak Agung Gde Agung

Lot 8-9, Lantai 4, Kawasan Mega Kuningan

Kelurahan Kuningan Timur, Kecamatan Setiabudi

Jakarta 12950

**Untuk perhatian / *For the attention of*:**

1. Jandri Siadari, S.H., Dip.Mkt., LL.M.;
2. Martin Patrick Nagel, S.H., M.H.;
3. Albert Hasoloan Limbong, S.H.;
4. Asri, S.H., M.H.;
5. Mulyadi. S.H., LL.M.; dan / and
6. William Eduard Daniel, S.E., S.H., LL.M., MBL.

**Perihal / Re: Pengajuan Perubahan Tagihan untuk Greylag Goose Leasing 1446 Designated Activity Company/ *Submission of Amendment Claim Submission for Greylag Goose Leasing 1446 Designated Activity Company***

Dengan hormat,

Berdasarkan Surat Kuasa Khusus tertanggal 4 Januari 2022, kami bertindak untuk dan atas nama Greylag Goose Leasing 1446 Designated Activity Company, suatu perusahaan yang didirikan secara sah berdasarkan hukum Irlandia dan beralamat kantor di Rocktwist House, Block 1, Western Business Park, Shannon, Co. Clare, Irlandia (“**Kreditor**”).

Kami merujuk kepada:

(a) Paragraf 2.17 dari Pengajuan Tagihan tertanggal 5 Januari 2022, yang telah kami ajukan sebelumnya kepada Tim Pengurus PT Garuda Indonesia (Persero) Tbk (dalam PKPU Tetap) (“**Garuda Indonesia**”) pada tanggal 5 Januari 2022 (“**Pengajuan Tagihan Pertama**”) mengenai pencadangan hak Kreditor atas semua hak yang dimilikinya

Dear Sirs,

By virtue of a Specific Power of Attorney dated 4 January 2022, we act for and on behalf of Greylag Goose Leasing 1446 Designated Activity Company, a company duly incorporated under the laws of Ireland and having its office address at Rocktwist House, Block 1, Western Business Park, Shannon, Co. Clare, Ireland (“**Creditor**”).

We refer to:

(a) Paragraph 2.17 of the Claim Submission dated 5 January 2022, which we have submitted previously to the Administrators’ Team of PT Garuda Indonesia (Persero) Tbk (in Permanent Suspension of Debt Payment Obligation) (“**Garuda Indonesia**”) on 5 January 2022 (“**First Claim Submission**”) regarding the reservation of all rights of the Creditor under the Head Lease

berdasarkan Perjanjian Induk Sewa dan Perjanjian Novasi dan Amendemen; dan

Agreement and Novation and Amendment Agreement; and

(b) Pengajuan Tagihan Tambahan tertanggal 28 April 2022 yang diajukan oleh Kreditor ("**Pengajuan Tagihan Tambahan**").

(b) Additional Claim Submission dated 28 April 2022 submitted by the Creditor ("**Additional Claim Submission**").

Bersama dengan surat ini, Kreditor mengajukan perubahan nilai tagihan sebagaimana diuraikan dalam paragraf 2.26 dari Pengajuan Tagihan Pertama ("**Perubahan Pengajuan Tagihan**") sebagaimana berikut:

Along with this letter, the Creditor submits amendment to its claim amount as provided under paragraph 2.26 of the First Claim Submission ("**Amendment Claim Submission**") as follow:

| Rincian / *Details* | Jumlah dalam USD/ *Amount in USD* | Jumlah dalam IDR*/ *Amount in IDR** |
|---|---|---|
| Biaya Kerugian Total / *Total Loss Value* | US$128,892,864.55 | Rp1.849.354.820.563,40 |
| Biaya Relokasi / *Relocation / Ferry Cost* | US$150,000.00 | Rp2.152.200.000 |
| Utang Sewa Tertunggak sampai 9 Desember 2021 / *Outstanding Rent as of 9 December 2021* | US$20,245,120.00 | Rp290.476.981.760 |
| Utang Sewa Mesin Tertunggak sampai 9 Desember 2021 / *Outstanding MRs as of 9 December 2021* | US$1,134,625.29 | Rp16.279.603.660,92 |
| Bunga Cedera Janji Tertunggak dari 1 Mei 2021 sampai dengan 9 December 2021 (Bunga sampai 9 Desember 2021) / *Default Interest from 1 May 2021 to 9 December 2021 (interest through 9 December 2021)* | US$1,814,703.69 | Rp26.037.368.544,12 |
| Paparan Pemeliharaan Mesin PR / *Engine PR Maintenance Exposure* | US$16,502,283.65 | Rp236.774.765.810,20 |
| Sewa Mendatang / Future Rent | US$45,451,626.32 | Rp652.139.934.439,36 |
| Sewa Tambahan Mendatang (Airframe, Mesin LLP, LG & APU) / *Future Supplemental Rent (Airframe, Engine LLP, LG & APU)* | US$3,838,832.50 | Rp55.079.568.710 |

| | | |
|---|---|---|
| Sewa Tambahan Mendatang (Mesin PR) apabila tidak lagi ditanggung dalam RR TCA / *Future Supplemental Rent (Engine PR) if no longer covered under RR TCA* | US$6,336,627.04 | Rp90.917.924.769,92 |
| Pengeluaran-pengeluaran/Biaya Hukum sebagaimana diatur dalam Klausul 13.1.3 dari Ketentuan Bersama Sewa Pesawat Terbang / *Expenses/Legal fees as set out under Clause 13.1.4 of the Aircraft Lease Shared Terms* | US$601,809.25 | Rp8.634.759.119 |
| **Total Tagihan/*Total Claim*** | **US$224,968,492.28** | **Rp3,227,847,927,233.44** |

***Catatan:***
**) Kurs Tengah Bank Indonesia pada tanggal Putusan PKPU Garuda Indonesia sebesar Rp14.348.*

***Notes:***
**) Bank Indonesia Middle Exchange Rate as at the date of Garuda Indonesia PKPU Decision is Rp14,348.*

Untuk kelengkapan pengajuan tagihan kami dan pembayaran yang akan dilakukan, Kreditor dengan ini menyampaikan rincian rekening bank Kreditor sebagai berikut:

For the sake of completeness of our claim submission and payments in the future, the Creditor hereby discloses its bank account details, as follows:

**Rekening Bank USD** / **USD Bank Account**

| | |
|---|---|
| Nama bank / *Name of bank*: | Wilmington Trust Company |
| Nama pemilik rekening / *Name of account holder*: | Wilmington Trust Company |
| Mata uang / *Currency:* | USD |
| Nomor Rekening / *Account number*: | 135284-001 |
| Kode SWIFT / *SWIFT code*: | MANTUS33 |
| Alamat / *Address*: | 1100 North Market Street Wilmington, DE 19890 |
| Referensi / *Reference* | Greylag Goose – MSN 1446 |

Untuk menghindari keragu-raguan, bagian lainnya dari Pengajuan Tagihan Pertama dan Pengajuan Tagihan Tambahan tetap berlaku, dan tidak ada bagian dari Perubahan Pengajuan Tagihan ini yang atau dianggap mengubah ketentuan-ketentuan dalam Pengajuan Tagihan Pertama dan Pengajuan Tagihan Tambahan kecuali dinyatakan

For the avoidance of doubt, other parts of the First Claim Submission and the Additional Claim Submission remains applicable, and no parts of this Amendment Claim Submission is or is considered to amend provisions under the First Claim Submission and Additional Claim Submission unless expressly stated.

secara tegas.

Perubahan Pengajuan Tagihan ini merupakan bagian yang tidak terpisahkan dari Pengajuan Tagihan Pertama dan Pengajuan Tagihan Tambahan.

This Amendment Claim Submission is an inseparable part of the First Claim Submission and the Additional Claim Submission.

Kami mengucapkan terima kasih atas perhatian dan kerja sama dari Tim Pengurus.

We thank you in advance for the Administrators' Team's attention and cooperation.

Hormat kami / *Sincerely yours*,

**Kuasa Hukum / *Legal Counsel to* Greylag Goose Leasing 1446 Designated Activity Company**

**Hiswara Bunjamin & Tandjung**

Roni Heilig Marpaung, S.H.

Bunga Febriola Putri, S.H.

HISWARA BUNJAMIN & TANDJUNG | IN ASSOCIATION WITH HERBERT SMITH FREEHILLS

18th floor, Tower I, Sudirman 7.8
Jl. Jendral Sudirman Kav. 7 – 8
Jakarta - 10220, Indonesia

T +62 21 3973 8000
F +62 21 3973 6110
hbtlaw.com

Jakarta, 8 Juni / June 2022

Referensi kami / Our Ref.: 19/06/22

Kepada Yth. / To:
PT Garuda Indonesia (Persero) Tbk
Jalan Kebon Sirih No. 46A,
Jakarta Pusat, Indonesia

Untuk perhatian / Attention:
1. Rahmat Hanafi, Director of Maintenance (rahmat.hanafi@garuda-indonesia.com)
2. Mukhtharis, VP Acquisition and Aircraft Management (mukhtaris@garuda-indonesia.com)
3. Acquisition and Aircraft Management Division (ProjectPhoenix@garuda-indonesia.com)

Tembusan kepada / With a copy to:
Hakim Pengawas yang Terhormat pada Perkara PKPU / the Honorable Supervisory Judge in PKPU Case No.425/Pdt.Sus-PKPU/2021/PN.Niaga.Jkt.Pst

**Perihal: Keberatan atas Metodologi Voting dan Perhitungan Tagihan /**
**Re: Objection on Voting Methodology and Claim Calculation**

| | |
|---|---|
| Dengan hormat, | Dear Sir, |
| Kami bertindak untuk dan atas nama Greylag Goose Leasing 1446 Designated Activity Company ("**Kreditor**"), pemberi sewa atas pesawat udara model Airbus manufaktur kerangka pesawat A330-300 dengan nomor seri pabrikan 1446, berdasarkan Surat Kuasa Khusus tertanggal 4 Januari 2022. | We act for and on behalf of Greylag Goose Leasing 1446 Designated Activity Company ("**Creditor**"), a lessor of Airbus A330-300 aircraft with manufacturer's serial number 1446 by virtue of a Special Power of Attorney dated 4 January 2022. |
| Kami merujuk kepada: | We refer to the followings: |
| (a) Metodologi Perhitungan Hak Suara Pemberi Sewa Pesawat yang diedarkan oleh PT Garuda Indonesia (Persero) Tbk ("**Debitor PKPU**") pada tanggal 4 Mei 2022 ("**Metodologi Voting**"); | (a) Lessor Voting Claim Methodology which was circulated by PT Garuda Indonesia (Persero) Tbk ("**PKPU Debtor**") on 4 May 2022 ("**Voting Methodology**"); |
| (b) Komunikasi via Zoom pada tanggal 1 Juni 2022 antara Kreditor dengan Debitor PKPU ("**Komunikasi Zoom**"); | (b) Zoom call on 1 June 2022 between the Creditor and PKPU Debtor ("**Zoom Call**"); |
| (c) Perhitungan tagihan Kreditor berdasarkan Metodologi Voting tertanggal 2 Juni 2022 dari Debitor PKPU kepada Kreditor ("**Perhitungan Tagihan**"); dan | (c) Calculation of Creditor's claims based on Voting Methodology dated 2 June 2022 from the PKPU Debtor to the Creditor ("**Calculation of Claim**"); and |

(d) Pemberitahuan perihal: Satu (1) buah pesawat terbang Airbus A330-300 dengan nomor seri pabrikan 1446 ("**Pesawat Terbang**") tertanggal 7 Juni 2022 dari Kreditor kepada Debitor PKPU ("**Pemberitahuan 7 Juni 2022**").

(d) Notice re: One (1) Airbus A330-300 aircraft with manufacturer's serial number 1446 (the "**Aircraft**") dated 7 June 2022 from the Creditor to the PKPU Debtor ("**Notice of 7 June 2022**").

Kata-kata dan istilah-istilah yang didefinisikan dalam Pemberitahuan 7 Juni 2022 (termasuk melalui rujukan kepada dokumen lain) memiliki arti yang sama dalam surat ini, kecuali diungkapkan sebaliknya.

Words and expressions defined in the Notice of 7 June 2022 (including by reference to another document) shall bear the same meanings in this letter unless expressed to the contrary.

Melalui surat ini, Kreditor hendak menyampaikan kekecewaan Kreditor atas proses PKPU Debitor yang telah merugikan Kreditor dan melanggar Undang-Undang No.37 Tahun 2004 tentang Kepailitan dan Penundaan Kewajiban Pembayaran Utang ("**UU 37/2004**") berdasarkan alasan-alasan yang akan diuraikan lebih lanjut oleh Kreditor di bawah ini.

By this letter, the Creditor submitted its disappointment on the PKPU process of the PKPU Debtor that has caused losses to the Creditor and violated Law No.37 of 2004 on Bankruptcy and Suspension of Debt Payment Obligation ("**Law 37/2004**") based on the reasons which will be further elaborated by the Creditor below.

**A. <u>DEBITOR PKPU TELAH MENGGUNAKAN METODOLOGI VOTING YANG TIDAK MEMILIKI DASAR HUKUM</u>**

**A. <u>THE PKPU DEBTOR HAS USED A VOTING METHODOLOGY WHICH HAS NO LEGAL BASIS</u>**

1. Metodologi Voting yang diberikan oleh Debitor PKPU kepada Kreditor tidak memiliki dasar hukum yang jelas sehingga tidak dapat dipertanggungjawabkan.

1. The Voting Methodology that was circulated by the PKPU Debtor to the Creditor has no clear legal basis and therefore cannot be deemed accountable.

2. Kreditor telah menanyakan dasar hukum perhitungan yang diterapkan Debitor PKPU dalam Metodologi Voting saat Komunikasi Zoom, akan tetapi Debitor PKPU juga tidak dapat menjelaskan dasar hukum perhitungan Metodologi Voting tersebut.

2. The Creditor has inquired the legal basis for calculation of the Voting Methodology during the Zoom Call, however the PKPU Debtor was unable to explain the legal basis for such calculation in the Claim Methodology.

3. Kreditor tidak diberikan waktu yang cukup untuk melakukan kajian dan menyetujui Metodologi Voting tersebut, dan Debitor PKPU tidak menerima tanggapan dan komentar Kreditor terhadap Metodologi Voting tersebut.

3. The Creditor has not been given sufficient time to review and agree on the Voting Methodology, and the PKPU Debtor is not taking the Creditor's responses and comments on board.

4. Alih-alih melakukan diskusi dan negosiasi lebih lanjut dengan Kreditor, Debitor PKPU telah menghitung sendiri jumlah tagihan Kreditor berdasarkan Metodologi Voting yang tidak disepakati oleh para pihak dan

4. Instead of having further discussion and negotiation with the Creditor, the PKPU Debtor calculated the amount of Creditor's claims using the Voting Methodology which was not agreed between the parties and

| | |
|---|---|
| dan mengedarkan Perhitungan Tagihan kepada Kreditor untuk disetujui. | circulated the Calculation of Claim to the Creditor for approval. |
| **B. DEBITOR PKPU TELAH MELAKUKAN PELANGGARAN ATAS PERJANJIAN SEWA PADA MASA PKPU YAITU DENGAN MELUCUTI SUKU CADANG PESAWAT TERBANG TANPA PERSETUJUAN KREDITOR** | **B. THE PKPU DEBTOR HAS COMMITED A BREACH UNDER THE LEASE AGREEMENT DURING THE PKPU PERIOD BY STRIPPING OFF THE PARTS OF THE AIRCRAFT WITHOUT CREDITOR'S CONSENT** |
| 5. Pada tanggal 31 Mei 2022 Pemberi Sewa mendapatkan informasi dari Debitor PKPU bahwa Suku Cadang Pesawat Terbang telah dilucuti yang mana telah dilakukan Debitor PKPU tanpa persetujuan dari Kreditor. Suku cadang yang dilucuti dari Pesawat Terbang Kreditor tersebut kemudian digunakan untuk keperluan penyediaan suku cadang untuk pesawat terbang lain yang sedang dioperasikan oleh Debitor PKPU ("**Pemindahan Suku Cadang**"). Pemindahan suku cadang tanpa persetujuan Kreditor merupakan tindakan yang dilarang berdasarkan Perjanjian Sewa, yang melanggar klausul 8.1 (*Tidak Ada Pemindahan Kepemilikan*) dari Ketentuan Bersama Sewa. Berdasarkan ketentuan klausul 8.1 tersebut, jelas bahwa Penyewa tidak akan, dan akan mengupayakan bahwa Debitor PKPU tidak akan, tanpa persetujuan tertulis sebelumnya dari Kreditor, menyerahkan, memindahkan atau melepaskan kepemilikan Pesawat Terbang, Kerangka Pesawat atau Mesin atau setiap Suku Cadang, kecuali apabila sesuai dengan klausul 8 (Kepemilikan) dari Ketentuan Bersama Sewa. | 5. On 31 May 2022, the Lessor was informed by the PKPU Debtor that Parts of the Aircraft have been stripped off which was carried out by the PKPU Debtor without the consent from the Creditor. The stripped Parts of the Creditor's Aircraft was being used for the purpose of providing spare parts for other aircraft being operated by the PKPU Debtor ("**Removal of Parts**"). The Removal of Parts without the Creditor's consent is a prohibited act pursuant to the Lease Agreement, which is in breach of clause 8.1 (*No Transfer of Possession*) of the Lease Shared Terms. Based on clause 8.1, it is clear that the Lessee will not, and will procure that PKPU Debtor will not, without the prior written consent of the Creditor deliver, transfer or relinquish possession of the Aircraft, Airframe or an Engine or any Part unless it is in accordance with clause 8 (*Possession*) of the Lease Shared Terms. |
| 6. Oleh karenanya, Pemindahan Suku Cadang merupakan suatu Peristiwa Cedera Janji berdasarkan klausul 12.2(6) dari Ketentuan Bersama Sewa. | 6. Accordingly, the Removal of Parts constitute an Event of Default pursuant to clause 12.2(6) of the Lease Shared Terms. |
| 7. Hal ini juga telah ditanyakan oleh Kreditor pada saat Panggilan Zoom, dimana Debitor PKPU mengakui hal tersebut dan meminta maaf atas kejadian tersebut. Akan tetapi, Debitor PKPU tidak dapat mengidentifikasi Suku Cadang yang telah dipindahkan, dan lokasi Suku Cadang yang dipindahkan, serta | 7. This matter has also been inquired by the Creditor during the Zoom Call, in which the PKPU Debtor acknowledged its action and apologised for the default. However, the PKPU Debtor cannot identify the Parts that have been removed and the location of the removed Parts and unable to provide an |

tidak dapat memberikan janji bahwa Debitor PKPU akan memperbaiki Pesawat Terbang ke kondisi laik terbang. Bahkan, dalam Panggilan Zoom, Debitor PKPU mengatakan bahwa dukungan finansial dari Kreditor dibutuhkan apabila Kreditor hendak meminta Suku Cadang dikembalikan atau Pesawat Terbang dikembalikan kepada kondisi laik terbang. Jika tidak, Kreditor harus menunggu Debitor PKPU mendapatkan bantuan finansial untuk memperbaiki Peristiwa Cedera Janji tersebut.

undertaking that the PKPU Debtor will repair the Aircraft to an airworthy condition. In fact, during the Zoom Call, the PKPU Debtor noted that financial support is required from the Creditor if the Creditor requires the Parts to be returned or the Aircraft to be returned to an airworthy condition. If not, the Creditor must wait for the PKPU Debtor to get financial assistance to remedy the such Event of Default.

8. Mengingat bahwa Kreditor baru saja diinformasikan mengenai Pemindahan Suku Cadang pada tanggal 31 Mei 2022, maka Kreditor belum dapat menilai sejauh mana kerugian yang diderita akibat perbuatan tersebut. Oleh karena itu, Kreditor tidak dapat menerima angka tetap komponen RRR sebesar US$7.500.000 yang diusulkan oleh Debitor PKPU tanpa informasi lebih lanjut dari Debitor PKPU mengenai Pemindahan Suku Cadang tersebut dan jika suatu angka tetap diperlukan untuk dikonfirmasi demi tujuan tersebut, maka nilai yang sepatutnya haruslah Nilai yang Disepakati atas Pesawat Terbang (yaitu US$130.000.000)

8. Given that the Creditor was only informed of the Removal of Parts on 31 May 2022, the Creditor has not been able to evaluate the extent of losses suffered arising therefrom. Hence, the Creditor cannot accept a fixed US$7,500,000 RRR figure proposed by the PKPU Debtor without further information from the PKPU Debtor regarding the Removal of Parts and if a fixed figure is required to be confirmed for such purposes, the appropriate amount should be the Agreed Value of the Aircraft (which is US$130,000,000).

9. Tindakan Debitor PKPU tersebut menimbulkan pertanyaan apakah pelaksanaan perdamaian yang telah diedarkan oleh Debitor PKPU kepada para kreditornya pada tanggal 2 Juni 2022 cukup terjamin atau tidak.

9. The PKPU Debtor's action raised the question of whether or not the implementation of its composition plan, which was circulated by the PKPU Debtor to its creditors, is sufficiently assured.

Kreditor dengan ini mencadangkan seluruh hak yang dimiliki berdasarkan UU 37/2004 dan peraturan perundang-undangan lain yang berlaku di Indonesia serta di yurisdiksi manapun sebagaimana dipandang perlu dan layak terhadap Debitor PKPU.

The Creditor hereby reserves all of its rights pursuant to the Law 37/2004 and other prevailing laws and regulations in Indonesia and in other jurisdictions as deemed necessary and appropriate against the PKPU Debtor.

Demikian surat ini kami sampaikan untuk menjadi perhatian serius dan segera Debitor PKPU. Atas perhatian dan waktu yang diberikan, kami mengucapkan terima kasih.

This letter is made and submitted for the serious and immediate attention of the PKPU Debtor. Thank you for your time and consideration.

Hormat kami / Sincerely yours,
**Kuasa Hukum Kreditor / Legal Counsel to the Creditor**
**Hiswara Bunjamin & Tandjung**

Roni Heilig Marpaung, S.H. | Bunga Febriola Putri, S.H.

HISWARA BUNJAMIN & TANDJUNG | IN ASSOCIATION WITH HERBERT SMITH FREEHILLS

18th floor, Tower I, Sudirman 7.8
Jl. Jendral Sudirman Kav. 7 – 8
Jakarta - 10220, Indonesia

T +62 21 3973 8000
F +62 21 3973 6110
hbtlaw.com

Jakarta, 14 Juni 2022

No. Ref. : 61/06/22

**Kepada:**

**Yang Mulia Majelis Hakim dalam Perkara PKPU No.425/Pdt.Sus-PKPU/2021/PN.Niaga.Jkt.Pst**
Pengadilan Niaga pada Pengadilan Negeri Jakarta Pusat
Jl. Bungur Besar Raya No.24, RT.28/RW.1, Gn. Sahari Sel., Kec. Kemayoran, Kota Jakarta Pusat, Daerah Khusus Ibukota Jakarta 10610

**Tembusan disampaikan kepada:**

(1) Yang Mulia Bapak Dulhusin, S.H., M.H., Hakim Pengawas dalam Perkara PKPU No.425/Pdt.Sus-PKPU/2021/PN.Niaga.Jkt.Pst

(2) Tim Pengurus PKPU PT Garuda Indonesia (Persero) Tbk (dalam PKPU Tetap) ("**Tim Pengurus**")
Kantor Taman A9 C 8-10, Jl. DR Ide Anak Agung Gde Agung
Lot 8-9, Lantai 4, Kawasan Mega Kuningan
Kelurahan Kuningan Timur, Kecamatan Setiabudi
Jakarta 12950

Untuk Perhatian:
(a) Jandri Siadari, S.H., Dip.Mkt., LL.M;
(b) Martin Patrick Nagel, S.H., M.H.;
(c) Albert Hasoloan Limbong, S.H.;
(d) Asri, S.H., M.H.;
(e) Mulyadi, S.H., LL.M.; and
(f) William Eduard Daniel, S.E., S.H., LL.M., MBL

**Perihal: Surat Keberatan atas Metodologi Voting dan Penghitungan Tagihan Kreditor Lessor Greylag Goose Leasing 1446 Designated Activity Company**

Dengan hormat,

Kami yang bertanda tangan di bawah ini, bertindak untuk dan atas nama Klien kami, Greylag Goose Leasing 1446 Designated Activity Company ("**Kreditor**") berdasarkan Surat Kuasa Khusus tertanggal

4 Januari 2022 yang aslinya telah kami sampaikan kepada Tim Pengurus pada tanggal 18 Januari 2022 (**Lampiran 1**).

Kami merujuk kepada beberapa agenda dan surat menyurat antara kami PT Garuda Indonesia (Persero) Tbk ("**Debitor PKPU**"), Tim Pengurus, dan Hakim Pengawas, sebagai berikut:

(a) Berita acara rapat pra-verifikasi dan verifikasi, masing-masing tertanggal 18 Januari 2022, 16 Februari 2022, dan 20 April 2022 (secara bersama-sama, "**Berita Acara Rapat Verifikasi**").

(b) Berita acara rapat verifikasi piutang tertanggal 24 Februari 2022 yang diselenggarakan di Pengadilan Niaga.

(c) Metodologi Perhitungan Hak Suara Pemberi Sewa Pesawat yang diedarkan oleh Debitor PKPU pada tanggal 4 Mei 2022 ("**Metodologi Voting**").

(d) Komunikasi via Zoom pada tanggal 1 Juni 2022 antara Kreditor dengan Debitor PKPU ("**Komunikasi Zoom**").

(e) Perhitungan tagihan Kreditor berdasarkan Metodologi Voting tertanggal 2 Juni 2022 dari Debitor PKPU kepada Kreditor ("**Perhitungan Tagihan**").

(f) Surat kepada Debitor PKPU perihal: Keberatan atas Metodologi Voting dan Perhitungan Tagihan tertanggal 8 Juni 2022 yang ditembuskan kepada Tim Pengurus.

(g) Surat kepada Yang Mulia Hakim Pengawas perihal: Surat Keberatan atas Metodologi Voting dan Penghitungan Tagihan Kreditor Lessor Greylag Goose Leasing 1446 Designated Activity Company tertanggal 8 Juni 2022.

Melalui Surat Keberatan ini, Kreditor hendak menyampaikan kekecewaan Kreditor atas proses PKPU Debitor yang telah merugikan Kreditor dan melanggar Undang-Undang No.37 Tahun 2004 tentang Kepailitan dan Penundaan Kewajiban Pembayaran Utang ("**UU 37/2004**") berdasarkan alasan-alasan yang akan diuraikan lebih lanjut oleh Kreditor di bawah ini. Sebelumnya, perkenankan kami untuk menjelaskan terlebih dahulu latar belakang hubungan hukum antara Kreditor dan Debitor PKPU.

**1. <u>Latar Belakang Hubungan Hukum antara Kreditor dan Debitor PKPU</u>**

1.1. Bahwa Kreditor adalah salah satu pemberi sewa pesawat (*lessor*) atas Airbus Model A330-300 dengan Nomor Seri Pabrikan MSN 1446 ("**Pesawat Terbang**").

1.2. Kreditor telah menandatangani suatu Perjanjian Novasi dan Amendemen Terkait Perjanjian Sewa Menyewa Pesawat tanggal 28 Oktober 2016 sehubungan dengan satu (1) Pesawat Airbus A330-300 dengan Nomor Seri Pabrikan 1446 tertanggal 27 September 2019 ("**Perjanjian Novasi dan Amendemen Sewa**") dengan Surabaya Aircraft Leasing (Ireland) Limited ("**Surabaya Aircraft**") sebagai Pemberi Sewa Yang Ada dan Garuda Indonesia Holiday France S.A.S ("**Garuda France**") sebagai Penyewa.

1.3. Perjanjian Novasi dan Amendemen Sewa telah menovasi dan mengubah Perjanjian Sewa Pesawat Terbang yang sebelumnya telah dibuat dan ditandatangani antara Surabaya Aircraft (sebagai pemberi sewa) dan Garuda France (sebagai penyewa) tertanggal 28 Oktober 2016 (sebagaimana diubah, dinyatakan kembali, dinovasi, dilengkapi dan dengan cara lain dimodifikasi dari waktu ke waktu, "**Perjanjian Induk Sewa**"), dimana Kreditor mengambil alih hak, tanggung jawab dan kewajiban yang dimiliki seorang pemberi sewa berdasarkan Perjanjian Induk Sewa.

1.4. Perjanjian Induk Sewa dilengkapi dengan Ketentuan Bersama Sewa Pesawat Terbang tertanggal 28 Oktober 2016 yang dibuat dan ditandatangani antara Aircastle Advisor (Ireland) Limited (penyedia jasa awal) dan Garuda France (penyewa) (yang dilengkapi, dinovasi, dialihkan, diambil alih dan diubah dari waktu ke waktu, "**Ketentuan Bersama Sewa Pesawat Terbang**"), yang dimasukkan melalui rujukan ke dalam Perjanjian Induk Sewa. Dengan demikian, sewa wajib tunduk kepada syarat dan ketentuan yang dimuat dalam Ketentuan Bersama Sewa Pesawat Terbang.

1.5. Dengan demikian, Kreditor telah menjadi pemberi sewa, dan Garuda France tetap menjadi Penyewa dalam Perjanjian Induk Sewa.

1.6. Garuda France kemudian menyewakan kembali Pesawat Terbang kepada Garuda Indonesia berdasarkan Perjanjian Sewa Lanjutan tertanggal 28 Oktober 2016 (sebagaimana diubah, dinyatakan kembali, dinovasi, dilengkapi dan dengan cara lain dimodifikasi dari waktu ke waktu, "**Perjanjian Sewa Lanjutan**").

1.7. Perjanjian Sewa Lanjutan dilengkapi dengan Ketentuan Bersama Sewa Lanjutan tertanggal 28 Oktober 2016 yang dibuat dan ditandatangani antara Garuda France (pemberi sewa lanjutan) dan Garuda Indonesia (penyewa) (yang dilengkapi, dinovasi, dialihkan, diambil alih dan diubah dari waktu ke waktu, **"Ketentuan Bersama Sewa Lanjutan Pesawat Terbang**"), yang dimasukkan melalui rujukan ke dalam Perjanjian Sewa Lanjutan. Dengan demikian, sewa lanjutan wajib tunduk kepada syarat dan ketentuan yang dimuat dalam Ketentuan Bersama Sewa Lanjutan Pesawat Terbang.

1.8. Perjanjian Sewa Lanjutan diubah dengan Perjanjian Amendemen Sewa Lanjutan tertanggal 27 September 2019 yang dibuat dan ditandatangani oleh dan antara Garuda France (pemberi sewa lanjutan) dan Garuda Indonesia (penyewa) (yang dilengkapi, dinovasi, dialihkan, diambil alih dan diubah dari waktu ke waktu, "**Perjanjian Amendemen Sewa Lanjutan**"). Berdasarkan Perjanjian Amendemen Sewa Lanjutan, Garuda France dan Garuda Indonesia ingin mengubah sewa lanjutan tersebut dengan mempertimbangkan fakta bahwa, pada atau sekitar tanggal Perjanjian Novasi dan Amendemen Sewa tersebut, yang menjadi pemberi sewa saat ini adalah Kreditor dan bukan Surabaya Aircraft.

1.9. Kreditor, Garuda France, dan Garuda Indonesia telah menandatangani suatu Perjanjian Subordinasi Sewa Lanjutan (MSN 1446) tertanggal 27 September 2019 ("**Perjanjian**

**Subordinasi Sewa Lanjutan**") sehubungan dengan pengaturan penyewaan Pesawat Terbang.

1.10. Berdasarkan Perjanjian Subordinasi Sewa Lanjutan, Garuda Indonesia telah memberikan suatu penanggungan untuk kepentingan Kreditor, sebagai penerima untuk menjamin kewajiban Garuda France berdasarkan Perjanjian Sewa Induk, Perjanjian Novasi dan Amendemen Sewa dan Perjanjian Subordinasi Sewa Lanjutan.

**2. Debitor PKPU Telah Menggunakan Metodologi Voting Yang Tidak Memiliki Dasar Hukum**

2.1. Bahwa Kreditor dan Debitor PKPU telah melakukan beberapa kali pertemuan secara online, termasuk Komunikasi Zoom untuk membahas nilai piutang yang diakui oleh kedua belah pihak. Namun demikian, Metodologi Voting yang diberikan oleh Debitor PKPU kepada Kreditor tidak memiliki dasar hukum yang jelas sehingga tidak dapat dipertanggungjawabkan.

2.2. Kreditor juga telah menanyakan dasar hukum perhitungan yang diterapkan Debitor PKPU dalam Metodologi Voting pada saat pertemuan-pertemuan tersebut diselenggarakan, termasuk Komunikasi Zoom, akan tetapi Debitor PKPU tetap tidak dapat menjelaskan dasar hukum perhitungan Metodologi Voting tersebut.

2.3. Kreditor tidak diberikan waktu yang cukup untuk melakukan kajian dan menyetujui Metodologi Voting tersebut, dan Debitor PKPU tidak menerima tanggapan dan komentar Kreditor terhadap Metodologi Voting tersebut.

2.4. Alih-alih melakukan diskusi dan negosiasi lebih lanjut dengan Kreditor, Debitor PKPU telah menghitung sendiri jumlah tagihan Kreditor berdasarkan Metodologi Voting yang tidak disepakati oleh para pihak dan dan mengedarkan Perhitungan Tagihan kepada Kreditor untuk disetujui.

**3. Debitor PKPU telah Melakukan Pelanggaran atas Perjanjian Sewa Pada Masa PKPU yakni dengan Melucuti Suku Cadang Pesawat Terbang tanpa Persetujuan Kreditor**

3.1. Bahwa pada tanggal 31 Mei 2022, Kreditor sebagai Pemberi Sewa mendapatkan informasi dari Debitor PKPU bahwa Suku Cadang Pesawat Terbang telah dilucuti yang mana telah dilakukan Debitor PKPU tanpa persetujuan dari Kreditor. Suku cadang yang dilucuti dari Pesawat Terbang Kreditor tersebut kemudian digunakan untuk keperluan penyediaan suku cadang untuk pesawat terbang lain yang sedang dioperasikan oleh Debitor PKPU ("**Pemindahan Suku Cadang**"). Pemindahan suku cadang tanpa persetujuan Kreditor merupakan tindakan yang dilarang berdasarkan Perjanjian Sewa, yang melanggar klausul

8.1 (*Tidak Ada Pemindahan Kepemilikan*) dari Ketentuan Bersama Sewa. Berdasarkan ketentuan klausul 8.1 tersebut, jelas bahwa Penyewa tidak akan, dan akan mengupayakan bahwa Debitor PKPU tidak akan, tanpa persetujuan tertulis sebelumnya dari Kreditor, menyerahkan, memindahkan atau melepaskan kepemilikan Pesawat Terbang, Kerangka Pesawat atau Mesin atau setiap Suku Cadang, kecuali apabila sesuai dengan klausul 8 (Kepemilikan) dari Ketentuan Bersama Sewa.

3.2. Oleh karenanya, Pemindahan Suku Cadang merupakan suatu Peristiwa Cedera Janji berdasarkan klausul 12.2(6) dari Ketentuan Bersama Sewa.

3.3. Bahwa hal ini juga telah ditanyakan oleh Kreditor pada saat Komunikasi Zoom, dimana Debitor PKPU mengakui hal tersebut dan meminta maaf atas kejadian tersebut. Akan tetapi, Debitor PKPU tidak dapat mengidentifikasi Suku Cadang yang telah dipindahkan, dan lokasi Suku Cadang yang dipindahkan, serta tidak dapat memberikan janji bahwa Debitor PKPU akan memperbaiki Pesawat Terbang ke kondisi laik terbang. Bahkan, dalam Komunikasi Zoom, Debitor PKPU mengatakan bahwa dukungan finansial dari Kreditor dibutuhkan apabila Kreditor hendak meminta Suku Cadang dikembalikan atau Pesawat Terbang dikembalikan kepada kondisi laik terbang. Jika tidak, Kreditor harus menunggu Debitor PKPU mendapatkan bantuan finansial untuk memperbaiki Peristiwa Cedera Janji tersebut.

3.4. Mengingat bahwa Kreditor baru saja diinformasikan mengenai tindakan Pemindahan Suku Cadang pada tanggal 31 Mei 2022, maka Kreditor belum dapat menilai sejauh mana kerugian yang diderita akibat perbuatan tersebut. Oleh karena itu, Kreditor tidak dapat menerima angka tetap komponen RRR sebesar US$7.500.000 yang diusulkan oleh Debitor PKPU tanpa informasi lebih lanjut dari Debitor PKPU mengenai tingkat kanibalisasi Pemindahan Suku Cadang tersebut, dan jika suatu angka tetap diperlukan untuk dikonfirmasi digunakan untuk demi tujuan tersebut, maka nilai yang sepatutnya digunakan haruslah Nilai yang Disepakati atas Pesawat Terbang sesuai Perjanjian Induk Sewa (yaitu US$130.000.000)

3.5. Tindakan Debitor PKPU tersebut menimbulkan pertanyaan apakah pelaksanaan perdamaian yang telah diedarkan oleh Debitor PKPU kepada para kreditornya pada tanggal 9 Juni 2022 cukup terjamin atau tidak.

Kreditor dengan ini mencadangkan seluruh hak yang dimiliki berdasarkan UU 37/2004 dan peraturan perundang-undangan lain yang berlaku di Indonesia serta di yurisdiksi manapun sebagaimana dipandang perlu dan layak terhadap Debitor PKPU.

Demikian surat ini kami sampaikan. Atas perhatian Yang Mulia Majelis Hakim, kami mengucapkan terima kasih.

Hormat kami,
**Kuasa Hukum Kreditor**
**Greylag Goose Leasing 1446 Designated Activity Company**
**Hiswara Bunjamin & Tandjung**

Roni Heilig Marpaung, S.H.

Bunga Febriola Putri, S.H.