# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

| AMERICAS | ASIA | EUROPE & MIDDLE EAST | |
| --- | --- | --- | --- |
| NEW YORK | BEIJING | ABU DHABI | LONDON |
| SAN FRANCISCO | HONG KONG | BRUSSELS | MILAN |
| SÃO PAULO | SEOUL | COLOGNE | PARIS |
| SILICON VALLEY | | FRANKFURT | ROME |
| WASHINGTON, D.C. | | | |

CRAIG B. BROD
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
DAVID H. BOTTER
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM
ALAN M. LEVINE
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
DEBORAH NORTH
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
LILLIAN TSU
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
RISHI ZUTSHI
JANE VANLARE
AUDRY X. CASUSOL
ELIZABETH DYER
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO
HUGH C. CONROY, JR.
JOHN A. KUPIEC
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES
RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA
KYLE A. HARRIS
LINA BENSMAN
ARON M. ZUCKERMAN
KENNETH S. BLAZEJEWSKI
MARK E. MCDONALD
F. JAMAL FULTON
PAUL V. IMPERATORE
CLAYTON SIMMONS
CHARLES W. ALLEN
JULIA L. PETTY
HELENA K. GRANNIS
SUSANNA E. PARKER
THOMAS S. KESSLER
    RESIDENT PARTNERS

JUDITH KASSEL
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
HEIDE H. ILGENFRITZ
ANDREW WEAVER
JOHN V. HARRISON
MATTHEW BRIGHAM
EMILIO MINVIELLE
LAURA BAGARELLA
JONATHAN D.W. GIFFORD
DAVID W.S. YUDIN
KARA A. HAILEY
ANNA KOGAN
BRANDON M. HAMMER
BRIAN J. MORRIS
CARINA S. WALLANCE
ALEXANDER JANGHORBANI
    RESIDENT COUNSEL

D: +1 212 225 2884
tkessler@cgsh.com

May 22, 2023

| | |
|---|---|
| The Honorable Lisa G. Beckerman<br>United States Bankruptcy Court for the<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004 | The Honorable Justice Kannan Ramesh<br>The Honorable Justice Anselmo Reyes<br>The Honorable Justice Christopher Sontchi<br>Singapore International Commercial Court<br>General Division of the High Court<br>Supreme Court of Singapore<br>1 Supreme Court Lane<br>Singapore 178879 |

Re:   *In re PT Garuda Indonesia (Persero) Tbk*:
Case No. 22-11274, U.S. Bankruptcy Court for the Southern District of New York;
Case No. SIC/OA 5/2022, Supreme Court of the Republic of Singapore

Dear Judge Beckerman and Justices Ramesh, Reyes and Sontchi:

On May 10, 2023 at 8:00 pm EST / Thursday, May 11, 2023, at 8:00 am SGT (GMT +8), the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), together with the Supreme Court of the Republic of Singapore (the "Singapore Court" and, together with the Bankruptcy Court, the "Courts"), held a joint case management conference (the "Conference") in the above-captioned Chapter 15 case (the "U.S. Proceeding") and the above-captioned Singapore case (the "Singapore Proceeding," and together with the U.S. Proceeding, the "Proceedings"). Present at the Conference via Zoom, among others, were counsel for Irfan Setiaputra and Prasetio in their capacity as the foreign representatives (the "Foreign Representatives") of the PKPU proceeding of PT Garuda Indonesia (Persero) Tbk ("Garuda" or the "Debtor") in the Proceedings, and counsel for Greylag Goose Leasing 1446 Designated Activity Company and Greylag Goose Leasing 1410 Designated Activity Company (collectively, the "Greylag Entities" and together with Garuda, the "Parties") in the Proceedings.

The Honorable Lisa G. Beckerman
The Honorable Justices Kannan Ramesh, Anselmo Reyes, and Christopher Sontchi, p. 2

At the Conference, the Courts directed the Parties to confer on the preparation of a proposed case management order ("CMO") concerning a joint hearing for the Proceedings (the "Joint Hearing") on the pending requests for enforcement of Garuda's Indonesian PKPU restructuring plan (in the U.S. Proceeding) and recognition of the Foreign Representatives, the PKPU proceeding and the PKPU restructuring plan (in the Singapore Proceeding). The Courts directed the Parties to do so by today, May 22, 2023, or otherwise to provide an update regarding the progress on the discussions regarding the case management order. Consistent with that direction, the Parties write to provide the following status update (the "Status Update"):

As of the filing of this Status Update, the Parties have reached agreement in principle on a number of issues concerning the conduct of a Joint Hearing, but are continuing discussion on a few discrete issues. The current status is summarized below.

- **Timing of Joint Hearing**: Subject to the Parties' ongoing discussions concerning the scope and timing of any pre-Joint Hearing proceedings, including potential discovery and pre-Joint Hearing motion practice (as mentioned below), the Parties expect that the Joint Hearing would not occur prior to the fall of 2023.

- **Areas of Agreement**: The Parties have also agreed on:
    - The scope of the matters to be resolved through the Joint Hearing;
    - The procedures and mechanics of the Joint Hearing, including:
        - the technological means by which it will be conducted;
        - the process for identification and submissions of exhibits and other written materials;
        - the means by which the witnesses will be examined;
        - the timing and order of opening and closing statements; and
        - the means for providing notice regarding any papers related to the Joint Hearing.

- **Areas of continuing discussion:** The Parties are continuing to discuss the scope and timing of any pre-trial discovery, including as referenced in the *Greylag Entities' (A) Objection and Reservation of Rights as to Motion for Enforcement of Indonesian PKPU Plan and (B) Request for Case Management Conference and Scheduling Order* (ECF No. 31) filed in the U.S. Proceeding, as well as potential pre-Joint Hearing motion practice.

The Honorable Lisa G. Beckerman
The Honorable Justices Kannan Ramesh, Anselmo Reyes, and Christopher Sontchi, p. 3

       The Parties have agreed to continue good faith discussions on these open issues, and have agreed that if they do not reach agreement on a CMO by <u>12:00 noon EST on Wednesday, May 24 / Thursday, May 24, 2023, at 12:00 am SGT (GMT +8)</u>, then each Party will file a proposed CMO with the Courts, in order to apprise the Courts of the Parties' positions sufficiently in advance of the May 25, 2023 status conference.  They will then provide a further update to the Courts at the conference.

Respectfully submitted,

| | |
|---|---|
| By: */s/ Thomas S. Kessler* | By: */s/ Robert T. Honeywell* |
| Richard J. Cooper, Esq.<br>Thomas S. Kessler, Esq.<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: 212-225-2000<br>Facsimile: 212-225-3999<br>(rcooper@cgsh.com)<br>(tkessler@cgsh.com) | Robert T. Honeywell, Esq.<br>Brian D. Koosed, Esq.<br>K&L GATES LLP<br>599 Lexington Ave.<br>New York, NY 10022<br>Telephone: 212-536-3900<br>Facsimile: 212-536-3901<br>(robert.honeywell@klgates.com)<br>(brian.koosed@klgates.com) |
| *Attorneys for the Foreign Representatives of PT Garuda Indonesia (Persero) Tbk* | *Attorneys for Greylag Goose Leasing 1410 Designated Activity Company and Greylag Goose Leasing 1446 Designated Activity Company* |