Richard J. Cooper, Esq.
Thomas S. Kessler, Esq.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Attorneys for the Foreign Representatives
of PT Garuda Indonesia (Persero) Tbk*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PT Garuda Indonesia (Persero) Tbk,[1]<br><br>    Debtor in a Foreign Proceeding | Chapter 15<br><br>Case No. 22-11274 (LGB)<br><br>**Related Docket Nos. 24, 26, 29, 31, 34, 36, 38, 40, 52** |

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF *MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 1507(a), 1521(a), AND 1525(a) (I) ENFORCING THE GARUDA PKPU PLAN AND (II) GRANTING RELATED RELIEF* [D.I. 24]**

      **PLEASE TAKE NOTICE** that on November 29, 2022, Irfan Setiaputra and Prasetio (together, the "Foreign Representatives") filed the *Motion of Irfan Setiaputra and Prasetio, as Foreign Representatives of the Above-Captioned Debtor in a Foreign Proceeding, for Recognition and Enforcement of Indonesian PKPU Plan* (the "Motion") (ECF No. 24).

      **PLEASE TAKE FURTHER NOTICE** that on December 16, 2022, Greylag Goose Leasing 1410 Designated Activity Company and Greylag Goose Leasing 1446 Designated Activity Company (together, the "Greylag Entities") filed the *Greylag Entities' (A) Objection and Reservation of Rights as to Motion for Enforcement of Indonesian PKPU Plan and (B) Request for Case Management Conference and Scheduling Order* (ECF No. 31).

      **PLEASE TAKE FURTHER NOTICE** that the hearing (the "Hearing") to consider the relief requested in the Motion, which was originally scheduled to take place on December 14, 2022 at 10:00 a.m. (Prevailing Eastern Time) was subsequently adjourned and is now adjourned *sine die* pursuant to the Court's instructions at the joint case management conference on May 10, 2023. *See* ECF No. 52.

      **PLEASE TAKE FURTHER NOTICE** that by and through this notice of withdrawal, the Foreign Representatives hereby withdraw the Motion without prejudice and, for

---

[1] The last four identifying digits of the Indonesian tax number for the Debtor are (3000).

the avoidance of doubt, reserve all rights and defenses with respect to the Debtor's PKPU plan in all respects.

| | |
|---|---|
| Dated: May 24, 2023<br>New York, New York | */s/ Thomas S. Kessler*<br>Richard J. Cooper<br>Thomas S. Kessler<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Attorneys for the Foreign Representatives<br>of PT Garuda Indonesia (Persero) Tbk* |