# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

AMERICAS
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.

ASIA
BEIJING
HONG KONG
SEOUL

EUROPE & MIDDLE EAST
ABU DHABI    LONDON
BRUSSELS     MILAN
COLOGNE      PARIS
FRANKFURT    ROME

CRAIG B. BROD
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
DAVID H. BOTTER
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM
ALAN M. LEVINE
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
DEBORAH NORTH
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
LILLIAN TSU
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
RISHI ZUTSHI
JANE VANLARE
AUDRY X. CASUSOL
ELIZABETH DYER
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO
HUGH C. CONROY, JR.
JOHN A. KUPIEC
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES
RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA
KYLE A. HARRIS
LINA BENSMAN
ARON M. ZUCKERMAN
KENNETH S. BLAZEJEWSKI
MARK E. MCDONALD
F. JAMAL FULTON
PAUL V. IMPERATORE
CLAYTON SIMMONS
CHARLES W. ALLEN
JULIA L. PETTY
HELENA K. GRANNIS
SUSANNA E. PARKER
THOMAS S. KESSLER
RESIDENT PARTNERS

JUDITH KASSEL
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
HEIDE H. ILGENFRITZ
ANDREW WEAVER
JOHN V. HARRISON
MATTHEW BRIGHAM
EMILIO MINVIELLE
LAURA BAGARELLA
JONATHAN D.W. GIFFORD
DAVID W.S. YUDIN
KARA A. HAILEY
ANNA KOGAN
BRANDON M. HAMMER
BRIAN J. MORRIS
CARINA S. WALLANCE
ALEXANDER JANGHORBANI
RESIDENT COUNSEL

D: +1 212 225 2884
tkessler@cgsh.com

May 24, 2023

The Honorable Lisa G. Beckerman
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green
New York, NY 10004

The Honorable Justice Kannan Ramesh
The Honorable Justice Anselmo Reyes
The Honorable Justice Christopher Sontchi
Singapore International Commercial Court
General Division of the High Court
Supreme Court of Singapore
1 Supreme Court Lane
Singapore 178879

Re:   *In re PT Garuda Indonesia (Persero) Tbk*:
      Case No. 22-11274, U.S. Bankruptcy Court for the Southern District of New York;
      Case No. SIC/OA 5/2022, Supreme Court of the Republic of Singapore

Dear Judge Beckerman and Justices Ramesh, Reyes and Sontchi:

As Your Honors know, we represent Irfan Setiaputra and Prasetio in their capacity as the foreign representatives (the "Foreign Representatives") of the PKPU proceeding of PT Garuda Indonesia (Persero) Tbk ("Garuda" or the "Debtor"). We write to provide a status update to Your Honors concerning the above-captioned Chapter 15 case (the "U.S. Proceeding"), namely with respect to the *Notice of Withdrawal Without Prejudice of* Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 1507(a), 1521(a), AND 1525(a) (I) Enforcing the Garuda PKPU Plan and (II) Granting Related Relief *[D.I. 24]*[1] (ECF No. 58) ("Notice"), which may obviate the need for the currently scheduled May 25, 2023 status conference.

On May 10, 2023 at 8:00 pm EST (GMT -4) / Thursday, May 11, 2023, at 8:00 am SGT (GMT +8), the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), together with the Supreme Court of the Republic of Singapore (the "Singapore Court" and, together with the Bankruptcy Court, the "Courts"), held a joint case management conference (the "Conference") in the U.S. Proceeding and the above-captioned

---

[1] Capitalized terms used in this letter but not defined shall have the meaning ascribed to them in the *Motion of Irfan Setiaputra and Prasetio, as Foreign Representatives of the Above-Caption Debtor in a Foreign Proceeding, for Recognition and Enforcement of Indonesian PKPU Plan* ("Enforcement Motion"), ECF No. 24.

The Honorable Lisa G. Beckerman
The Honorable Justices Kannan Ramesh, Anselmo Reyes, and Christopher Sontchi, p. 2

Singapore case (the "Singapore Proceeding," and together with the U.S. Proceeding, the "Proceedings").  Present at the Conference via Zoom, among others, were counsel for the Foreign Representatives, and counsel for Greylag Goose Leasing 1446 Designated Activity Company and Greylag Goose Leasing 1410 Designated Activity Company (collectively, the "Greylag Entities" and together with Garuda, the "Parties") in the Proceedings.

At the Conference, the Courts directed the Parties to confer on the preparation of a proposed case management order ("CMO") concerning a joint hearing for the Proceedings (the "Joint Hearing") on the pending requests for enforcement of Garuda's Indonesian PKPU restructuring plan (in the U.S. Proceeding) and recognition of the Foreign Representatives, the PKPU proceeding, and the PKPU restructuring plan (in the Singapore Proceeding).

On May 22, 2023, the Parties filed a joint letter (the "Initial Status Update") indicating that they have agreed to continue good faith discussions on the open issues, and have agreed that if they do not reach agreement on a CMO by Wednesday, May 24 at 12:00 noon EST (GMT -4) / Thursday, May 24, 2023, at 12:00 am SGT (GMT +8), then each Party will file a proposed CMO with the Courts, in order to apprise the Courts of the Parties' positions sufficiently in advance of the May 25, 2023 status conference.

As Your Honors may have seen, on May 24, 2023, the Foreign Representatives filed the Notice, pursuant to which the Foreign Representatives have withdrawn the Enforcement Motion without prejudice and on the basis set forth therein.[2]

In light of the Notice, and after discussion with counsel for the Greylag Entities, counsel to the Parties would consent to the cancelation of the May 25, 2023 status conference, but remain available should the Courts prefer for the conference to go forward (either as to one or both proceedings).

Respectfully submitted,

By: */s/ Thomas S. Kessler*

Richard J. Cooper, Esq.
Thomas S. Kessler, Esq.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999
(rcooper@cgsh.com)
(tkessler@cgsh.com)

*Attorneys for the Foreign Representatives of PT Garuda Indonesia (Persero) Tbk*

---

[2]  For the avoidance of doubt, there have been no changes to the status of the Singapore Proceeding as of the date of this letter.